AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00457 |
| Audrey Ann Southard-Rumsey (AKA: Audrey Ann Southard)  DOB: XXXXXX | ) ) ) ) ) ) | Assigned to: Judge Harvey, G. Michael<br>Assign Date: 6/1/2021<br>Description: COMPLAINT W/ ARREST WARRANT |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | - Assault on a Federal Officer or Employee, |
| 18 U.S.C. § 231(a)(3) | - Obstruction of Law Enforcement During Civil Disorder , |
| 18 U.S.C. § 1512(c)(2) | - Obstruction of Justice/Congress, |
| 18 U.S.C. § 1752(a)(1) | - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, |
| 18 U.S.C. § 1752(a)(2) | - Disorderly and Disruptive Conduct in a Restricted Building or Grounds, |
| 18 U.S.C. § 1752(a)(4) | - Knowingly Engages in any act of Physical Violence Against any Person or Property in any Restricted Building or Grounds, |
| 40 U.S.C. § 5104(e)(2)(D) | - Disorderly Conduct in a Capitol Building, |
| 40 U.S.C. § 5104(e)(2)(G) | - Parading, Demonstrating, or Picketing in a Capitol Building, |
| 40 U.S.C. § 5104(e)(2)(F) | - Engaging in an act of Physical Violence in the Grounds or any of the Capitol Buildings. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Rachelle Harris, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   06/01/2021

*Judge's signature*

City and state:   Washington, D.C.     G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*