AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Audrey Ann Southard-Rumsey<br>(AKA: Audrey Ann Southard)<br><br>_____<br>Defendant | ) Case: 1:21-mj-00457<br>) Assigned to: Judge Harvey, G. Michael<br>) Assign Date: 6/1/2021<br>) Description: COMPLAINT W/ ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Audrey Ann Southard-Rumsey  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 111(a)(1) - Assault on a Federal Officer or Employee;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Knowingly Engages in any act of Physical Violence Against any Person or Property in any Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building;
40 U.S.C. § 5104(e)(2)(F) - Engaging in an act of Physical Violence in the Grounds or any of the Capitol Buildings.

Date: 06/01/2021

*Issuing officer's signature*
Digitally signed by G. Michael Harvey
Date: 2021.06.01 16:07:40 -04'00'

City and state:   Washington, D.C.     G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/1/2021, and the person was arrested on *(date)* 6/2/2021
at *(city and state)* Spring Hill, Florida

Date: 6/3/2021

*Arresting officer's signature*

Siobhan Maseda TFO
*Printed name and title*