**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )   CRIMINAL NO. 21-CR-387 |
| | ) |
| | ) |
| AUDREY SOUTHARD-RAMSEY, | ) |
|      Defendant. | ) |

**NOTICE OF APPEARANCE**

The Clerk of Court will please note the appearance of undersigned counsel for the Defendant AUDREY SOUTHARD-RAMSEY.

Respectfully submitted,

BYNUM & JENKINS LAW

By:    /s/*Robert L. Jenkins, Jr.*
Robert L. Jenkins, Jr., Esquire
U.S. District Court Bar No.: CO0003
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, VA 22314
(703)309-0899 Telephone
(703) 229-8652 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant AUDREY SOUTHARD-RAMSEY