# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

                                                                                 **CASE NO. 21-CR-387 APM**

    v.

**AUDREY ANN SOUTHARD-RUMSEY,**
a/k/a **Audrey Ann Southard,**
               Defendant.

## NOTICE OF APPEARANCE

Comes now the United States of America and Matthew M. Graves, United States Attorney for the District of Columbia, by David J. Perri, Assistant United States Attorney for said District, and notices the Court of his appearance as co-counsel in the above case as Counsel for the United States.

                                                           Respectfully submitted,

                                                           MATTHEW M. GRAVES
                                                           UNITED STATES ATTORNEY
                                                           D.C. Bar Number 481052

                By:    /s/ David J.Perri
                         David J. Perri
                         Assistant United States Attorney
                         WV Bar#9219
                         1125 Chapline Street
                         Wheeling, WV 26003
                         304-234-0100
                         David.Perri@usdoj.gov