# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL NO. 21-CR-387 |
| ) | |
| ) | |
| AUDREY SOUTHARD-RUMSEY, ) | |
| Defendant. ) | |

## AFFIDAVIT IN SUPPORT OF
## MOTION FOR APPOINTMENT OF COUNSEL (CJA)

I, AUDREY SOUTHARD-RUMSEY, hereby apply for appointment of Maria T. Rodriguez, Esq., and J.D. Thomas, Investigator, to be appointed CJA *pro hac vice*. In support of my application I declare under penalty of perjury that the following facts are true:

1. I am the Defendant in this matter.

2. Maria T. Rodriguez, Esq., is my retained attorney in this matter.

3. Trial is scheduled for January 19, 2023.

4. I was arraigned on a Second Superseding Indictment on November 14th, 2022.

5. I've made all reasonable attempts, in good faith, to ascertain trial fees for Maria T. Rodriguez in the last 6 months, however, due to the pending charges lost my employment and have been unable to do so.

6. I cannot afford to pay Maria T. Rodriguez, Esq., trial fees as I am indigent to do so.

7. I cannot afford to pay J.D. Thomas, Ms. Rodriguez's investigator, as I am indigent to do so.

8. My request to have my counsel, Maria T. Rodriguez, Esq., and J.D. Thomas, investigator appointed to CJA *pro hac vice* is requested in good faith and necessary for my defense.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

11/18/2022
Date

*Audrey Southard-Rumsey*

STATE OF FLORIDA
COUNTY OF PASCO

Sworn to or affirmed and signed before me on 18th November 2022 by

Audrey A. Southard.

_____
NOTARY PUBLIC or DEPUTY CLERK

[Print, type, or stamp commissioned name of notary or deputy clerk.]

Irma T Maldonado Velazquez
Notary Public
State of Florida
Comm# HH184541
Expires 10/10/2025

___ Personally known
_X_ Produced identification
Type of identification produced Florida Driver's License