UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-cr-387-APM |
| v. : | |
| : | |
| AUDREY ANN SOUTHARD- : | |
| RUMSEY, a/k/a Audrey Ann Southard, : | |
| : | |
| Defendant. : | |

## JOINT MOTION TO VACATE PRETRIAL DEADLINES AND SET STIPULATED FACTS BENCH TRIAL

The parties have reached agreement on a set of factual stipulations and wish to proceed in this matter via a stipulated facts bench trial rather than a jury trial. The government has submitted a signed copy of the factual stipulations to the Court, as well as the defendant's signed waiver of certain rights. The parties therefore respectfully request that the Court vacate the remaining pretrial deadlines set by its March 25, 2022 Order (ECF No. 36). The parties further request that the Court hold the stipulated facts bench trial on January 13, 2023 (the date previously set aside for the pretrial conference) or January 23, 2023.

The government has conferred with counsel for the defendant regarding this motion and counsel consents to this motion.

1

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:           /s/
ALEXIS J. LOEB
Assistant United States Attorney
Detailee
CA Bar No. 269895
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102
(415) 436-7168
alexis.loeb@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | CASE NO. 21-cr-387-APM |
| v. | : | |
| | : | |
| **AUDREY ANN SOUTHARD-RUMSEY,** | : | |
| a/k/a Audrey Ann Southard, | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of the parties' joint motion to vacate the pretrial deadlines and set this matter for a stipulated facts bench trial, it is hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that the pretrial deadlines set by the Court's March 25, 2022 Order are vacated; and it is further

ORDERED that this matter is set for a stipulated facts bench trial on January__, 2023 at _____.


Date: _____

HONORABLE AMIT P. MEHTA
U.S. DISTRICT JUDGE