# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-cr-387-APM |
| v. : | |
| : | |
| AUDREY ANN SOUTHARD-RUMSEY, : | |
| a/k/a Audrey Ann Southard, : | |
| : | |
| Defendant. : | |

## ORDER

Upon consideration of the parties' joint motion to vacate the pretrial deadlines and set this matter for a stipulated facts bench trial, it is hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that the pretrial deadlines set by the Court's March 25, 2022 Order are vacated; and it is further

ORDERED that this matter is set for a stipulated facts bench trial on January 13, 2023 at 3:00 p.m.


Date: _____

HONORABLE AMIT P. MEHTA
U.S. DISTRICT JUDGE