Dear Judge:

Re.  Our daughter Audrey Ann Southard:

You would be honored to meet such a passionate, dedicated, loving, honest and enthusiastic person.

She is passionate in her believes and willing to go the extra mile for God, Family and Country.

Her dedication to teach music is a talent few people have. Her passion started at age 7, and was realized in 2008, when she started teaching in different private schools in the area.  Working with all levels of singers, she is able to bringing out their true voice, giving them self-confidence.  She expanded her skills to include Beginning Piano, teaching 4yr olds to play at a level enabling them to enter gifted program schools, and develop a love for playing.

 Audrey privately studied classical voice techniques for 6 yrs. and is a Master in Vocal Pedagogy.  She was immediately recognized by, International Voice Teachers of Mix as a Full Member, a position that requires demonstration of skills and talent before recognition, or a mentorship for 2 years to qualify.   As a Classical Singer Audrey won the voice category at the IBLA Grand Prize in Sicily, an international competition, which enabled her to debut at Carnegie Hall in 2013.

She has sung with the San Francisco Symphony Chorus, Disney Cast Shows, and the local New Century Opera Company, and recently she has sung with cover bands in the area.  Due to hateful people she has been cancel cultured from her teaching and performing in the last 2 years.

Audrey loves her Family her Son James is the light of her life; he is a published writer and poet, and is now starting his studies in IT Systems.  James has been dating his high school sweetheart, Sylvia, for 6 years and they intend to marry, just like his Grandparents, who have been married for 60 years.

Audrey and her brother Walter, are very close and have been through a lot, as children, they survived daily bullying and frequent beatings by many upper classmates, but they forgave the actions, and look at it as the times they lived in.  As adults they shared a trip to Sicily where Audrey competed in a music competition, and Walt spent his vacation from Iraq, where he was EMS and a Fire

Inspector. Walt's wife, Christina also an EMS and their children Justice, Eric, and Nathan, along with Mom and Dad, all get along and love each other very much, and enjoy playing cards and dancing on the weekends.

Audrey has begun to read the Bible, and has always been a true believer in Jesus Christ.

Audrey is an honest person to a fault. Her enthusiasm is contagious, and people love to hear her sing and be in her sunshine. She is very supportive of people's goals and happiness, and wants the best for everyone.

She is very giving even when having a hard time. She has bought groceries for a homeless woman, and I watched her turn around and give the only money she had to a woman rummaging through the trash. Trash is something Audrey does not like, she is a serious recycler, and picks up trash everywhere, like the last time we were in DC.

She has started gardening and hopes to start a community garden, along with raising chickens.

Audrey loves her Country and is very concerned for the future that will be left for her son and others. Our Country is not perfect but it is the most wonderful place on the face of the earth. Our founding fathers were so wise and would be so heart sick at what some people have done to this wonderful land. Our Politicians only serve themselves instead of the good of the Country and the people. Audrey is just one voice of many who are concerned with the future of our country, some time it only takes one voice to change the world.

Since her arrest (two plus years) she has lost all of her singing students and is unable to find a school to teach in, which has been heartbreaking. She is providing for her needs with part time jobs, and some private singing students.

My hope and prayers are that you will find that she has served her time in public ridicule and seclusion, as she has been punished just for being a Patriot. I pray you will judge her fairly and not imprisons her, which I believe will destroy a good and caring person, talented teacher and fantastic singer.

Thank you for your merciful consideration of judgement,

Mary and Walter Southard

Case 1:21-cr-00387-APM   Document 59-2   Filed 07/07/23   Page 3 of 3