07/05/23

Hello,

My name is Mrs. Donna Weaver. I and My husband have known Audrey Ann for 7 to 8 years.

Audrey, is such a very caring, loving lady. She will be the 1st to help anyone, with nothing in return. She's a wonderful mother and a wonderful daughter. She's been a great friend to us over the years and others. Always looking to help people. She loves to sing, and a beautiful, beautiful voice at that.

We just adore her, she has a heart of pure gold and would " NEVER EVER HURT A SOUL".

A lot of people LOVE Audrey and WE are one of them.

We love Audrey!

Sincerely Yours,

Mrs. Donna Weaver