To Whom it may concern:

My name is Nadine Casatelli.  I am a healthcare professional , photographer and a videographer for the local music scene.

Due to the volatility of overseas humanitarian health care, I focused my community service on the local music scene.  I first met Audrey when she was singing at a popular restaurant in Hernando Beach.  What a voice!!!!   Whenever I heard she was out singing I would video her along with the band and share it on my social media.  Our music community loved her!  Her passion for singing brought joy to a lot of people!  When she told me she sang at Carnegie Hall, myself, as well as others knew she was someone special.

Audrey has a big heart and has sang for benefits and other community activities.  She is well known and loved by many in the music community.  I am proud to call her my friend!

Sincerely,

Nadine Casatelli RRT-RHIT