To whom it may concern,

    I am writing this reference letter for Audrey Southard. I met Audrey through the music store we both worked at. We became friends and band mates. Audrey has always been respected and admired for her vocal abilities. She was liked by all the staff, parents, and students alike. She was always in a good mood, with a smile, and a laugh. She was always the first to lend a hand to anyone who needed it.

    But unfortunately after the incident on Jan 6th, a lot of people turned their backs on her. But she still kept her head high and pushed forward. Even after the media slandered her all over the news and internet. Ive never known Audrey to be violent in anyway. But she is very passionate about her country. As all of us should be. I think the protestors on Jan. 6th were cohearsed and manipulated into entering the capital building. I personally don't think anyone ever intended on doing that, when they went to the Trump rally. Because I think if they had, it would have been much worse. I understand people were hurt, and I don't condone violence. I also don't condone what happened on Jan 6. But I do understand why it happened.

    When elections appear to be fraudulent, it is obviously going to make people mad. And rightfully so. And lets be honest, the govt of late has been so dishonest about so many things, how are the people supposed to know when they are being told the truth. Day after day we hear from whistle blowers, leaks, and just internet junk about the lies the govt has knowingly and blatantly told us. Its enough to make any citizen mad, no matter which side of the isle you are on.

    So as I say, I don't condone what happened on Jan 6th. But I do understand it. In the end, the people who were there, love this country. And willing to put themselves in harms way to preserve it. Audrey is a very sweet and kind soul, and although she may have made a mistake, it was with good intentions. I hope that she will be shown leniency for her actions. I know she has remorse for what happened that day.

    And unfortunately it has taken a heavy toll on her life since the incident. She has, been struggling harder than anyone I have ever seen. For a long time, I know she has been struggling for income
because people are scared to be around her, or hire her. Not because of what happened, or because of her as a person, but because they are afraid of the govt. coming after them. We say we are the land of the free.

    But are we? If so many people are afraid of their own govt.?

Sincerely

David Bolton
Retired USN