APPEAL,CAP,CAT B,CLOSED

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: <u>1:21−cr−00387−APM</u>−1

Case title: USA v. SOUTHARD−RUMSEY

Magistrate judge case number:  1:21−mj−00457−GMH

Date Filed: 06/04/2021

---

Assigned to: Judge Amit P. Mehta

Appeals court case number: 23−3122

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **AUDREY ANN SOUTHARD−RUMSEY**<br>*also known as*<br>AUDREY ANN SOUTHARD | represented by | **Maria Teresa Rodriguez**<br>MARIA T. RODRIGUEZ, ESQUIRE<br>P.O. Box 2176<br>Tarpon Springs, FL 34688<br>(727) 238−2342<br>Email: <u>attorneymariar@aol.com</u><br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br>Designation: CJA Appointment |
| | | **Robert Lee Jenkins , Jr.**<br>BYNUM & JENKINS, PLLC<br>1010 Cameron Street<br>Alexandria, VA 22314<br>(703) 309−0899<br>Fax: (703) 229−8652<br>Email: <u>rjenkins@bynumandjenkinslaw.com</u><br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Retained |

| **<u>Pending Counts</u>** | **<u>Disposition</u>** |
|---|---|
| 18 U.S.C. 231(a)(3); CIVIL DISORDER;<br>Civil Disorder<br>(1) | Dismissed on Oral Motion of the Government on 7/14/2023. |
| 18 U.S.C. 231(a)(3); CIVIL DISORDER;<br>Civil Disorder<br>(1s) | Dismissed on Oral Motion of the Government on 7/14/2023. |
| 18 U.S.C. 231(a)(3); CIVIL DISORDER;<br>Civil Disorder | Sentenced to sixty (60) months of incarceration followed by thirty−six (36) |

| | |
|---|---|
| (1ss) | months of supervised release. These terms of incarceration and supervised release shall run concurrently with all counts. Special assessment of $100 imposed as to this count. |
| 18 U.S.C. 1512(c)(2) and 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting (2) | Dismissed on Oral Motion of the Government on 7/14/2023. |
| 18 U.S.C. 111(a)(1); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers (2s) | Dismissed on Oral Motion of the Government on 7/14/2023. |
| 18 U.S.C. 111(a)(1); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers (2ss) | Dismissed on Oral Motion of the Government on 7/14/2023. |
| 18 U.S.C. 111(a)(1); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers (3) | Dismissed on Oral Motion of the Government on 7/14/2023. |
| 18 U.S.C. 231(a)(3); CIVIL DISORDER; Civil Disorder (3s) | Dismissed on Oral Motion of the Government on 7/14/2023. |
| 18 U.S.C. 111(a)(1); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers (3ss) | Dismissed on Oral Motion of the Government on 7/14/2023. |
| 18 U.S.C. 1752(a)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building or Grounds (4) | Dismissed on Oral Motion of the Government on 7/14/2023. |
| 18 U.S.C. 111(a)(1); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers (4s) | Dismissed on Oral Motion of the Government on 7/14/2023. |
| 18 U.S.C. 111(a)(1); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers (4ss) | Sentenced to seventy−two (72) months of incarceration followed by thirty−six (36) months of supervised release. These terms of incarceration and supervised release shall run concurrently with all counts. Special assessment of $100 imposed as to this count. |

| | |
|---|---|
| 18 U.S.C. 1752(a)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds (5) | Dismissed on Oral Motion of the Government on 7/14/2023. |
| 18 U.S.C. 1512(c)(2) and 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting (5s) | Dismissed on Oral Motion of the Government on 7/14/2023. |
| 18 U.S.C. 231(a)(3); CIVIL DISORDER; Civil Disorder (5ss) | Sentenced to sixty (60) months of incarceration followed by thirty–six (36) months of supervised release. These terms of incarceration and supervised release shall run concurrently with all counts. Special assessment of $100 imposed as to this count. |
| 18 U.S.C. 1752(a)(4); TEMPORARY RESIDENCE OF THE PRESIDENT; Engaging in Physical Violence in a Restricted Building or Grounds (6) | Dismissed on Oral Motion of the Government on 7/14/2023. |
| 18 U.S.C. 1752(a)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building or Grounds (6s) | Dismissed on Oral Motion of the Government on 7/14/2023. |
| 18 U.S.C. 111(a)(1); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers (6ss) | Sentenced to seventy–two (72) months of incarceration followed by thirty–six (36) months of supervised release. These terms of incarceration and supervised release shall run concurrently with all counts. Special assessment of $100 imposed as to this count. |
| 40 U.S.C. 5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorderly Conduct in a Capitol Building (7) | Dismissed on Oral Motion of the Government on 7/14/2023. |
| 18 U.S.C. 1752(a)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds (7s) | Dismissed on Oral Motion of the Government on 7/14/2023. |
| 18 U.S.C. 231(a)(3); CIVIL DISORDER; Civil Disorder (7ss) | Sentenced to sixty (60) months of incarceration followed by thirty–six (36) months of supervised release. These terms of incarceration and supervised release shall run concurrently with all counts. Special assessment of $100 imposed as to this count. |

40 U.S.C. 5104(e)(2)(F); VIOLENT
ENTRY AND DISORDERLY
CONDUCT ON CAPITOL GROUNDS;
Act of Physical Violence in a Capitol
Grounds or Buildings
(8)

Dismissed on Oral Motion of the Government on 7/14/2023.

18 U.S.C. 1752(a)(4); TEMPORARY
RESIDENCE OF THE PRESIDENT;
Engaging in Physical Violence in a
Restricted Building or Grounds
(8s)

Dismissed on Oral Motion of the Government on 7/14/2023.

18 U.S.C. 111(a)(1);
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
(8ss)

Sentenced to seventy–two (72) months of incarceration followed by thirty–six (36) months of supervised release. These terms of incarceration and supervised release shall run concurrently with all counts. Special assessment of $100 imposed as to this count.

40 U.S.C. 5104(e)(2)(G); VIOLENT
ENTRY AND DISORDERLY
CONDUCT ON CAPITOL GROUNDS;
Parading, Demonstrating, or Picketing in a
Capitol Building
(9)

Dismissed on Oral Motion of the Government on 7/14/2023.

40 U.S.C. 5104(e)(2)(D); VIOLENT
ENTRY AND DISORDERLY
CONDUCT ON CAPITOL GROUNDS;
Disorderly Conduct in a Capitol Building
(9s)

Dismissed on Oral Motion of the Government on 7/14/2023.

18 U.S.C. 1512(c)(2) and 2; TAMPERING
WITH A WITNESS, VICTIM OR
INFORMANT; Obstruction of an Official
Proceeding and Aiding and Abetting
(9ss)

Sentenced to seventy–two (72) months of incarceration followed by thirty–six (36) months of supervised release. These terms of incarceration and supervised release shall run concurrently with all counts. Special assessment of $100 imposed as to this count.

40 U.S.C. 5104(e)(2)(F); VIOLENT
ENTRY AND DISORDERLY
CONDUCT ON CAPITOL GROUNDS;
Act of Physical Violence in a Capitol
Grounds or Buildings
(10s)

Dismissed on Oral Motion of the Government on 7/14/2023.

18 U.S.C. 1752(a)(1); TEMPORARY
RESIDENCE OF THE PRESIDENT;
Entering and Remaining in a Restricted
Building or Grounds
(10ss)

Dismissed on Oral Motion of the Government on 7/14/2023.

40 U.S.C. 5104(e)(2)(G); VIOLENT
ENTRY AND DISORDERLY
CONDUCT ON CAPITOL GROUNDS;

Dismissed on Oral Motion of the Government on 7/14/2023.

Parading, Demonstrating, or Picketing in a
Capitol Building
(11s)

| | |
|---|---|
| 18 U.S.C. 1752(a)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds (11ss) | Dismissed on Oral Motion of the Government on 7/14/2023. |
| 18 U.S.C. 1752(a)(4); TEMPORARY RESIDENCE OF THE PRESIDENT; Engaging in Physical Violence in a Restricted Building or Grounds (12ss) | Dismissed on Oral Motion of the Government on 7/14/2023. |
| 40 U.S.C. 5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorderly Conduct in a Capitol Building (13ss) | Dismissed on Oral Motion of the Government on 7/14/2023. |
| 40 U.S.C. 5104(e)(2)(F); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Act of Physical Violence in a Capitol Grounds or Buildings (14ss) | Dismissed on Oral Motion of the Government on 7/14/2023. |
| 40 U.S.C. 5104(e)(2)(G); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Parading, Demonstrating, or Picketing in a Capitol Building (15ss) | Dismissed on Oral Motion of the Government on 7/14/2023. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| COMPLAINT in VIOLATION of 18 U.S.C. § 111(a)(1); 18 U.S.C. § 231(a)(3); 18 U.S.C. § 1512(c)(2); 18 U.S.C. § 1752(a)(1); 18 U.S.C. § 1752(a)(2); 18 U.S.C. 1752(a)(4); 40 U.S.C. § | |

5104(e)(2)(D); 40 U.S.C. § 5104(e)(2)(G);
40 U.S.C. § 5104(e)(2)(F)

---

**Plaintiff**

**USA**                                    represented by   **Alexis Jane Loeb**
U.S. ATTORNEY'S OFFICE FOR THE
NORTHERN DISTRICT OF CAL
450 Golden Gate Ave.
11th Fl.
San Francisco, CA 94102
(415) 436–7168
Fax: (415) 436–7234
Email: alexis.loeb@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**David Perri**
USAO
LRM: Weaver, Tracie
Federal Building United States Courthouse
1125 Chapline Street, Suite 3000
Wheeling, WV 26003
304–234–0100
Fax: 304–234–0111
Email: david.perri@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Alexander M. Diamond**
USAO
Criminal Division
601 D Street NW
Washington, DC 20530
(202) 506–0427
Email: alexander.diamond@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/01/2021 | 1 | SEALED COMPLAINT as to AUDREY ANN SOUTHARD–RUMSEY (1). (Attachments: # 1 Statement of Facts) (zltp) [1:21–mj–00457–GMH] (Entered: 06/02/2021) |
| 06/01/2021 | 3 | MOTION to Seal Case by USA as to AUDREY ANN SOUTHARD–RUMSEY. (Attachments: # 1 Text of Proposed Order)(zltp) [1:21–mj–00457–GMH] (Entered: 06/02/2021) |
| 06/01/2021 | 4 | |

| | | |
|---|---|---|
| | | ORDER granting <u>3</u> Motion to Seal Case as to AUDREY ANN SOUTHARD–RUMSEY (1). Signed by Magistrate Judge G. Michael Harvey on 6/1/2021. (zltp) [1:21–mj–00457–GMH] (Entered: 06/02/2021) |
| 06/02/2021 | <u>5</u> | Arrest Warrant Returned Executed on 06/02/2021 in Spring Hill, FL as to AUDREY ANN SOUTHARD–RUMSEY. (zstd) [1:21–mj–00457–GMH] (Entered: 06/04/2021) |
| 06/02/2021 | | Arrest of AUDREY ANN SOUTHARD–RUMSEY in Florida. (zstd) [1:21–mj–00457–GMH] (Entered: 06/04/2021) |
| 06/02/2021 | | Case unsealed as to AUDREY ANN SOUTHARD–RUMSEY (zstd) [1:21–mj–00457–GMH] (Entered: 06/04/2021) |
| 06/04/2021 | <u>6</u> | INDICTMENT as to AUDREY ANN SOUTHARD–RUMSEY (1) count(s) 1, 2, 3, 4, 5, 6, 7, 8, 9. (zltp) (Entered: 06/04/2021) |
| 06/22/2021 | | NOTICE OF HEARING as to AUDREY ANN SOUTHARD–RUMSEY: Arraignment set for 6/23/2021 at 11:30 AM via videoconference before Judge Amit P. Mehta. The courtroom deputy has circulated connection information to counsel. Members of the public may access the hearing by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747.(zjd) (Entered: 06/22/2021) |
| 06/22/2021 | <u>8</u> | Unopposed MOTION for Protective Order by USA as to AUDREY ANN SOUTHARD–RUMSEY. (Attachments: # <u>1</u> Text of Proposed Order Protective Order)(Loeb, Alexis) (Entered: 06/22/2021) |
| 06/22/2021 | <u>9</u> | Unopposed MOTION for Disclosure *of Grand Jury and Sealed Materials and Proposed Order* by USA as to AUDREY ANN SOUTHARD–RUMSEY. (Loeb, Alexis) (Entered: 06/22/2021) |
| 06/23/2021 | <u>10</u> | ORDER as to AUDREY ANN SOUTHARD–RUMSEY granting the United States' <u>8</u> Unopposed Motion for Protective Order. See the attached Order for further details. Signed by Judge Amit P. Mehta on 6/23/2021. (lcapm1) (Entered: 06/23/2021) |
| 06/23/2021 | <u>11</u> | ORDER as to AUDREY ANN SOUTHARD–RUMSEY granting the United States' <u>9</u> Motion for an Order to Disclose Items Protected by Federal Rule of Criminal Procedure 6(e) and Sealed Materials. See the attached Order for further details. Signed by Judge Amit P. Mehta on 6/23/2021. (lcapm1) (Entered: 06/23/2021) |
| 06/23/2021 | | Minute Entry for proceedings held before Judge Amit P. Mehta:Arraignment as to AUDREY ANN SOUTHARD–RUMSEY held via videoconference on 6/23/2021. Plea of Not Guilty entered on Counts 1–9. In the interests of justice, and for the reasons stated on the record, the time from 6/23/2021 through and including 9/1/2021 shall be excluded in computing the date for speedy trial in this case. Status Conference set for 9/1/2021 at 1:00 PM via videoconference before Judge Amit P. Mehta. The courtroom deputy will circulate connection information to counsel. Members of the public may access the hearing by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747.Bond Status of Defendant: placed on personal recognizance; Court Reporter: William Zaremba; Defense Attorney: Maria Rodriguez; US Attorney: Alexis Loeb; Pretrial Officer: John Copes. (zjd) (Entered: 06/23/2021) |
| 06/26/2021 | <u>12</u> | NOTICE *of Discovery Correspondence* by USA as to AUDREY ANN SOUTHARD–RUMSEY (Attachments: # <u>1</u> Exhibit Discovery Letter)(Loeb, Alexis) (Entered: 06/26/2021) |
| 06/30/2021 | <u>13</u> | |

|  |  | NOTICE *of Discovery Correspondence* by USA as to AUDREY ANN SOUTHARD–RUMSEY (Attachments: # 1 Exhibit Amended Discovery Letter)(Loeb, Alexis) (Entered: 06/30/2021) |
|---|---|---|
| 06/30/2021 | 14 | NOTICE *of Filing Defendant's Acknowledgment of Protective Order* by USA as to AUDREY ANN SOUTHARD–RUMSEY re 10 Order on Motion for Protective Order (Attachments: # 1 Exhibit Signed Protective Order)(Loeb, Alexis) (Entered: 06/30/2021) |
| 07/01/2021 | 15 | NOTICE *of Discovery Correspondence* by USA as to AUDREY ANN SOUTHARD–RUMSEY (Attachments: # 1 Exhibit Discovery Letter)(Loeb, Alexis) (Entered: 07/01/2021) |
| 07/13/2021 | 16 | NOTICE *MEMORANDUM REGARDING STATUS OF DISCOVERY* by USA as to AUDREY ANN SOUTHARD–RUMSEY (Attachments: # 1 Exhibit A)(Loeb, Alexis) (Entered: 07/13/2021) |
| 08/16/2021 | 17 | NOTICE *of Discovery Correspondence* by USA as to AUDREY ANN SOUTHARD–RUMSEY (Attachments: # 1 Exhibit Discovery Letter)(Loeb, Alexis) (Entered: 08/16/2021) |
| 08/27/2021 | 18 | STATUS REPORT *Discovery Status Report* by USA as to AUDREY ANN SOUTHARD–RUMSEY (Loeb, Alexis) (Entered: 08/27/2021) |
| 09/01/2021 |  | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference as to AUDREY ANN SOUTHARD–RUMSEY held via videoconference on 9/1/2021. In the interests of justice, the time from 9/1/2021 through and including 11/5/2021 shall be excluded in computing the date for speedy trial in this case. Status Conference set for 11/5/2021 at 11:15 AM via videoconference before Judge Amit P. Mehta. The courtroom deputy will circulate connection information to counsel. Members of the public may access the hearing by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747. Bond Status of Defendant: remains on personal recognizance; Court Reporter: William Zaremba; Defense Attorney: Maria Rodriguez; US Attorney: Alexis Loeb. (zjd) (Entered: 09/01/2021) |
| 09/13/2021 | 20 | NOTICE *of Discovery Correspondence* by USA as to AUDREY ANN SOUTHARD–RUMSEY (Attachments: # 1 Exhibit Discovery Letter)(Loeb, Alexis) (Entered: 09/13/2021) |
| 09/17/2021 | 21 | STATUS REPORT *Status of Discovery as of September 14, 2021* by USA as to AUDREY ANN SOUTHARD–RUMSEY (Loeb, Alexis) (Entered: 09/17/2021) |
| 09/27/2021 | 22 | NOTICE *of Discovery Correspondence* by USA as to AUDREY ANN SOUTHARD–RUMSEY (Attachments: # 1 Exhibit Discovery Letter)(Loeb, Alexis) (Entered: 09/27/2021) |
| 10/22/2021 | 23 | STATUS REPORT *Status of Discovery as of October 21, 2021* by USA as to AUDREY ANN SOUTHARD–RUMSEY (Loeb, Alexis) (Entered: 10/22/2021) |
| 11/04/2021 | 24 | NOTICE OF ATTORNEY APPEARANCE: Robert Lee Jenkins, Jr appearing for AUDREY ANN SOUTHARD–RUMSEY (Jenkins, Robert) (Entered: 11/04/2021) |
| 11/04/2021 | 25 | MOTION for Leave to Appear Pro Hac Vice Maria Rodriguez Filing fee $ 100, receipt number ADCDC–8844336. Fee Status: Fee Paid. by AUDREY ANN SOUTHARD–RUMSEY. (Attachments: # 1 Affidavit)(Jenkins, Robert) (Entered: 11/04/2021) |

| 11/05/2021 | | MINUTE ORDER granting 25 Motion for Leave to Appear Pro Hac Vice. Attorney Maria Rodriguez is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCrR 44.5(a). Click for Instructions** as to AUDREY ANN SOUTHARD–RUMSEY (1). Signed by Judge Amit P. Mehta on 11/5/2021. (lcapm1) (Entered: 11/05/2021) |
|---|---|---|
| 11/05/2021 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference as to AUDREY ANN SOUTHARD–RUMSEY held via videoconference on 11/5/2021. In the interests of justice, and for the reasons stated on the record, the time from 11/6/2021 through and including 1/11/2022 shall be excluded in computing the date for speedy trial in this case. Status Conference set for 1/11/2022 at 11:30 AM before Judge Amit P. Mehta. Bond Status of Defendant: remains on personal recognizance; Court Reporter: William Zaremba; Defense Attorneys: Maria Rodriguez and Robert Jenkins; US Attorney: Alexis Loeb. (zjd) (Entered: 11/05/2021) |
| 11/08/2021 | 27 | STATUS REPORT *Status of Discovery as of November 5, 2021* by USA as to AUDREY ANN SOUTHARD–RUMSEY (Loeb, Alexis) (Entered: 11/08/2021) |
| 11/17/2021 | 28 | SUPERSEDING INDICTMENT as to AUDREY ANN SOUTHARD–RUMSEY (1) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s, 9s, 10s, 11s. (zltp) (Main Document 28 replaced on 11/19/2021) (zltp). (Entered: 11/18/2021) |
| 11/24/2021 | | NOTICE OF HEARING as to AUDREY ANN SOUTHARD–RUMSEY: Arraignment set for 12/1/2021 at 11:30 AM via videoconference before Judge Amit P. Mehta. Judge Mehta's courtroom deputy has circulated connection information to counsel. Members of the public may access the hearing by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747. (zjd) (Entered: 11/24/2021) |
| 12/01/2021 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Arraignment as to AUDREY ANN SOUTHARD–RUMSEY held via videoconference on 12/1/2021. Plea of Not Guilty entered as to Counts 1s–11s. In the interests of justice (XT), and for the reasons stated on the record, the time from 12/2/2021 through and including 1/11/2022 shall be excluded in computing the date for speedy trial in this case. Bond Status of Defendant: remains on personal recognizance; Court Reporter: William Zaremba; Defense Attorney: Maria Rodriguez; US Attorney: Alexis Loeb. (zjd) (Entered: 12/01/2021) |
| 12/13/2021 | 31 | NOTICE OF ATTORNEY APPEARANCE: Maria Teresa Rodriguez appearing for AUDREY ANN SOUTHARD–RUMSEY (Rodriguez, Maria) (Entered: 12/13/2021) |
| 12/22/2021 | 33 | Rule 5(c)(3) Documents Received as to AUDREY ANN SOUTHARD–RUMSEY from US District Court Middle District of Florida (Tampa) Case Number 8:21–mj–1534– AEP (bb) (Entered: 01/26/2022) |
| 01/11/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference as to AUDREY ANN SOUTHARD–RUMSEY held via videoconference on 1/11/2022. In the interests of justice, and for the reasons stated on the record, the time from 1/12/2022 through and including 3/11/2022 shall be excluded in computing the date for speedy trial in this case. Status Conference set for 3/11/2022 at 12:30 PM via videoconference before Judge Amit P. Mehta. The courtroom deputy will circulate connection information to counsel.Members of the public may access the hearing by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747. Bond Status of Defendant: remains on personal recognizance; Court Reporter: William Zaremba; Defense Attorney: Maria Rodriguez; US Attorney: Alexis Loeb. (zjd) (Entered: 01/11/2022) |

| 02/11/2022 | 34 | STATUS REPORT *Regarding Status of Discovery as of 2–9–22* by USA as to AUDREY ANN SOUTHARD–RUMSEY (Loeb, Alexis) (Entered: 02/11/2022) |
|---|---|---|
| 03/15/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference as to AUDREY ANN SOUTHARD–RUMSEY held via videoconference on 3/15/2022. Jury Selection set for 1/19/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. In the interests of justice, and for the reasons stated on the record, the time from 3/16/2022 through and including 1/19/2023 shall be excluded in computing the date for speedy trial in this case. Bond Status of Defendant: remains on personal recognizance; Court Reporter: William Zaremba; Defense Attorney: Maria Rodriguez; US Attorney: Alexis Loeb. (zjd) Modified hearing date on 3/30/2022 (zjd). (Entered: 03/30/2022) |
| 03/25/2022 | 36 | ORDER as to Defendant AUDREY ANN SOUTHARD–RUMSEY. Trial is set to commence in this matter on January 19, 2023, at 9:30 a.m. The following deadlines shall govern this matter: (1) parties shall file their pretrial motions (other than motions in limine) on or before October 14, 2022; (2) oppositions to pretrial motions shall be filed on or before October 28, 2022; (3) replies to pretrial motions shall be filed on or before November 4, 2022; (4) the United States shall make any required expert disclosures by November 17, 2022; (5) Defendant shall make any required reciprocal expert disclosures by December 1, 2022; (6) the United States shall notify Defendant of its intention to introduce any Rule 404(b) evidence not already disclosed on or before December 8, 2022; (7) motions in limine shall be filed on or before December 15, 2022; (8) oppositions to motions in limine shall be filed on or before December 29, 2022; (9) replies in support of motions in limine shall be filed on or before January 5, 2023; (10) any motions in limine by the United States shall be filed by December 8, 2022; (11) oppositions to such motions shall be filed by December 20, 2022; (12) Defendant shall satisfy her reciprocal discovery obligations, if any, by December 1, 2022; (13) the United States shall file any motion in limine pursuant to such discovery by December 8, 2022; (14) oppositions to such motions shall be filed by December 15, 2022; (15) the United States should endeavor to make grand jury and Jencks Act disclosures as to each witness it expects to call in its case–in–chief and disclose any Brady material not already disclosed on or before January 5, 2023; (16) the parties' Joint Pretrial Statement is due on or before January 5, 2023; (17) the parties shall submit a Word format copy of (a) any proposed modification to a standard jury instruction, (b) any non–standard jury instruction, and (c) the verdict form on or before January 5, 2023; and (18) the Pretrial Conference is scheduled for January 13, 2023, at 3:00 p.m., in Courtroom 10. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 3/25/2022. (lcapm1) (Entered: 03/25/2022) |
| 10/20/2022 | 37 | NOTICE OF ATTORNEY APPEARANCE David Perri appearing for USA. (Perri, David) (Entered: 10/20/2022) |
| 10/26/2022 | 38 | SECOND SUPERSEDING INDICTMENT as to AUDREY ANN SOUTHARD–RUMSEY (1) count(s) 1ss, 2ss–4ss, 5ss, 6ss, 7ss, 8ss, 9ss, 10ss, 11ss, 12ss, 13ss, 14ss, 15ss. (zltp) (Entered: 10/27/2022) |
| 10/28/2022 | | NOTICE OF HEARING as to AUDREY ANN SOUTHARD–RUMSEY: Arraignment set for 11/1/2022 at 5:15 PM via videoconference before Judge Amit P. Mehta. Members of the public may access the hearing by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747.(zjd) (Entered: 10/28/2022) |
| 11/01/2022 | 40 | NOTICE OF ATTORNEY APPEARANCE Alexander M. Diamond appearing for USA. (Diamond, Alexander) (Entered: 11/01/2022) |

| 11/14/2022 | | NOTICE OF HEARING as to AUDREY ANN SOUTHARD–RUMSEY: Arraignment set for 11/14/2022 at 5:15 PM via videoconference before Judge Amit P. Mehta. Members of the public may access the hearing by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747.(zjd) (Entered: 11/14/2022) |
| 11/14/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Arraignment as to AUDREY ANN SOUTHARD–RUMSEY held via videoconference on 11/14/2022. Plea of Not Guilty entered as to all counts of 38 Second Superseding Indictment. Bond Status of Defendant: remains on personal recognizance; Court Reporter: William Zaremba (A.M.) and Nancy Meyer (P.M.); Defense Attorney: Maria Rodriguez; US Attorneys: Alexis Loeb and David Perri. (zjd) (Entered: 11/14/2022) |
| 12/06/2022 | 42 | MOTION to Appoint Counsel *CJA* by AUDREY ANN SOUTHARD–RUMSEY. (Attachments: # 1 Affidavit)(Rodriguez, Maria) (Entered: 12/06/2022) |
| 12/07/2022 | | MINUTE ORDER granting Motion for CJA Appointment of Counsel Pro Hace Vice. The court hereby appoints Maria Rodriguez as counsel for Defendant under the Criminal Justice Act nunc pro tunc to November 14, 2022. Signed by Judge Amit P. Mehta on 12/7/2022. (lcapm1) (Entered: 12/07/2022) |
| 12/09/2022 | 43 | Joint MOTION to Vacate *Pretrial Deadlines and Set Stipulated Facts Bench Trial* by USA as to AUDREY ANN SOUTHARD–RUMSEY. (Loeb, Alexis) (Entered: 12/09/2022) |
| 12/10/2022 | 44 | ORDER granting 43 the Parties' joint motion to vacate the pretrial deadlines and set this matter for a stipulated facts bench trial. Pretrial deadlines set by the Court's March 25, 2022 Order are vacated and this matter is set for a stipulated facts bench trial on January 13, 2023 at 3:00 p.m. See attached Order for additional details. Signed by Judge Amit P. Mehta on 12/10/2022. (lcapm1) (Entered: 12/10/2022) |
| 01/10/2023 | 45 | MOTION to Continue *Trial* by AUDREY ANN SOUTHARD–RUMSEY. (Rodriguez, Maria) (Entered: 01/10/2023) |
| 01/11/2023 | | MINUTE ORDER granting 45 Motion to Continue Trial. The stipulated trial proceeding scheduled for January 13, 2023, is hereby vacated and reset for January 27, 2023, at 10:30 a.m. in Courtroom 10. The court cannot accommodate the week of January 30th. Time is excluded under the Speedy Trial Act until January 27, 2023, as the ends of justice outweigh the interests of the defendant and the public in a speedy trial. Specifically, time is excluded for the reasons stated in Defendant's motion. Signed by Judge Amit P. Mehta on 1/11/2023. (lcapm1) (Entered: 01/11/2023) |
| 01/24/2023 | 46 | First MOTION to Dismiss Count *9* by AUDREY ANN SOUTHARD–RUMSEY. (Attachments: # 1 Exhibit adopted arg. us v seitz ECF 41 pgs 3–9)(Rodriguez, Maria) (Entered: 01/24/2023) |
| 01/24/2023 | 47 | Memorandum in Opposition by USA as to AUDREY ANN SOUTHARD–RUMSEY re 46 Motion to dismiss count(s) (Attachments: # 1 Exhibit Transcript of Oral Ruling Denying Motion to Dismiss Obstruction Charge in U.S. v. Seitz, 21–cr–279 (DLF), # 2 Exhibit Gov't Opp. to Motion to Dismiss Obstruction Charge, U.S. v. Seitz, 21–cr–279 (DLF))(Loeb, Alexis) (Entered: 01/24/2023) |
| 01/25/2023 | | NOTICE OF HEARING as to AUDREY ANN SOUTHARD–RUMSEY: The Stipulated Bench Trial shall now proceed on January 27, 2023 at 1:30 PM (same date, new time) in Courtroom 10 before Judge Amit P. Mehta. (zjd) (Entered: 01/25/2023) |
| 01/27/2023 | 49 | |

| | | |
|---|---|---|
| | | ORDER denying <u>46</u> Defendant's Motion to Dismiss (Count Nine). See attached Order for additional details. Signed by Judge Amit P. Mehta on 1/27/2023. (lcapm1) (Entered: 01/27/2023) |
| 01/27/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Stipulated Bench Trial as to AUDREY ANN SOUTHARD–RUMSEY held on 1/27/2023. The Court finds the Defendant Guilty on Counts 1, 4, 5, 6, 7, 8, and 9 of the <u>38</u> Superseding Indictment. This case is hereby referred to the U.S. Probation Office for Presentence Investigation as to AUDREY ANN SOUTHARD–RUMSEY. Sentencing is set for 6/2/2023 at 3:00 PM in Courtroom 10 before Judge Amit P. Mehta. The defendant shall remain on personal recognizance pending sentencing. However, the Court modifies Ms. Southard–Rumsey's conditions of release to include the following restrictions: (1) The defendant shall not participate in rallies or demonstrations; (2) The defendant is restricted from using social media except to the extent that such social media use is for the purposes of her services as a vocal coach. Bond Status of Defendant: remains on personal recognizance; Court Reporter: William Zaremba; Defense Attorney: Maria Rodriguez; US Attorneys: Alexis Loeb and David Perri. (zjd) (Entered: 01/27/2023) |
| 01/27/2023 | <u>64</u> | STATEMENT OF FACTS FOR STIPULATED TRIAL as to AUDREY ANN SOUTHARD–RUMSEY. (zjd) (Entered: 07/14/2023) |
| 03/09/2023 | | MINUTE ORDER setting deadlines for sentencing memoranda for Defendant AUDREY ANN SOUTHARD–RUMSEY: This case is hereby referred to the Probation Office for a Presentence Investigation as to AUDREY ANN SOUTHARD–RUMSEY. The Final Presentence Investigation Report shall be due on or before May 30, 2023. The Parties' Sentencing Memoranda shall be due on or before June 6, 2023. Replies, if any, shall be due on or before June 8, 2023. Reply briefs shall be limited to five pages. Sentencing for AUDREY ANN SOUTHARD–RUMSEY is set for June 15, 2023, at 2:00 p.m. in Courtroom 10 before Judge Amit P. Mehta. The sentencing hearing set for June 2, 2023 is hereby vacated. Signed by Judge Amit P. Mehta on 03/09/2023. (lcapm1) (Entered: 03/09/2023) |
| 04/24/2023 | <u>50</u> | Unopposed MOTION for Extension of Time to *Sentencing* by AUDREY ANN SOUTHARD–RUMSEY. (Rodriguez, Maria) (Entered: 04/24/2023) |
| 04/25/2023 | | MINUTE ORDER denying without prejudice <u>50</u> Defendant's Motion to Continue Sentencing. The request for more time does not establish good cause for a three–month continuance of the sentencing date. The final PSR is not due until May 30, 2023. The motion does not explain why the intervening five weeks is insufficient time to prepare the final PSR, let alone the need for three additional months to accomplish that task and submit sentencing memoranda. Signed by Judge Amit P. Mehta on 04/25/2023. (lcapm1) (Entered: 04/25/2023) |
| 05/05/2023 | <u>51</u> | Amended MOTION to Continue *Sentencing Date* by AUDREY ANN SOUTHARD–RUMSEY. (Rodriguez, Maria) Modified text and event type on 5/9/2023 (zltp). (Entered: 05/05/2023) |
| 05/10/2023 | | MINUTE ORDER granting <u>51</u> Amended Motion to Continue Sentencing Date. Sentencing for AUDREY ANN SOUTHARD–RUMSEY is set for July 14, 2023, at 2:00 p.m. in Courtroom 10 before Judge Amit P. Mehta. The sentencing hearing set for June 15, 2023 is hereby vacated. The Final Presentence Investigation Report shall be due on or before June 30, 2023. The Parties' Sentencing Memoranda shall be due on or before July 6, 2023. Replies, if any, shall be due on or before July 12, 2023. Reply briefs shall be limited to five pages. Signed by Judge Amit P. Mehta on 05/10/2023. |

| | | (lcapm1) (Entered: 05/10/2023) |
|---|---|---|
| 07/03/2023 | 57 | SENTENCING MEMORANDUM by USA as to AUDREY ANN SOUTHARD–RUMSEY (Attachments: # 1 Notice of Video Exhibits, # 2 Exhibit 3 (Officer R.S. testimony in U.S. v. Rhodes), # 3 Exhibit 5 (Excerpt from U.S. v. Rhodes 5–24–23 Sent. Tr.), # 4 Exhibit 12 (Excerpt from U.S. v. Rhodes 5–25–23 Sent. Tr.), # 5 Exhibit 13 (Excerpt from U.S. v. Maly Sent. Tr.), # 6 Exhibit 14 (Sergeant N.V. interview report))(Loeb, Alexis) (Entered: 07/03/2023) |
| 07/06/2023 | 58 | MOTION Variance/Downward Departure by AUDREY ANN SOUTHARD–RUMSEY. (Rodriguez, Maria) (Entered: 07/06/2023) |
| 07/07/2023 | 59 | MOTION Variance/Downward Departure by AUDREY ANN SOUTHARD–RUMSEY. (Attachments: # 1 Exhibit Ex C NIH Report Cerebral Hypoxia, # 2 Exhibit Ex D Mary and Walter Southard Letter, # 3 Exhibit Ex E Donna Weaver Letter)(Rodriguez, Maria) (Entered: 07/07/2023) |
| 07/12/2023 | 62 | RESPONSE by USA as to AUDREY ANN SOUTHARD–RUMSEY *Reply to Defendant's Sentencing Memorandum* (Attachments: # 1 Exhibit Excerpt from U.S. v. Judd Sentencing Transcript)(Loeb, Alexis) (Entered: 07/12/2023) |
| 07/13/2023 | 63 | Unopposed MOTION for Leave to File Additional Exhibits re 58 MOTION Variance/Downward Departure by AUDREY ANN SOUTHARD–RUMSEY. (Attachments: # 1 Exhibit Ex F Ltr Nadine Casatelli, # 2 Exhibit Ex G Ltr David Bolton)(Rodriguez, Maria) (Entered: 07/13/2023) |
| 07/13/2023 | | MINUTE ORDER granting 63 Motion for Leave to File. Defendant may file additional exhibits for purposes of sentencing. Signed by Judge Amit P. Mehta on 07/13/2023. (lcapm1) (Entered: 07/13/2023) |
| 07/13/2023 | | MINUTE ORDER. The parties shall be prepared to address at the sentencing hearing scheduled for tomorrow whether a dangerous weapon enhancement under 2A2.2(b)(2) should apply to Counts 7 & 8 (flagpole) and Counts One and Four (metal stanchion). Signed by Judge Amit P. Mehta on 07/13/2023. (lcapm3) (Entered: 07/13/2023) |
| 07/14/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Sentencing held on 7/14/2023 as to AUDREY ANN SOUTHARD–RUMSEY. The Defendant is sentenced to a total of seventy–two (72) months of incarceration and thirty–six (36) months of supervised release. As to Counts 1, 5, and 7 of the 38 Second Superseding Indictment, the Defendant is sentenced to concurrent terms of sixty (60) months of incarceration and thirty–six (36) months of supervised release. As to Counts 4, 6, 8, and 9 of the 38 Second Superseding Indictment, the Defendant is sentenced to concurrent terms of seventy–two (72) months of incarceration and thirty–six (36) months of supervised release. All terms of incarceration and supervised release shall run concurrently. Additionally, the Court modifies the Defendant's pretrial release conditions to include GPS monitoring. The Defendant is restricted to 24 hour–a–day lock–down at her residence except for medical necessities and other activities specifically approved by the court. Bond Status of Defendant: placed on GPS monitoring, ordered to self–surrender; Court Reporter: William Zaremba; Defense Attorney: Maria Rodriguez; US Attorneys: Alexis Loeb, David Perri, and Alexander Diamond; Probation Officer: Robert Walters. (zjd) (Entered: 07/14/2023) |
| 07/14/2023 | 65 | AMENDED ORDER Setting Conditions of Release with Global Positioning System Monitoring as to AUDREY ANN SOUTHARD–RUMSEY. Signed by Judge Amit P. Mehta on 7/14/2023. (zjd) (Entered: 07/14/2023) |

| 07/18/2023 | 66 | JUDGMENT as to AUDREY ANN SOUTHARD–RUMSEY. Statement of Reasons Not Included. Signed by Judge Amit P. Mehta on 7/18/2023. (zltp) (Entered: 07/28/2023) |
|---|---|---|
| 07/18/2023 | 67 | STATEMENT OF REASONS as to AUDREY ANN SOUTHARD–RUMSEY. re 66 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Judge Amit P. Mehta on 7/18/2023. (zltp) (Entered: 07/28/2023) |
| 07/24/2023 | 68 | NOTICE OF APPEAL – Final Judgment by AUDREY ANN SOUTHARD–RUMSEY re 66 Judgment. Filing fee $ 505. Fee Status: No Fee Paid. Parties have been notified. (zltp) (Entered: 07/28/2023) |
| 07/28/2023 | 69 | Transmission of the Notice of Appeal, Order Appealed, and Docket Sheet to US Court of Appeals. The fee remains to be paid and another notice will be transmitted when the fee has been paid in the District Court or motion to proceed In Forma Pauperis has been decided as to AUDREY ANN SOUTHARD–RUMSEY re 68 Notice of Appeal – Final Judgment. (zltp) (Entered: 07/28/2023) |
| 07/31/2023 | | USCA Case Number as to AUDREY ANN SOUTHARD–RUMSEY 23–3122 for 68 Notice of Appeal – Final Judgment filed by AUDREY ANN SOUTHARD–RUMSEY. (zltp) (Entered: 08/08/2023) |
| 08/04/2023 | 70 | NOTICE *(AMENDED) OF APPEAL* by AUDREY ANN SOUTHARD–RUMSEY re 68 Notice of Appeal – Final Judgment (Rodriguez, Maria) (Entered: 08/04/2023) |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA                          CASE NO.:  21-CR-387 (APM)

v.

AUDREY ANN SOUTHARD-RUMSEY,
also known as "Audrey Ann Southard'
_____/

## AMENDED NOTICE OF APPEAL

Comes now Defendant Audrey Southard, via undersigned counsel, and amends the
Notice of Appeal filed by Ms. Southard on July 24th, 2023 and Notices appeal of Ms. Southard's
Final Judgment, conviction, and sentence to the United States Court of Appeals for the District
of Columbia Circuit.  Ms. Southard's sentence was pronounced on July 14th, 2023 with the Final
Judgment having been entered on July 18th, 2023.

Further, Defendant respectfully requests Ms. Southard be appointed new counsel for
purposes of Appeal pursuant to the Criminal Justice Act as counsel is not admitted, nor will
counsel be applying to be admitted to the Appellate Court at this time.

Present counsel was CJA appointed *pro hac vice* on December 7th, 2022 in the District
Court.  Pursuant to Federal Rule of Appellate Procedure 24(a)(3) Ms. Southard may proceed in
forma pauperis without further authorization unless the District Court certifies otherwise.

*Dated: August 4th, 2023*                         **Respectfully submitted,**

                                                  **/S/ Maria T. Rodriguez, Esq.**
                                                  **District of Columbia**
                                                  **Fla. Bar #168180**
                                                  **P.O. Box 2176**
                                                  **Tarpon Springs, FL 34688**
                                                  **Tel:  (727) 238-2342**
                                                  **Email:  attorneymariar@aol.com**

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

District of Columbia    ▼

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) |
| AUDREY ANN SOUTHARD-RUMSEY | ) Case Number:  21-cr-387 (APM) |
| | ) USM Number:  48139-509 |
| | ) Maria Rodriguez |
| | ) ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ |
| | ) Defendant's Attorney |

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☑ was found guilty on count(s)   Cts 1ss, 4ss, 5ss, 6ss, 7ss, 8ss, and 9ss of the Second Superseding Indictment (ECF #38).
   after a plea of not guilty.*     *Defendant was found guilty following a stipulated bench trial.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 231(a)(3) | Civil Disorder | 1/6/2021 | 1ss |
| 18 U.S.C. § 111(a)(1) | Assaulting, Resisting, or Impeding Certain Officers | 1/6/2021 | 4ss |

    The defendant is sentenced as provided in pages 2 through  9  of this judgment.  The sentence is imposed pursuant to
the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s)  All remaining counts   ☐ is  ☑ are dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence,
or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution,
the defendant must notify the court and United States attorney of material changes in economic circumstances.

                                             7/14/2023
                                   ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                   Date of Imposition of Judgment

                                          2023.07.18
                                          13:08:19
             Signature of Judge                     -04'00'

                                     Amit P. Mehta, U.S. District Judge
                                   ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                   Name and Title of Judge

                                   ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                   Date

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1A

Judgment—Page   2   of   9

DEFENDANT:  AUDREY ANN SOUTHARD-RUMSEY
CASE NUMBER:  21-cr-387 (APM)

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 231(a)(3) | Civil Disorder | 1/6/2021 | 5ss |
| 18 U.S.C. § 111(a)(1) | Assaulting, Resisting, or Impeding Certain Officers | 1/6/2021 | 6ss |
| 18 U.S.C. § 231(a)(3) | Civil Disorder | 1/6/2021 | 7ss |
| 18 U.S.C. § 111(a)(1) | Assaulting, Resisting, or Impeding Certain Officers | 1/6/2021 | 8ss |
| 18 U.S.C. §§ 1512(c)(2) and 2 | Obstruction of an Official Proceeding and Aiding and Abetting | 1/6/2021 | 9ss |

AO 245B (Rev. 09/19)  Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page    3    of    9

DEFENDANT:   AUDREY ANN SOUTHARD-RUMSEY
CASE NUMBER:   21-cr-387 (APM)

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
seventy-two (72) months. This is comprised of concurrent terms of sixty (60) months as to Counts 1ss, 5ss, and 7ss of the Second Superseding Indictment and concurrent terms of seventy-two (72) months as to Counts 4ss, 6ss, 8ss, and 9ss. All terms of imprisonment shall be served concurrently.

☑ The court makes the following recommendations to the Bureau of Prisons:
   placement at FCI Tallahassee or at a facility for women near Marion County, Florida.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
           Sheet 3 — Supervised Release

Judgment—Page   **4**   of   **9**

DEFENDANT:   AUDREY ANN SOUTHARD-RUMSEY
CASE NUMBER:   21-cr-387 (APM)

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

thirty-six (36) months on each of Counts 1ss, 4ss, 5ss, 6ss, 7ss, 8ss, and 9ss of the Second Superseding Indictment. All terms of supervised release shall run concurrently.

## MANDATORY CONDITIONS

1.    You must not commit another federal, state or local crime.
2.    You must not unlawfully possess a controlled substance.
3.    You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
        ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4.    ☑ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.    ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.    ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.    ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 3A — Supervised Release

Judgment—Page    5    of    9

DEFENDANT:  AUDREY ANN SOUTHARD-RUMSEY
CASE NUMBER:  21-cr-387 (APM)

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision.  These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so.  If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity.  If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction.  The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____    Date _____

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3B — Supervised Release

Judgment—Page   6   of   9

DEFENDANT:   AUDREY ANN SOUTHARD-RUMSEY
CASE NUMBER:   21-cr-387 (APM)

## ADDITIONAL SUPERVISED RELEASE TERMS

The Court approves transfer of supervision to the district of residence. The Court will retain jurisdiction of this case.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3D — Supervised Release

Judgment—Page   7   of   9

DEFENDANT:  AUDREY ANN SOUTHARD-RUMSEY
CASE NUMBER:  21-cr-387 (APM)

## SPECIAL CONDITIONS OF SUPERVISION

Financial Payment Schedule - Having assessed the defendant's ability to pay, payment is due as follows:

Payment in equal monthly installments of $50 a month until restitution is paid in full, to commence after release from custody.

Financial Information Disclosure - You must provide the probation officer access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the United States Attorney's Office.

Financial Restrictions - You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page ___8___ of ___9___

DEFENDANT: AUDREY ANN SOUTHARD-RUMSEY
CASE NUMBER: 21-cr-387 (APM)

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 700.00 | $ | $ | $ | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☑ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Clerk of the Court for the United States | | | |
| District Court for the District of Columbia | | | |
| for disbursement to the following victims: | | | |
| | | | |
| Architect of the Capitol | | $2,000.00 | |
| Officer of the Chief Financial Officer | | | |
| Ford House Office Building | | | |
| Room H2-205B | | | |
| Washington, DC 20515 | | | |
| | | | |
| **TOTALS** | $ 0.00 | $ 2,000.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☑ the interest requirement is waived for the  ☐ fine  ☑ restitution.

    ☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page   9   of   9

DEFENDANT:  AUDREY ANN SOUTHARD-RUMSEY
CASE NUMBER:  21-cr-387 (APM)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☑  Lump sum payment of $ 700.00          due immediately, balance due

    ☐  not later than                    , or
    ☐  in accordance with  ☐  C,   ☑  D,   ☐  E, or   ☐  F below; or

B  ☐  Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

C  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
    _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

D  ☑  Payment in equal   monthly   *(e.g., weekly, monthly, quarterly)* installments of $ 50.00   over a period of
    _____ *(e.g., months or years)*, to commence   promptly   *(e.g., 30 or 60 days)* after release from imprisonment to a
    term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from
    imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☐  Special instructions regarding the payment of criminal monetary penalties:
    The financial obligations are immediately payable to the Clerk of the Court for the U.S. District Court,
    333 Constitution Ave NW, Washington, DC 20001. Within 30 days of any change of address, you shall notify the
    Clerk of the Court of the change until such time as the financial obligation is paid in full.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>*(including defendant number)* | Total Amount | Joint and Several<br>Amount | Corresponding Payee,<br>if appropriate |
|---|---|---|---|
| | | | |

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.