IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,              )
                                       )
          Plaintiff,                   )
                                       )    CR No. 21-387
                                       )    Washington, D.C.
          vs.                          )    July 14, 2023
                                       )    2:03 p.m.
AUDREY ANN SOUTHARD-RUMSEY,            )
                                       )
          Defendant.                   )
_____)


TRANSCRIPT OF SENTENCING PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:          Alexis Jane Loeb
                             U.S. ATTORNEY'S OFFICE
                             FOR THE NORTHERN
                             DISTRICT OF CAL
                             450 Golden Gate Ave.
                             11th Fl.
                             San Francisco, CA 94102
                             (415) 436-7168
                             Email: alexis.loeb@usdoj.gov

                             David Perri
                             USAO
                             LRM: Weaver, Tracie
                             Federal Building
                             United States Courthouse
                             1125 Chapline Street
                             Suite 3000
                             Wheeling, WV 26003
                             (304) 234-0100
                             Email: david.perri@usdoj.gov

APPEARANCES CONTINUED:

| | |
|---|---|
| For the Government: | Alexander M. Diamond<br>Criminal Division<br>601 D Street NW<br>Washington, D.C. 20530<br>(202) 506-0427<br>Email:<br>alexander.diamond@usdoj.gov |
| For the Defendant: | Maria Teresa Rodriguez<br>MARIA T. RODRIGUEZ, ESQUIRE<br>P.O. Box 2176<br>Tarpon Springs, FL 34688<br>(727) 238-2342<br>Email: attorneymariar@aol.com |
| Probation Officer: | Robert Walters |
| Court Reporter: | William P. Zaremba<br>Registered Merit Reporter<br>Certified Realtime Reporter<br>Official Court Reporter<br>E. Barrett Prettyman CH<br>333 Constitution Avenue, NW<br>Washington, D.C. 20001<br>(202) 354-3249 |

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

P R O C E E D I N G S

1
2          COURTROOM DEPUTY:  This court is in session; the
3    Honorable Amit P. Mehta presiding.
4          THE COURT:  Please be seated, everyone.
5    Thank you.
6          COURTROOM DEPUTY:  Good morning, Your Honor.
7    This is Criminal Case No. 21-387, United States of America
8    versus Audrey Ann Southard-Rumsey.
9          Alexis Loeb, David Perri, and Alexander Diamond
10   for the government.
11         Maria Rodriguez for the defense.
12         Robert Walters on behalf of the probation office.
13         The defendant is appearing in person for these
14   proceedings.
15         THE COURT:  All right.  Good afternoon, everyone.
16         Ms. Southard-Rumsey, good afternoon to you.
17         Okay.  So we're here for sentencing this
18   afternoon.  Everyone ready to proceed?
19         MS. LOEB:  Yes, Your Honor.
20         MS. RODRIGUEZ:  Yes, Your Honor.
21         THE COURT:  Okay.
22         All right.  So just to preview how we will proceed
23   this afternoon, I understand the government has some victim
24   impact statements it would like to present, so we'll start
25   there.

1          Then we will turn to the Guidelines disputes and

2    resolve those.

3          And then we'll turn to the parties' allocutions.

4          And then we'll hear from Ms. Southard-Rumsey if

5    she wishes to be heard, okay?

6          All right.  Anything before we get started?

7          MS. LOEB:  No, Your Honor.

8          MS. RODRIGUEZ:  No.

9          THE COURT:  All right.  Why don't we hear from the

10   government's victim impact witnesses.

11         MS. LOEB:  Thank you.

12         And we have two officers who were in the Statuary

13   Hall connector with Ms. Southard-Rumsey that day.

14         So first, U.S. Capitol Police Officer Sergei

15   Vittone, if you could please come forward.

16         THE COURT:  If he has a statement, he can just --

17         MS. LOEB:  Or from here?

18         THE COURT:  Yeah, that's fine.  Right from the

19   lectern is completely fine.

20         And I'm sorry, could you say your name one more

21   time.

22         POLICE OFFICER SERGEI VITTONE:  Sergei Vittone.

23         Good afternoon.  My name is Sergei Vittone.  I'm a

24   police officer with the United States Capitol Police,

25   currently assigned to the first responder unit on the

1    Capitol division.  I have been with the department for three
2    and a half years.
3            Over the past two-plus years, January 6th has been
4    a day talked about by reporters, news broadcasters,
5    politicians, podcasters, and every single tourist coming
6    into Capitol Hill asking if this is where the riots
7    happened.
8            There have been multiple books written about that
9    day, from current and prior officers from the department.
10           Today, I've been asked to give my account of the
11   events on that day, so I'll try my best to explain what
12   happened from my point of view.
13           On January 6th, 2021, I was assigned to the
14   library division.  I showed up to work at 0500 that day
15   knowing that the day was going to be busy as Congress was in
16   session to recount the Presidential election votes.
17           I was an external patrol unit primarily near the
18   intersection of First and East Capitol Street.
19           The events rapidly unfolded on the west front.  It
20   was hard to keep track of what was going on only listening
21   to the radio.
22           Eventually, my sergeant gathered the external
23   patrol units together and we ran over to the east front to
24   help.  By the time we got to the House landing, the crowds
25   were up against the building.

1            Soon after, the crowd at the Rotunda steps broke

2    our lines and ran up the center steps through the Rotunda

3    door and into the building.

4            At that point, we ran down through part of the

5    crowd into Memorial door next to the Rotunda steps and up to

6    the House chambers, where eventually I came in contact with

7    the defendant.

8            We were told to protect the House chambers, as

9    there were still members locked down inside.  Initially, we

10   were doubled up on each of the doors.  But as the crowd made

11   its way toward the chambers, we gathered at the center door.

12           This is where I first saw the defendant.  She was

13   one of the individuals in front making herself known.  She

14   was yelling phrases like "Stop the Steal" and "Pelosi, come

15   out here, you socialist pig."

16           The crowd was a mixture of people claiming that

17   they just wanted to either sit down and talk with the

18   members, and people who exclaimed that they wanted to kill

19   members, specifically Nancy Pelosi, and would take down any

20   cop who got in their way.

21           We held the crowd in a bottleneck in that hallway

22   for as long as we could.

23           A couple rioters began to yell at each other, and

24   that escalated into a fight.

25           The crowd began to move forward, and eventually

1    the defendant, along with a few others, used the flagpole as

2    a sort of plow to push the few of us that were there out of

3    the way.

4            There were maybe 12 of us and hundreds of rioters

5    in that one hallway.

6            As we were being scattered, I saw a fellow officer

7    being pushed into a smaller hallway with a door that goes

8    into the actual chambers.

9            I ran into that hallway, pulling people out of my

10   way and got up next to the officer with our backs to the

11   door.

12           At that point, the defendant was right up against

13   me as she continued to yell and threaten members.

14           I was getting crushed and repeatedly hit with

15   flagpoles as she was yelling in my ear.

16           I grabbed her arm, pushed her away, and told her

17   to stop yelling in my ear.

18           At one point, I heard someone say, hey, I have a

19   knife.

20           I knew there was nothing we could do in there.

21   And if someone lunged at us with a knife in that small

22   hallway, it would have gone from bad to worse very quickly.

23           I was beginning to address the crowd when the

24   officer next to me was being pulled out of there.  When I

25   attempted to help him, I was pulled out as well, and the

1    crowd moved up to the door.  This was the last time I saw
2    the defendant.
3            After we were pulled out of there, I found myself
4    surrounded by only rioters.  I made my way over to the House
5    galleries and found myself over Ashli Babbitt, holding the
6    crowd while she was being given first aid.
7            I was with a group of MPD, USCP, and ATF officers
8    as we moved our way back to the center through Statuary Hall
9    and into the huge fight in the Rotunda.
10           After being hit, knocked down, and bear sprayed
11   multiple times, we pushed the crowd out the Rotunda door and
12   I climbed out of a window on the east front since the doors
13   were all barricaded with whatever we could find at the time.
14           The days following January 6th were ones of
15   recovery, or as much recovery as I could get.  I was
16   agitated and sore.  The department was put on 16-hour shifts
17   for what felt like a lifetime.  Eventually we were moved to
18   12-hour shifts with minimal days off.
19           January 6th was on a Wednesday, and on that next
20   Saturday, I had to report to my National Guard Armory for a
21   routine medical exam for my upcoming deployment that spring.
22   My blood pressure was so high that I was nearly unqualified
23   for the deployment.  My left knee was aching from fighting
24   one of the rioters to the ground in the Rotunda.
25           As an Infantry Officer in the Army National Guard,

1    I thought I was going to have to let my soldiers down by not

2    being able to lead them for the next year.  Thankfully, that

3    wasn't the case.  I was able to deploy and come home and

4    continue my career in law enforcement.

5            My knee still isn't quite right, but I manage it

6    through physical therapy and plenty of exercise.

7            To be honest, I don't wish any ill will towards

8    any of the January 6th defendants; I've long since forgiven

9    them.  But at the end of the day, they're all adults and

10   will have to live with the decisions they all made.

11   Thank you.

12           THE COURT:  Thank you, Officer.

13           MS. LOEB:  And next, Officer Durrette, if you

14   could come forward, please.

15           POLICE OFFICER DURRETTE:  Hello, Your Honor.

16           THE COURT:  Hi, Mr. Durrette.  Welcome.

17           POLICE OFFICER DURRETTE:  My name is Officer

18   Durrette.  I'm currently assigned to the first responders

19   unit at the Capitol.  I've been employed with them for nine

20   years now.

21           On January 6th, I was assigned to first responders

22   unit of the Capitol as well.  At one point during that day,

23   myself and Officer Epps found ourself in front of the house

24   steps where the crowd wasn't really pushing forward at the

25   time.  So we made the conscious decision to move inside the

```
 1   building because we heard people were moving inside of the

 2   building.

 3          Once we got inside and upstairs to outside the

 4   main door, we ran into our inspector, Inspector Loyd.  He

 5   asked that we hold the hallway with the other officers

 6   because there was still members of Congress in the chambers.

 7          At that point, we saw a large crowd starting to

 8   move forward, and we heard shots were fired.  So Officer

 9   Epps and myself drew our guns in preparation that the crowd

10   coming towards us were the ones shooting.

11          At that point, one of our sergeants walked up to

12   us, asked us to holster our weapons, that he's going to try

13   and talk to the crowd and bring them down.

14          As they approached, the older gentleman stepped

15   forward and talked to the sergeant and the crowd's demeanor

16   kind of calmed down a little bit, not calm, but they weren't

17   as loud anymore.

18          Every single time that the crowd demeanor would

19   kind of drop a little bit, the defendant would get very loud

20   and point at us and threaten us, and then the whole crowd's

21   demeanor would change again.  They would get loud, kind of

22   step forward, they would inch forward.  And that interaction

23   between her and the older gentleman kept going back and

24   forth for a while.

25          To me, it felt like she was actually leading the
```

1    group, because every time that she made a demand or got loud

2    or threatened us, the crowd actually got loud as well and

3    moved forward with it.  It seemed like an intent to cause us

4    harm.

5             At one point, the sergeant couldn't control them

6    anymore.  She looked at me dead in the eyes, with a very

7    wide eye.  Looked like she was gritting her teeth and

8    breathing heavily.  And told me -- she said, "We will get

9    what we want even if we have to go through you.  I don't

10   care what happens, we will go through you."

11            At that point, I stepped back and drew my baton,

12   thinking I was going to have to fight the crowd, hoping that

13   I wasn't going to have to go to deadly force, seeing how

14   many people there were.

15            She pushed forward, ran into me at least a couple

16   times that I can remember, before Epps grabbed ahold of me.

17   Before he pulled me out of the crowd and as we were getting

18   pushed back more towards the door where we wouldn't have no

19   room to escape, I remember looking into the crowd and

20   looking at her thinking, the only other option I'm going to

21   have, if I get stuck in this crowd, is to draw my gun and

22   start using deadly force on her and anybody else in this

23   crowd, unfortunately.  And that was not what I wanted at

24   all.

25            Officer Epps guided me away from the crowd.  He

1    grabbed my belt, grabbed me out of the crowd, so I did not

2    get stuck in with the two officers that were pressed against

3    the door.

4              At that time, Officer Epps and I remained holding

5    that side of the hallway, so the protesters would only

6    continue forward.

7              Once again, I'd like to touch on the subject of

8    all the other people that I ran into that day.  She seemed

9    like she was bringing the violence to the crowd, because

10   every time she spoke up, the crowd got loud, violent, took a

11   step forward.  When the older gentleman would walk forward

12   and talk to the crowd, he would face the crowd, and ask that

13   they would calm things down, that they're going to try to

14   get what they want in a peaceful manner and they would do

15   so.

16             And I still to this day will not forget her face

17   out of most of the people I came in contact with.  I've only

18   had to take the stand one other time for one other

19   defendant.  And I remember him because of hands on that I

20   had to go with him just like her.  But hers stuck out the

21   most because that was the only time of the day that

22   I thought I was going to have to use deadly force against

23   more people than maybe I had bullets that day.

24             That's all I'd like to talk about on that one.

25             THE COURT:  All right.  Thank you, Officer.

1   Thank you for being here and thank you for your words.

2          Okay.  Does the government have anyone else or any

3   additional victim impact evidence they wish to present?

4          MS. LOEB:  I'm sorry, Your Honor, additional

5   evidence?  No, Your Honor, thank you.

6          THE COURT:  All right.

7          Well, then let's turn to the Guidelines issues.

8   But before we do that, let me just go through what I've

9   received and reviewed from the parties.

10         There is the Presentence Investigation Report at

11  55, and the probation office's memorandum -- excuse me,

12  recommendation at 56.

13         I have reviewed the defendant's objections at ECF

14  54 to the Presentence Investigation Report.

15         I've read the government's memorandum in aid of

16  sentencing at 57, as well as reviewed the volume of exhibits

17  that the government has produced.

18         I also went back and looked at some of the

19  exhibits that were given to me in connection with the

20  stipulated bench trial -- or the Stipulated Trial, I should

21  say.

22         I've also received and reviewed the government's

23  reply brief.

24         And then there is the defendant's memorandum in

25  aid of sentencing and motions for departure and variance at

1      ECF 59, which included letters, as well as the sealed

2      exhibits.

3             There was also additional exhibits at ECF 60,

4      which I think were the sealed exhibits.

5             And then there were some additional letters that

6      were submitted at 63 yesterday, I believe.

7             Is there anything else that I should have received

8      and reviewed that I haven't mentioned?

9             MS. LOEB:  No, Your Honor.

10            MS. RODRIGUEZ:  Nothing, Your Honor.

11            THE COURT:  Okay.

12            All right.  So, Ms. Rodriguez, could you please

13     confirm for me that Ms. Southard-Rumsey has received and

14     reviewed the Presentence Investigation Report?

15            MS. RODRIGUEZ:  Yes, she has, Your Honor.

16            THE COURT:  Okay.

17            All right.  Let's then turn to the Guidelines

18     issues.

19            I think the first we can sort of get out of it

20     quickly and that is, the probation office has recommended an

21     official victim enhancement for the 1512(c)(2) count, which,

22     I believe, is Count 9.

23            The government has argued that that enhancement

24     doesn't apply, and the defense takes that position as well.

25            I would agree with that.  I don't think the

```
1   official victim enhancement applies to that particular
2   offense.
3          It's an enhancement meant not to, I think, be
4   directed at a body, as opposed to an individual person or
5   persons.
6          And clearly Congress, or perhaps the congressional
7   proceeding, is the victim of the 1512(c)(2) offense, and,
8   therefore, I don't think falls within the victim
9   enhancement.
10         I also think the Guideline provisions falls
11  outside of the Guidelines that that particular enhancement
12  applies, I think; is that right?
13         MS. LOEB:  The Guideline provision falls --
14  3A1.2(a) -- 3A1.2(b) is for Chapter 2A.
15         THE COURT:  Right.
16         MS. LOEB:  And this is under 2J.
17         THE COURT:  Right.  Right.  Exactly.  So that's
18  the other reason it doesn't apply.
19         So I will not add an additional six levels for the
20  Count 9 calculation.
21         Let's then talk about the issue of the application
22  of the aggravated assault Guideline, that is, 2A2.2, to the
23  231 counts, instead of 2A2.4, which is what the defense has
24  urged.
25         I guess, Ms. Rodriguez, the question to you is:
```

1    Does it make a difference?

2           MS. RODRIGUEZ:  And that's a good question,

3    Your Honor.

4           I think what's going to make a difference, as far

5    as what the Court had asked us to look into and be prepared

6    to argue, which is the dangerous weapon.

7           I was simply making the argument that I did not

8    feel that what injuries were sustained or what the officers

9    had gone through, albeit I just heard from a couple of them.

10   The assault itself, I don't believe was aggravated in

11   nature.  We had the officer speak of, you know, how his knee

12   hurt, et cetera.  But these were injuries that I believe was

13   evident or sustained by other protesters that were there

14   that day.  So as far as our position on aggravated assault,

15   we don't see it as an aggravated assault, Your Honor.

16          THE COURT:  Well, the reason I ask the question I

17   asked is because I think everybody agrees that the --

18   there's a pairing of counts in terms of --

19          MS. RODRIGUEZ:  Yes.

20          THE COURT:  -- how they ultimately are grouped.

21          MS. RODRIGUEZ:  Right.

22          THE COURT:  You know, there's three individual or

23   sets of victims.  As to each of those grouping of victims,

24   there is both a 231 count and a 111(a) count.  There's no

25   disagreement that the 111(a) count is covered by 2A2.2,

1  I believe.  You're not objecting to that.

2          MS. RODRIGUEZ:  Correct.

3          THE COURT:  And so given that the 2A2.2 count

4  produces the highest Guideline, it seems to me that it's, in

5  some sense, academic that -- at least the objection is

6  academic as to whether the 231 count also should be covered

7  by 2A2.2 or 2A2.4.  Would you agree with that?

8          MS. RODRIGUEZ:  Yes.

9          THE COURT:  Okay.

10          Does the government have any different view?

11          MS. LOEB:  No, Your Honor.

12          THE COURT:  Okay.

13          All right.  So as I said, I think that issue is

14  academic.

15          But I will say because I do think it's important,

16  just to make clear my position for the record, which is, I

17  do think it constitutes aggravated assault, and that's the

18  proper Guideline to apply in this case, that's 2A2.2,

19  because the definition of aggravated assault includes a

20  felonious assault, which we do have here under 111, that

21  involved, D, an intent to commit another felony.  And

22  Ms. Southard-Rumsey has admitted that she did intend to

23  commit another felony as part of the assaultive behavior,

24  which was to interfere with an official proceeding.

25          So I think it meets the definition of "aggravated

1  assault."  And we can talk in a moment about whether it also

2  qualifies as aggravated assault because she used a dangerous

3  weapon with the intent to cause bodily injury.  But at a

4  minimum, it seems to me that it qualifies as an aggravated

5  assault because she had the requisite specific intent to

6  commit another felony.

7          So in any event, for each of the two -- for both

8  the 231 counts and the 111 counts, I do think that 2A2.2 is

9  the proper Guideline.  And ultimately, as I said, I think it

10  is academic given that there's agreement that, at least for

11  the 111 counts, that 2A2.2 is the proper Guideline.

12          Okay.  Let's then talk about the issue that I

13  raised in the Minute Order yesterday.  I had asked the

14  parties to be prepared to address whether there should be an

15  enhancement for use of a dangerous weapon -- or a

16  dangerous-weapon enhancement, let me put it that way, under

17  2A2.2 Subsection (b)(2).

18          And in particular, let me just share my thinking

19  or at least what prompted the question.  That Guideline

20  provides a four-level enhancement for a dangerous weapon

21  that is otherwise used, and also a three-level enhancement

22  for a dangerous weapon that is brandished or its use was

23  threatened.

24          Now, the two potential weapons that I'm -- that

25  we're talking about here are the flagpole, which appeared to

1    me from the video, and you all tell me if I'm wrong, to be a

2    very solid wooden flagpole.  This was not some piece of

3    plastic, it was a solid wooden flagpole that probably looked

4    like it was at least 5 to 6 feet in length, from what I

5    could tell, maybe about 5 feet in length, certainly enough

6    to span multiple people.

7            That object was, you know, a dangerous weapon as

8    defined by the Guideline.  There's a cross-reference to

9    1B1.1, where "dangerous weapon" is defined as relevant here:

10   An instrument capable of inflicting death or serious bodily

11   injury, which I take it to mean it doesn't actually have to

12   inflict death or serious bodily injury, but, rather, it just

13   needs to be capable of it.

14           But as importantly, 2A2.2, the commentary makes

15   clear that a dangerous weapon, for purposes of that

16   Guideline, not only has the meaning that's given to it in

17   1B1.1, but it includes "any instrument that is not

18   ordinarily used as a weapon," and gives an example, "cars,

19   chairs, an icepick, if such an instrument is involved in the

20   offense with the intent to commit bodily injury."

21           And so given those definitions, it at least seemed

22   plausible to me that Ms. Southard-Rumsey's use of the

23   flagpole qualified as a dangerous weapon otherwise used,

24   because the video evidence showed that she had this

25   flagpole, held it up against Officer N.V.'s chest --

1    Sergeant N.V., excuse me -- and did so for multiple minutes.

2    I mean, actually, that flagpole was held up against his

3    chest for multiple minutes.  I couldn't quite tell from the

4    video whether he actually had his hands on the pole as well

5    in order to essentially prevent her from using it.

6          But in any event, at some point -- not at some

7    point.  At the end of probably two to three minutes, she

8    uses that flagpole to push him back multiple -- many feet

9    into the hallway, into -- past a couple doors into a

10   vestibule, through that vestibule until he hits his head and

11   is injured in that hallway.  So query why that doesn't

12   constitute use of a dangerous weapon.

13         With respect to the stanchion, this is

14   Ms. Southard-Rumsey's conduct in the Rotunda in which she

15   clearly, after she is engaged in a tussle with one of the

16   officers, moves to pick up a metal stanchion.  She actually

17   has both hands on the stanchion.  Appears to actually be

18   able to pull it back toward her at a minimum; I don't know

19   whether it got off the ground or not.  But the reason it

20   didn't get off the ground and the reason she wasn't able to

21   do anything with it is because there were officers who

22   quickly interceded and prevented her from doing anything

23   with it, and she wisely backed away.

24         But given what I saw on that video, I'm not left

25   with much doubt that she had every intention to use that

```
 1    stanchion as a dangerous weapon and try to inflict bodily
 2    harm.
 3             I mean, talk about (2)(C), 2A2.2(b)(2)(C) speaks
 4    of a dangerous weapon being -- a dangerous weapon or its use
 5    was threatened.
 6             Certainly those officers who were in that Rotunda
 7    thought the use of that stanchion was going to be -- excuse
 8    me, that the stanchion was -- its use was threatened to be
 9    as a dangerous weapon.  That much is clear to me.
10             So I query for both sides why those enhancements
11    ought not to be applied.
12             Ms. Loeb.
13             MS. LOEB:  I spent also a fair amount of time
14    looking at this enhancement after I got the Minute Order.
15    And I came out actually where Your Honor does today, having
16    taken another look at it.  So I would add the four points
17    for the use of the flagpole and three points for brandishing
18    the metal stanchion.
19             I think the reason we didn't seek it originally
20    was that we hadn't charged the 111(b) offense, which would
21    have required proof beyond a reasonable doubt, and
22    so I think that's what I had in my mind when I was doing the
23    Guidelines analysis.
24             And also I think the -- having looked at a few of
25    the cases interpreting this section of the Guideline
```

1   specifically, you look at the circumstances of use.  And

2   I think the flagpole, she's holding it in an offensive way

3   against his chest; she's yelling threats, violent threats at

4   the officer.  She pushes them back.  We heard today how the

5   officers felt in fear for -- I mean, they felt in fear for

6   their lives when they were pushed back and pinned.

7           And then it meets the requirement for the

8   enhancement within Section 2A2.2 because Sergeant N.V.

9   actually hit his head and sustained bodily injury.  And from

10  her words, I think the Court can easily infer that that's

11  what she intended to do.  So I think Your Honor has it

12  exactly right.

13          THE COURT:  Ms. Rodriguez.

14          MS. RODRIGUEZ:  Yes, Your Honor.

15          As to Counts 1 and 4 with the metal stanchion, if

16  I'm pronouncing that correctly, Your Honor, I don't --

17  I realize that the Court has watched videos and seen the

18  exhibits and looked at the pictures again from the

19  stipulated-fact trial.

20          I think it's fair to say that Ms. Southard was

21  also having a difficult time because she had been maced

22  several times, both outside and inside of the Capitol.  Not

23  that that's anybody's fault necessarily; however, that

24  stanchion, that never came off the ground.  We don't

25  actually know what Ms. Southard was doing as far as when she

```
 1    grabbed it.  There was no other overt phrase or threat or --
 2              THE COURT:  Then what else was she going to do
 3    with it?
 4              MS. RODRIGUEZ:  Maybe she was moving it to the
 5    side.  I don't know, Your Honor.
 6              THE COURT:  That seems unlikely.
 7              MS. RODRIGUEZ:  But the fact of the matter is that
 8    when she was told to put it down, she immediately did so.
 9              THE COURT:  It's because she had two police
10    officers approach her and essentially show her their
11    nightsticks.
12              MS. RODRIGUEZ:  And, Your Honor, I understand that
13    as well.
14              I'm also going to the other counts as far as the
15    flagpole.
16              Importantly with the flagpole, Your Honor, that
17    was not a flagpole that Ms. Southard brought to the protest
18    that day.  That was somebody else's flagpole.  I think the
19    pictures from the stipulated-fact trial show that there was
20    a lot of people behind Ms. Rumsey.
21              My point to the Court is, I don't believe that she
22    intended, even though that was the outcome of when
23    everyone's pushing forward, it's not like she detached from
24    the group and went on her own and pushed forward.  There was
25    a lot of people behind her, and I think the videos and
```

1    photographs reflect that as well.

2           If she had intended to use the flagpole as a

3    deadly weapon, I dare to say that she would have used it in

4    a different fashion as -- for example, attempting to strike

5    somebody with a flagpole or stab somebody with a flagpole.

6    I think the circumstance that she was in, she was holding

7    the flagpole -- and I'm not saying that wasn't pressed up

8    against the officer, I think the officer said that that was

9    pushed up against her.

10           However, I don't believe that she had the intent

11   to use that as a dangerous weapon because if she had wanted

12   to do so, I think she would have figured out different ways

13   to do it.  Importantly, she didn't bring it, it wasn't hers,

14   she didn't leave with it.  And I just don't believe a

15   dangerous-weapon enhancement under 2A2.2(b)(2) should be

16   given with Ms. Southard's case.

17           I think there were a lot of other J6 protesters

18   that were there that actually committed grave overt acts and

19   attempting to punch officers and bear spray them and mace

20   them and hit them.  That's not something that Ms. Southard

21   did, even though she did have her hand on that flagpole,

22   Your Honor.

23           And that's the position that we have, is that if

24   she had intended to use it as a deadly weapon, she could

25   have done many different things than what she actually did

1    do.  She was holding -- she was holding -- there was a lot

2    of men behind her, and unfortunately an officer was pushed

3    and unfortunately got a bump on his head and that is

4    unfortunate.

5           Again, the metal stanchion, I don't think she

6    could have formed the intent to use that as a deadly weapon,

7    because I don't know why she would have tried to pick it up,

8    I don't know if she knows why she tried to pick it up at

9    that moment, but she certainly didn't intend to use it as a

10   deadly weapon because she immediately withdrew from that

11   attempt.

12          THE COURT:  Okay.

13          All right.  Let me just -- let's move to a

14   different issue for a moment while you're up there,

15   Ms. Rodriguez, and just talk about the terrorism enhancement

16   that the government has requested under 3A1.4, Note 4.

17          Tell me why your client's conduct doesn't meet the

18   definition of that enhancement.

19          MS. RODRIGUEZ:  Your Honor, as contained in my

20   motion for departure and for variance as well, I think that,

21   unfortunately, a lot of protesters have been viewed as their

22   actions and their comments, albeit protected, oftentimes

23   under the First, speech, political speech, it's that strict

24   scrutiny, I don't believe that the terrorism enhancement

25   applies whatsoever to Ms. Southard-Rumsey.  Did she have

1  some sort of a Joan of Arc syndrome, where she thinks she's

2  going to rouse the troops or what have you.

3        THE COURT:  Let's stick with the words, as opposed

4  to what she may or may not have done.

5        "The offense was calculated to influence or affect

6  the conduct of government by intimidation or coercion or to

7  retaliate against" the government -- "against government

8  conduct."

9        Let's just stick with the intimidation or

10  coercion, okay?

11        Your client -- first, let's even forget about what

12  she was doing around 12:00:

13        She runs through a group of officers, at least one

14  officer, if not more, on these Capitol steps.

15        Immediately makes her way down the hallway toward

16  the House chamber.

17        Is stopped by a line of forces, including the two

18  officers who were here today.

19        She stands face to face with Sergeant N.V. for a

20  period of time.

21        She ultimately ends up with a flagpole in her

22  hands, pushing it up against this chest.

23        She is screaming things like, "Tell Pelosi we're

24  coming for that bitch."  "Traitorous cunt."  "There are

25  hundreds of thousands of us."  And I'm not even -- I mean,

1  that's only a few examples.

2           After about five minutes, she pushes through

3  Sergeant N.V., forcing him into the vestibule right outside

4  the House chamber, where there are still members of Congress

5  and staff, and is up against that door screaming and yelling

6  at them, demanding that the door be opened, among other

7  things, while there's a gun pointed at her.  And she doesn't

8  move until she's removed from that hallway by police

9  officers.

10          And then she's not done.  Then she goes over into

11  the Rotunda, where she has another physical encounter with

12  police officers, and continues to berate them, continues to

13  scream and yell and encourage others to do the same, and

14  tries to pick up a metal stanchion when an officer pushes

15  her out of the way.

16          Tell me why that is not attempting to affect or

17  influence the conduct of government by intimidation or

18  coercion when she has admitted that she had the specific

19  intent to disrupt official proceedings.

20          MS. RODRIGUEZ:  Your Honor, I don't think that

21  Ms. Southard was --

22          THE COURT:  And I haven't even mentioned the fact

23  that when, at 12:07, I should have started there, she is

24  standing in front of the Capitol building, on the east side

25  of the Capitol before anybody else has even really gotten

```
 1    there, and videotapes herself saying, "As soon as we get

 2    enough people here, storm the Capitol.  It's going to be

 3    fun."

 4              And then an hour later she says, "Standing here at

 5    the Capitol, ready to take the line," referring to the

 6    police officers, "because Pence is a traitor."

 7              I mean, I dare say, I've done a lot of these

 8    cases, and everybody knows how many I've done --

 9              MS. RODRIGUEZ:  Right.

10              THE COURT:  -- I've never seen anything quite like

11    it.

12              MS. RODRIGUEZ:  Your Honor, understanding the

13    Court's position and the Court's view on those things,

14    I don't believe that Ms. Southard went there with the intent

15    of trying to affect or influence.  As far as what type of

16    actions she took, I think she was very upset, I think she

17    was very agitated.  I think that had something to do with

18    her behavior, Your Honor.

19              And I don't believe that -- even though she had a

20    very big mouth, she just didn't -- she didn't have the type

21    of actions that, at least I would consider trying to

22    influence, that would be someone arriving with firearms or

23    someone that's actually shooting at law enforcement, things

24    of that nature.  To me, that's a terroristic threat with

25    intimidation and such.
```

1          THE COURT:  Of course, that's not what the

2    departure requires.

3          MS. RODRIGUEZ:  I understand.

4          I'm just trying to make the argument, Your Honor,

5    that I think that it was just a perfect storm that day.  And

6    I think it was a few factors, as far as Ms. Southard goes,

7    the way that she was behaving that day and why she was

8    extremely upset and agitated.  She had been sprayed with gel

9    mace and other mace and --

10         THE COURT:  Not before she confronted Sergeant

11   N.V., she hadn't.  Not before she pushed him into the

12   hallway and --

13         MS. RODRIGUEZ:  It was all before.  She was

14   sprayed outside as well, Your Honor.

15         THE COURT:  Okay.  Fair enough.

16         MS. RODRIGUEZ:  And that's the point that I raise

17   as well, because I think that it did very much agitate her.

18   I don't think that -- but for that having happened prior to,

19   I don't believe that she would have had the mouth that she

20   had on her that day, Your Honor.

21         And we've discussed this a lot.  And I understand

22   that she certainly -- that was not her intent was to be that

23   vocal and that rude and obnoxious as far as her words go.

24         THE COURT:  Okay.

25         Okay.

1          MS. RODRIGUEZ:  Okay.  Thank you.

2          THE COURT:  Ms. Loeb, can I ask you the following:

3  No judge has applied the enhancement except for in the case

4  of the offense of seditious conspiracy, to my knowledge.

5          In fact, I know Judge Contreras just dealt with

6  this yesterday in another case, and he declined to do it

7  largely because -- well, for two reasons:  One, I know

8  others hadn't done it -- have not done it, and, two, the

9  conduct there was different and happened over a very short

10 period of time.

11          This conduct here happened over a much longer

12 period of time, nearly 50 minutes, maybe longer -- actually

13 longer if you include the conduct outside of the building.

14          I mean, how do I stay true to trying to avoid

15 unwarranted disparities and apply this enhancement that

16 hasn't been applied by anyone else?

17          MS. LOEB:  I think in a couple of ways.

18          First of all, I think, as the government has said,

19 the Guidelines themselves are sort of an anti-disparity

20 formula.  So I think by following what the clear text of the

21 Guidelines require, I think that's one -- that's one

22 response.

23          But as Your Honor just said, this really isn't

24 like other cases, and I think that that's for several

25 reasons.

1          I think the evidence we have in this case of how

2    her offense was calculated to affect the government, meaning

3    that she worked on a revolutionary manifesto, calling to

4    abolish one political party and install Donald Trump and

5    said, this is what my group is coming to do; that it was

6    calculated in that this isn't -- she's -- I mean, I think

7    she deserves the departure too because she's not like other

8    defendants who committed obstruction where that intent may

9    have formed after the rally or when they're there at the

10   Capitol or when they see violence around them.  As

11   Your Honor just noted, she goes straight to the Capitol and

12   she is talking about storming the Capitol.  That is what she

13   was there to do.  So I think Your Honor could find in this

14   case that her offense was calculated in a way that perhaps

15   it wasn't in other cases.

16          I think it's also the -- I think the departure is

17   important here because there's a way that the Guidelines

18   don't fully address her conduct, which maybe isn't as true

19   in other cases.  And what I'm thinking about are the breadth

20   of victims which enforce -- reinforce the conclusion that

21   this is calculated to affect government through intimidation

22   or coercion.

23          She is not just attacking officers because she's

24   upset about them.  I can talk more about it.  It's not just

25   because of pepper spray, it is certainly to get to the

1    government.  And not only did she affect the named victims

2    in the indictment but there's that whole line of officers.

3            And then the fact that she's right up there

4    outside the House chamber, but this is someone who is

5    directly terrorizing Congress, I think.  And that she is the

6    one, who, as Officer Durrette just told you, she led the mob

7    to go to the House chamber and directly terrorized Congress.

8    I think it's a much more compelling reason to apply the

9    enhancement in this case.

10           THE COURT:  Okay.

11           All right.  I think I'm going to hold off for a

12   moment in making a final Guidelines calculation.  And I

13   think I'll want to hear from counsel first and hear from

14   Ms. Southard-Rumsey.

15           I'll take a break, and then provide the final

16   Guidelines calculation, and we'll do it that way, okay?

17           MS. RODRIGUEZ:  Okay.

18           MS. LOEB:  Okay.

19           THE COURT:  Ms. Loeb.

20           MS. LOEB:  Your Honor, Ms. Southard-Rumsey asked

21   for a couple of specific departures in her memo for physical

22   condition under 5H1.4, family members under 5H1.6.

23           I don't believe either of those is warranted here.

24   I'd be happy to address that if that would be helpful to the

25   Court.

1          THE COURT:  No.

2          MS. LOEB:  Okay.

3          And if the Court also would like a response to

4   Ms. Southard-Rumsey's counsel's arguments just now about the

5   use of the flagpole, some of the points she raised, if that

6   would be helpful to the Court.

7          THE COURT:  I'm happy to hear whatever you'd like

8   to at this point.

9          MS. LOEB:  Just quickly on the flagpole, I would

10  say that there is more than one way you can use a flagpole

11  that is dangerous.

12          So, yes, of course if she'd swung it at someone's

13  head, that would be dangerous.  But that doesn't also mean

14  that holding it up against an officer's chest and pushing

15  officers back into a confined area could also be dangerous

16  and capable of causing serious bodily injury by pinning them

17  against the wall.

18          Officer Vittone just told you he saw her swinging

19  it in close proximity to him.

20          THE COURT:  Could I ask you:  Could you give me,

21  to the extent you're able to, a fuller description of what

22  precisely transpired once Sergeant N.V. ends up in the

23  vestibule.

24          I understand he's -- it's a he or a she?

25          MS. LOEB:  He.

1          THE COURT:  He.

2          He is pushed back through those doors.  Ultimately

3     he hits his head.

4          Is he pinned up against a wall for any period of

5     time?  Can you give me any further sort of color on how all

6     that happens?

7          MS. LOEB:  What I know is that he is pushed back

8     through, as he described it, through -- he's pushed back

9     into the vestibule and hits his head.  And he is pinned back

10    in the corner and then kind of makes his way out.

11         THE COURT:  Okay.

12         And when you say "pinned back," do you mean by the

13    defendant or just the undifferentiated crowd of people?

14         MS. LOEB:  It's the crowd of which she's the

15    leader.  I don't have video of that moment, so I can't --

16    I don't know their exact positions then.

17         THE COURT:  Right.  Okay.

18         MS. LOEB:  But we also -- of course, he's also not

19    the only officer on the line, too, who is, as Your Honor

20    noted, the flagpole spans.  And he's not the only officer

21    who's being pushed back in that moment.

22         THE COURT:  Okay.

23         MS. LOEB:  And, of course, actually causing

24    serious bodily injury is not a requirement for a dangerous

25    weapon.

1              When Officer Vittone today said that she gritted

2    her teeth and said "we will go through you," I think that

3    incapsulates how I think of what Ms. Southard-Rumsey was

4    doing and what was motivating her on January 6th; how

5    years -- what that statement expresses to me is the rage,

6    the years of really a political rage that had built up

7    within her and culminated after the election.  And that's

8    when she chose to call for violence against her own

9    government, cast democracy aside, developed a plan for a

10   violent revolution, installing President Trump essentially

11   as a dictator.

12              Then she used money from that very same government

13   she was attacking to pay for her travel to Washington, D.C.

14              On January 6th, she openly called for an attack on

15   the Capitol before the President ever told anyone to go

16   there.

17              She was the first to cross the barricades.

18              And then she launched an attack on officers of a

19   breathtaking scope, really, on the steps of the Capitol, in

20   the Statuary Hall connector, by the House doors.  And then

21   multiple times in the Rotunda.

22              We haven't yet talked about how she was at the

23   front of a crowd that tried to push towards Pelosi's office,

24   endangering yet another group of officers.

25              And then finally, grabbing the officers' batons

1    who were trying to force her from the area.

2              And then, of course, grabbing the metal stanchion,

3    where she bent down and put both her hands on it before the

4    offices rushed at her.

5              Officers that day described how they feared for

6    their lives as the mob she led pinned them against the House

7    doors.

8              Officers today, over two years later, are still

9    haunted by memories of the defendant specifically.  I mean,

10   these are officers who encountered hundreds of people that

11   day.

12             Officer Durrette, you heard from him today, she is

13   one who stands out the most.  That is truly remarkable, that

14   this defendant, of everyone else that day, of people who

15   were attacking these officers with -- as Ms. Rodriguez said,

16   with bear spray, who were punching them, she is the one who

17   stands out because she was that much of a leader, she was

18   that aggressive.

19             She was using her body, she was using her voice,

20   she was going to stop at nothing, she was focused on

21   Congress, she was a leader, and she incited all of those

22   around her.

23             And as Your Honor noted, she did all this while

24   our own elected leaders were -- some had dove for cover

25   because they thought there had been gunshots.

1          People were hunkered down in the Gallery while she

2    was outside.

3          And they could hear the mob outside, and her voice

4    was one of the loudest.

5          And she was not asking for permission to come in

6    and make her case and persuade.  She was there to

7    intimidate.  She wanted to trigger a revolution.

8          This conduct is astounding.  And it's also

9    astounding that it's been more than two years and we still

10   have not seen any remorse from her.

11         And, in fact, she is one of the worst offenders on

12   January 6th, and that in her sentencing memo, she portrays

13   herself instead as a victim.

14         I'd like to address some of the issues raised in

15   that memo.

16         Our reply addressed the issue with hypoxia, the

17   idea that pepper spray -- that she was somewhat peaceful,

18   and being pepper sprayed outside of the doors transformed

19   her into someone she couldn't recognize is just ridiculous

20   in light of the evidence.

21         And before she was pepper sprayed, she, of course,

22   had filmed videos announcing her intent to take the Capitol,

23   to storm the Capitol, to take the line.  She had attacked

24   Officer R.S. on the Capitol steps, trying to grab his riot

25   shield away.

1          And, of course, she'd engaged in months of

2     rhetoric, calling for the execution of traitors.

3          And she was known to local law enforcement as

4     someone who was aggressive and angry.  So the idea that

5     somehow pepper spray made her into an angry person is just

6     completely fantastical here.

7          Ms. Southard's sentencing memo also claims that

8     she was a political newbie.  Basically, it says her

9     involvement started after the 2020 election.  Her own online

10    fundraiser talks about how she heard a speech in 2007

11    relating to Chavis and Ahmadinejad and started protesting

12    then.  And it goes through a long history of her political

13    involvement.

14         And I think that's important because what it

15    reveals is that she wasn't a political newbie.  She had been

16    at many protests before.  She had -- knew how to conform her

17    conduct to the law before.  She was not just acting out of

18    impulse.  She was a seasoned participant in political

19    events.

20         And, again, I think it shows that there was this

21    growing rage over time that had grown over more than a

22    decade.

23         She wasn't confused.  She was someone who was in

24    crowds.  She wasn't swept up -- she wasn't swept up in the

25    moment.

1          The defendant also says she didn't decide to go to

2     Washington until January 5th.  I'm not sure what the

3     relevance of that is.  But in her stipulated-facts trial in

4     paragraph 11, she admitted that she indicated in Facebook

5     posts as of late December that she planned to attend the

6     rally in D.C.

7          But I think it is one reason why the Court can

8     conclude that she was focused in a way other defendants

9     perhaps were not on intimidating and achieving changing the

10     conduct of the government through force.  But I think, in

11     the end, it doesn't matter too much to this case if she

12     decided to go on January 5th or if she decided to go a

13     couple weeks earlier.

14          She talks about being a caretaker for her family,

15     and, of course, incarceration is always hard on a

16     defendant's family.  But for this defendant, her son is

17     21 years old.  And her parents live independently, they're

18     in their late 70s, and the PSR reports that they're both

19     healthy.

20          She raises her -- she's provided some medical

21     records.  It was a little hard for me to make out some of

22     the writing on those, but I'll just note that I didn't see

23     anything listing long-term symptoms that would have affected

24     or caused her behavior here.  And those medical records were

25     from a procedure she had in 2008.  And so for over a decade

1    after that, she was able to conform her behavior for the

2    law.  So it would just be too coincidental if suddenly in

3    2021, these physical symptoms just happened to pop up.

4         And also after the procedure, I'll just note that

5    she was able to sing in Carnegie Hall, work as a vocal

6    teacher, and she was able to work as a tax preparer.  And

7    those are all occupations or actions that require memory,

8    cognation, interpersonal skills, hearing, and speech.

9         She claims she was following the directive of

10   President Trump.  Again, this is not a defendant who went to

11   the rally, heard the President suggest that they were all

12   going to go to the Capitol, and then went there.  She went

13   to the Capitol and called for it to be stormed before he

14   ever said those words.

15        When you take all of these excuses together,

16   again, they show that this defendant, for two and a half

17   years now, has been remorseless, full of excuses, and

18   justification.

19        And all that points to the need here for specific

20   deterrence, because there is just no indication that

21   Ms. Southard-Rumsey has changed.  She has long-held

22   deep-seated beliefs that have festered over time and gotten

23   more and more extreme, and there is little reason to think

24   that she might not commit the same type of shocking offense

25   again.

1          And this case is shocking in so many ways, that we

2    have, again, a defendant in her mid-50s with no criminal

3    history, who committed more assaults than almost any other

4    defendant who had been sentenced, using makeshift weapons

5    all along the way.

6          That this is someone who wasn't some high-up

7    member of the Proud Boys or the Oath Keepers, and yet she is

8    the one who is being described as the leader of the mob, the

9    leader of an attack on our government, who was actually, we

10   have evidence, plotting for a revolution.

11          That the defendant, again, claims that she was --

12   she actually claims she was attacked by officers that day,

13   even though she herself attacked so many officers.

14          And, again, in her sentencing memo, that she

15   claims she felt deserted by the reactions to attacks on

16   government buildings in 2020.  And then she turned around

17   and did the exact same thing that had so deeply offended

18   her, she says, in 2021, and on an even grander scale,

19   interfering with the transfer of power.

20          And, again, as I mentioned before, it is just

21   astounding the number of officers who remember her.  And the

22   number of officers -- and I'm thinking especially of

23   Investigator A.V., the officer who she targeted with the

24   metal stanchion, who still have dreams about seeing the

25   defendant that day, who dreams about seeing the defendant

1    holding that metal object, and of all the terrifying things

2    on that day, this defendant was the most terrifying.

3           I mean, what can explain this?  I've talked about

4    a lot of things that I think don't explain it.  I don't

5    think it's hypoxia, I don't think it's the medical

6    procedure.  It's not some sort of caught-in-the-moment

7    thing, because we know what her -- she had violent, even

8    revolutionary goals well before January 6th.  Again, she has

9    experience in demonstrations.

10           She didn't go to the rally and get inspired by the

11   President; that's not what happened.  She wasn't caught up

12   in violence around her, she was the one inciting the

13   violence.  I mean, there were people around her saying,

14   let's just calm down, and she's the one saying, BS, push,

15   go.

16           So I just keep coming back to the anger, the anger

17   that started over a decade before and got worse and worse

18   and worse.

19           And it was significant even before January 2021.

20   I mean, even though she had no criminal history, local law

21   enforcement knew of her, they were aware of her, they were

22   aware that she was a presence, she had that potential.  And

23   then finally on January 6th, she went far, so far over the

24   edge.

25           Something else that's not an excuse here, of

1    course, are the invocations of 1776, the idea that this is

2    patriotism.

3          1776 is about the foundation of democracy.  "One

4    man created equal" means the rule of law applying to

5    everyone.  It doesn't mean that one person gets to decide

6    that they think -- they don't like the government and they

7    get to go on an attack.

8          Canceling out the votes of other people with a

9    show of force is the opposite of 1776.  It's -- responding

10   with force to democracy is authoritarianism.  It's not

11   democracy.  It's not patriotism to try to turn over a

12   democratic election.

13         And patriotism is about a love for your country.

14   And not just a love for one side.  A love for one side

15   attacking the other side when you don't agree with them,

16   that's tribalism, it's not patriotism at all.

17         But the defendant turned 1776 into some kind of --

18   like a distorted funhouse mirror, and decided that she was

19   above the law and that she was the arbiter of what is

20   allowed, what is not allowed, what is legal, what is right,

21   what is wrong, and that's the opposite of rule of law and

22   the equal application of the law.  We all have the same

23   rights and we all have the same votes.

24         Of course, the defendant has a right to believe

25   whatever she wants to believe about 1776 and patriotism.

1    Her political views are not why we're here.  We're focused

2    on her actions.  So she can believe what she wants, but she

3    cannot go on a violent rampage because of that.

4            And also, though, the fact that she had strongly

5    held beliefs, that she essentially believed what she was

6    doing was right.  That's not an excuse either.

7            How many criminals believe that they're doing the

8    right thing?  How many terrorists -- how many terrorists

9    believe that they are making the world a better place?  They

10   think -- they have come to believe that their opponents --

11   they've demonized their opponents, and they have believed

12   that what they are doing is necessary to improve the world.

13   I mean, I think the 9/11 hijackers are a very extreme

14   example, but they believed they were making the world a

15   better place.  That is not an excuse for attacking our

16   country, and it's not an excuse for the defendant either.

17           And the fervor of her beliefs, again, underscores

18   the need for specific deterrence.  These are deeply held

19   beliefs that are capable of motive -- of motivating

20   violence.  She strongly believes in the justification for

21   what she did, and the Court needs to impose a sentence so

22   that she will not act on those beliefs again.

23           It's important that the Court's sentence here make

24   clear that it is wrong to use violence to achieve political

25   goals no matter how right you think you are; that your zeal

1   does not permit you to terrorize Congress, staff members,

2   the police trying to protect them.

3               And it's important for the Court to emphasize that

4   the real -- that patriotism is not what Ms. Southard-Rumsey

5   did.  The patriots are the officers, like Officer Vittone

6   and Officer Durrette, who did their jobs and protected

7   democracy on that day, even though they suffered physically

8   and even though they must still with the painful memories of

9   the defendant's attack.

10              The government had recommended 72 months; however,

11  if the Court ultimately calculates a higher

12  Guidelines Range, we would ask for a sentence at the low end

13  of that higher Guidelines Range.  Thank you.

14              THE COURT:  Thank you, Counsel.

15              All right, Ms. Rodriguez.

16              MS. RODRIGUEZ:  Your Honor, yes, thank you.

17              As a motion for departure and variance requests,

18  requesting the Court to look at Ms. Southard's upbringing

19  and the way her belief system is in a way that the Court can

20  look at as a mitigating circumstance.

21              The reason that I say that is because there's

22  millions and millions of Americans that were brought up the

23  same way that Ms. Southard was in the sense of the 1776

24  references:  The flags, the emblems, the logos.  Those are

25  things that a lot of Americans that consider themselves

1    patriots cherish.  I don't think that Ms. Southard should be

2    punished because of the belief systems she had, Your Honor.

3              And as far as 1776 -- and I bring that forth

4    because there's a lot of confusion as well among, I believe,

5    the American public, particularly of patriots, and others,

6    and we all live here in the same country as citizens;

7    however, the Declaration of Independence went forth in order

8    to abolish a tyrannical oppressive government.  Some folks

9    do believe, albeit it's not a popular belief in D.C., but

10   some people do believe that there's oppression upon them,

11   Your Honor.

12             I only mention that because --

13             THE COURT:  I'm sorry, there's a what?  A what

14   upon them?

15             MS. RODRIGUEZ:  That many folks believe that

16   there's a type of an oppression upon them.  Right or wrong,

17   I'm just saying that there are many, many millions of

18   Americans that feel that way.  I just don't think it should

19   be held against them.

20             I do know that Ms. Southard-Rumsey is remorseful.

21   I do know that Ms. Southard-Rumsey is more than happy to

22   speak to the Court about that as well.

23             She has so many other ways to be a patriot with

24   the beautiful voice that she has.  She could be singing the

25   National Anthem and trying to get booked wherever that may

1    be.  That's a way of expressing oneself.

2              I do believe that, unfortunately -- and I say

3    this, again -- and I don't say it with any disrespect to the

4    Court or anybody else, I do believe that there was a kind of

5    a perfect storm that day.

6              I don't think that Ms. Southard is a threat to

7    anybody as far as any type of recidivism.  We have worked

8    together for a couple of years now, Ms. Southard and myself.

9    And I can let the Court know that she's done protesting.

10   She's experienced a lot of negativity because of the actions

11   that she took that day.  She has lost her job.  This

12   manifesto, she didn't write that, these were these men that

13   she traveled up there with.  And it was spur of the moment

14   because she received a check, because even though she had

15   arrived, she didn't have any money to go.

16             THE COURT:  But you're not disputing that she did

17   contribute to it?

18             MS. RODRIGUEZ:  As far as?

19             THE COURT:  To the manifesto, you're not disputing

20   that she contributed to it?

21             MS. RODRIGUEZ:  I think there was some

22   contribution.  But it wasn't her plan, it wasn't her

23   manifesto, it was some friend of hers called Jim.  So

24   I'm just saying that that wasn't something that she had

25   initiated or she had cultured.

1        I think what happened is that, just like a lot of

2   American citizens, you know, the summer of 2020 was

3   incredibly violent, and I think a lot of Americans felt

4   voiceless.  And unfortunately, you know, when you have a

5   President telling everybody to go to Washington.  And he's

6   still the commander-in-chief.  And he's telling everyone

7   it's going to be wild, that's outrageous, because folks that

8   are patriots might take that and think that they have some

9   sort of a right, just as, you know, our second paragraph of

10  the Declaration of Independence states, that, you know, the

11  people have the right to alter, abolish.  Well, if you think

12  that's something oppressive, you have a right to alter,

13  abolish.  There's nothing in the Constitution that says how

14  to alter, abolish in reference to July 4, 1776, in that

15  declaration.

16       My only point to the Court is that I don't believe

17  that Ms. Southard is an evil person; I think she has a very

18  good character; she has a very nice disposition.

19  Unfortunately that day, I have no doubt that that spray

20  affected her judgment.  And I think that the Court should

21  take that into consideration, as well as all the factors to

22  be considered pursuant to Section 3553.

23       And hearing from the government and hearing their

24  position, they're looking at Ms. Southard as though if she

25  were to be not excessively, or I should say, for a long term

1   of time punished, that she would, again, do the same thing,

2   and she would not.  And, again, she would like to address

3   the Court about those circumstances and what she learned.

4           And I didn't mean any disrespect to you,

5   Your Honor, earlier when I was talking about Joan of Arc

6   syndrome.  I only say that -- I have communicated that with

7   the government as well.  For whatever reason that day,

8   because she was very vocal, they had, I think, some

9   individuals call her the uncaged bird.  Well, that's a

10  situation that she was very vocal.  And I'm not surprised

11  that they remember her, because she was very vocal.

12          Now, was everything that she said a threat?  No,

13  it wasn't.  She said a lot of things that day.  There may

14  have been a few choice words at times.  But she didn't go up

15  there intending to harm anybody.  Again, she didn't go with

16  any weapons, she didn't bring anything with her.  She just

17  went there.  She got maced, she took certain actions of

18  which we've stipulated to.  And like it or not, Your Honor,

19  she has accepted responsibility or we wouldn't have done a

20  stipulated-fact trial.

21          And as far as the last two and a half years go,

22  she's been working.  Her son is going to be going to

23  university soon.  She's going to need her for support under

24  those Chapter 5 provisions that I mentioned in my motion as

25  well.

1          THE COURT:  Can you tell me specifically which

2  provisions you're seeking -- that you're relying upon for a

3  downward departure?

4          MS. RODRIGUEZ:  Your Honor, as far as the

5  Chapter 5s?

6          THE COURT:  Yes.

7          MS. RODRIGUEZ:  Yes, Your Honor.

8          I'm looking for -- first, we have 5F1.2.

9          I bring that up.

10         THE COURT:  I'm sorry, did you say 5F?

11         MS. RODRIGUEZ:  Yes, Your Honor.

12         And that would be the home detention.

13         THE COURT:  Well, I'm not asking about the

14  sentencing options.  I'm asking about --

15         MS. RODRIGUEZ:  All right, just the departures.

16         THE COURT:  -- departure provisions.

17         MS. RODRIGUEZ:  Thank you, Your Honor.

18         As far as the departure 5H1.4 --

19         THE COURT:  Okay.

20         MS. RODRIGUEZ:  And that's physical condition,

21  appearance.

22         Offender characteristics is, she's -- my client's

23  a 54-year-old single woman, who's a little bit overweight,

24  and who actually, in reality, is already very soft-spoken.

25         She doesn't suffer from any substance abuses or

1  anything to that effect; however, I don't believe that

2  the -- being put in custody in a prison would be a situation

3  that she would be able to handle very well because of her

4  physical condition.

5          She also suffers seizures and such since she had

6  the brain surgery to remove that large tumor.

7          You know, we were just looking to depart on those

8  grounds, Your Honor, because she's -- and she has, in

9  fact -- she has suffered substantially since her arrest.

10          We're also moving for departure under 5H1.6,

11  Your Honor.  And those are the family ties.  And that's

12  important.  Although we heard from the government, they

13  stated that her parents are in good health, that they're in

14  their late 70s.  They all live in the same community in

15  Pasco County in the same neighborhood.

16          And her parents do rely on her, especially when

17  they're not up to going out or as far as getting groceries,

18  as far as picking things up, as far as helping with their

19  house.  So she does have that closeness with her parents.

20  And they are in their late 70s, so, you know, they're

21  getting older.

22          And her son, he is 21 years old now.  He was doing

23  some telemarketing stuff.  But he's going back to

24  university.  And she wants to, of course, be there to

25  support him, guide him and help him financially be able to

1    finish successfully in reaching his bachelor's degree,

2    Your Honor.

3              So she does have those types of responsibilities

4    to her family, and she has very close and strong ties.

5    I think the family would, not only her parents but

6    particularly her son, would suffer tremendously without her

7    available for them.  And that was about all the Chapter 5

8    that I had, Your Honor.

9              Then, of course, I'm asking the Court to vary.

10   I understand the Guidelines, how they're working.

11   I understand the government wants a departure up on the

12   terrorist acts.

13             I'm hoping that the Court is okay with

14   Ms. Southard speaking to the Court, because I think

15   everybody will understand that she would never protest

16   again, she would never go to a rally, she would never go to

17   D.C. for protests, period.  She's finished with that.  She's

18   54 years old.  She's not in the best of health, but she's

19   not needing treatment per se for anything particularly.

20   Except when she has a seizure, she has to take care of

21   herself.  But she's not going to -- she's not a recidivist;

22   she's not going to repeat offend.

23             And, Your Honor, of course, if you'd like, I could

24   get into the need for unwarranted disparities.

25             I think that there's been quite a few cases where

1  there's been assaults that are pretty serious on law

2  enforcement, wherein these individuals did not receive too

3  severe of a sentence.  And, again, Ms. Southard wasn't

4  charged with seditious conspiracy, she wasn't charged with

5  attempted overthrow of government either.

6       Jacob Fracker, Case No. 1:21-CR-34, he was wearing

7  a gas mask and joined in with the mob and engaged in

8  destructive and violent behavior.  Mr. Fracker was sentenced

9  to no incarceration and just 12 months' probation.

10      Interestingly, David Lee Judd, 1:21-CR-40, he was

11  part of that "heave-ho" at the tunnel.  He had something

12  that appeared to be a firecracker and threw it at the

13  police, and he was sentenced to 32 months in prison.

14      And, again, Glenn Simon, 1:21-CR-346, accused of

15  pushing against law enforcement officers, using a metal bike

16  rack, and actively resisting officers' efforts to clear the

17  Rotunda, and he was sentenced to eight months of

18  incarceration.

19      Matthew Wood, 1:21-CR-223, entered and remained in

20  the Capitol for an hour and 17 minutes.  He actually went

21  inside of Pelosi's chamber, displaying uncooperative,

22  I'm sure it was belligerent, behavior, and he received no

23  jail time and 12 months of home detention.

24      Scott Fairlamb, 1:21-CR-120, screamed and cursed

25  at Metropolitan Police Department officers.  He actually

1   picked up a baton and shoved and punched an officer, and he

2   received 41 months.

3            Devlyn Thompson, 1:21-CR-461, used some of the

4   same words and verbiage as Ms. Southard when he yelled

5   obscenities and called the officers traitors as they were

6   forcibly trying to gain entry.  Passed the officers who were

7   blocking the entrance to the Capitol.  He was riling up the

8   crowd, yelled regularly for volunteers to continue the

9   assault on the officers, saying things such as "We need more

10  fresh bodies, we need more patriots."

11           He sprayed OC pepper spray and bear spray at the

12  officers, threw objects and projectiles, including

13  flagpoles, and grabbed and took riot shields from officers,

14  leaving the officers defenseless.  And he was assisting

15  others in the crowd to commit additional acts of violence

16  against the officers.

17           I can't say that Ms. Southard went that far.  She

18  did say some things, "now or never," to that effect.  But as

19  far as hurt them, punch them, let's go, do what you got --

20  that wasn't the case.  She never called for any officers to

21  act for others to actually hurt any officers that were

22  there.  She did not do that.  And this individual, Devlyn

23  Thompson, received 46 months.

24           Nicholas Languerand, 1:21-CR-353, worst violence

25  that transpired that day.  Hurled heavy objects at the

1    police that could have caused serious bodily harm, and he

2    received 44 months.

3           Mark Leffingwell, 1:21-CR-05, repeatedly punched

4    Metropolitan Police Department officers with closed fists,

5    now, that's intent, including one officer in the head and

6    the chest.  Several officers were needed to restrain them.

7    The government only asked for 27 months' incarceration, and

8    he was given only six months of incarceration.

9           Lonnie Coffman, 1:21-CR-04, drove a pickup truck

10    to D.C. with an arsenal of guns, ammunition, crossbow,

11    machetes, and materials to create homemade explosive

12    devices.  He received 46 months.

13           I guess the point is that Ms. Southard's actions

14    and her conduct that day oftentimes didn't come close to

15    what some of these other defendants did, and they did not

16    receive as harsh sentences as they could have, Your Honor;

17    however, they did receive the sentences they received, and

18    I believe that the Court should take that into consideration

19    as well.

20           There's no doubt that Ms. Southard was loud and

21    the loudest.  I'm not surprised that they remember her the

22    most, because she has a very strong voice.  She was a female

23    there, not many females there that day.

24           Nonetheless, I believe that the Court has the

25    ability to depart with the grounds that Ms. Southard's

1   family and her son are really going to be devastated if

2   she's incarcerated.

3            Ms. Southard has no problem doing 48, 51 months

4   home detention, Your Honor; she has no issue doing that.

5            She's done protesting, she's remorseful for

6   everything she put herself through, officers through, her

7   family through, and everybody through.  She wishes she

8   hadn't gone up there.  And she actually felt -- she felt

9   somehow prodded to go up there by these other gentlemen that

10  actually did the manifesto in its form the way they wanted

11  it to be, and she just, unfortunately, got caught up in

12  that.

13           THE COURT:  Okay.  All right.  Thank you, Counsel.

14           Does Ms. Southard-Rumsey wish to be heard?

15           MS. RODRIGUEZ:  Yes.

16           And, your Honor, I did ask the government prior if

17  it would be okay if I just elicited a couple things from

18  her, because she's a little bit nervous and such today.

19           So if I can go forward, Your Honor?

20           THE COURT:  Okay.

21           MS. RODRIGUEZ:  Unless you just want to read

22  what --

23           THE DEFENDANT:  I'm good.

24           MS. RODRIGUEZ:  There you go.

25           She's just going to say it.

1          THE DEFENDANT:  Your Honor, I am very torn right
2  this moment for this Court.
3          On one hand, I want to tell you exactly what you
4  want to hear.  But it's a lie.  I don't lie.  I don't lie,
5  because I don't have a memory to memorize lies.
6          And I don't like lies being told about me,
7  especially vicious lies that have been told today about me
8  by everyone who does not know me, hardly ever has spoken to
9  me at all, has even interviewed me.  Nobody knows me,
10  all right?
11          And you want to know why they remember my face?
12  I'm going to show you why.
13          (Indicating.)
14          THE DEFENDANT:  This is why they remember my face.
15          Would you forget that?  Never.
16          That's why they remember my face.
17          For the counsel, this is why they remember my
18  face.
19          (Indicating.)
20          THE COURT:  Ma'am.
21          THE DEFENDANT:  I would like to tell the Court the
22  truth, the honest truth, the only truth.
23          I didn't notice anybody taking the oath today,
24  which kind of bothers me.
25          Anyway, so let's start at the beginning.

1          I was not going to come up because I didn't have

2     the money to come to Washington, D.C. till the 4th of

3     January when I received $600 from the stimulus plan.

4          THE COURT:  COVID relief.

5          THE DEFENDANT:  Even the 5th of January, I didn't

6     think I was coming up.  And I almost backed out.

7          And the three people that came up with me, for

8     some reason, have no charges against them, and their files

9     have been sealed:  James Christensen, Robert Christensen,

10    and Crystal Wade, I think is her last name.  None of them

11    have seen any charges even though they were there at the

12    Capitol that day and took me up there.

13         And we left the speech.  I was actually led by

14    hand by James, through the crowd, because it was very cold

15    that day.  Being from Florida, it was cold to me.

16         So we walked up.  He said, let's go walk up there,

17    go find some food.  We hadn't eaten.  I said, okay.  We were

18    listening to the President's speech on the phone, on his

19    phone while we were walking up there.  So we were listening

20    to it the whole time.

21         We walked up there, we stood around, it was cold,

22    windy.  And we -- and when I said, we're going to run the

23    Capitol.  Okay, being cold, I was very tired also because

24    I was up half the night.  Very cold, very tired.  And I

25    said, we're going to run around the Capitol.  Well, we're

1   going to run the Capitol.

2           I wasn't smiling because obviously I didn't like

3   to smile at that point because I didn't have these at the

4   time.  So I wasn't smiling when I said that.  I was being

5   sarcastic, completely sarcastic, because I would have smiled

6   and said, uh-huh, we're going to run around.  Oh, it's fun.

7   That's sarcasm for me.  I'm very sarcastic that way.  That's

8   what I meant by that.

9           Next, let's see.

10          So we were standing there.  And all of a sudden to

11  my right, the gates opened up and people started flooding

12  in.  I had nothing to do with that.  Don't know where

13  it happened, why it happened.  All I know is I was like,

14  okay, I guess we get to go, because the cops were like, come

15  on.  Someone said, we're going in.  I said, oh, okay.  So we

16  went up there.

17          And I don't know how I got to the front of the

18  line, absolutely do not know how that happened, other than

19  I was just walking fast -- I'm a fast walker, truly.  I know

20  it doesn't look like it, but back then, I was walking and

21  running at the time.  I was working out.

22          But at that time, I ended up in front of them.

23  And I was looking at them going -- from side to side saying,

24  this is it.  We're here.  That's all we're going to do.

25  We're not going any further than this.

1    I had no intention of doing anything to those

2 officers.  In fact, I don't know that they aren't touching

3 me with that.  I did remember -- and because I'm telling you

4 the honest-to-God truth the way I know it happened because

5 I was there.  I was there in my head, in my body.  I know

6 what happened.  And the video that I have seen will prove

7 that all of these lies about me are lies.

8    So I'm standing there and someone yelled, "There's

9 pepper spray."  And Jim was right behind me.  He pushed me

10 down.  And I was against the shield at that time, so they

11 pushed me down.  He got a full face of mace.  I got the

12 remnants coming down to me, okay?

13    And because of my brain surgery, I am very

14 sensitive to smell.  I can't even walk into the detergent

15 aisle and not get overwhelmed with smell.  Last night I went

16 by the pool at our hotel, and I couldn't even stay in there

17 because of the chlorine.  It just kills me.  I can't do it.

18 So that just, you know.

19    Oh.  And I remember waking -- it's like when

20 you're driving and you go 500 feet and you go, what happened

21 behind me?  I don't remember.  It was like you're on

22 autopilot.

23    And all of a sudden I remember wake -- open up --

24 I go, why am I holding on to this guy's shield?  What's

25 going on?  Oh, let go.  And I couldn't.  And it was like, I

1    didn't want him to leave.  I wanted him to stay.  I didn't

2    want him to leave.  But he pulled away and he ran up the

3    stairs.

4            And the next thing I know, we've got a bunch of

5    people throwing us up, pushing us up the thing.  And there's

6    hundreds behind us, again, pushing us up the stairs.

7            And I'm up there trying to get the mace out of

8    Jim's face.  When I'm pouring water on him, somebody throws

9    me a bottle, I catch it, throwing water on him, trying to

10   get it.

11           And over by the doors, we were nowhere near the

12   doors at that time.  I hear like, "We're going in."  We're

13   blah, blah, blah.  And I'm like, how are they getting

14   through those doors?  They're wood.  I thought they were

15   wood because they're dark.  They look like wood.  And

16   I thought how are they getting in there?

17           And all of a sudden I hear glass break.  And I'm

18   like, they're glass?  I had no idea that they were glass.

19   Does anybody?  Not to mention they have a 20,000-pound

20   magnet behind them holding them closed, and the only way to

21   get that open is from the inside.

22           And there is video of that, not to mention the

23   Sergeant of Arms assistant running up there to close the

24   doors and getting thrown away, whisked away by the guys

25   inside.  I don't know, you might want to look into that;

1    I don't know what's going on with that.

2              Anyway, so next thing I know, I was like, oh,

3    that's interesting.  Let's see what, you know.  I went over

4    there and everybody started pushing, and we get stuffed in

5    there.  And I get stuffed in there.  And I'm like, I can't

6    go backwards, so I have to go forward.

7              So I went in.  And like again, I'm a fast walker.

8    And I don't know where I'm at because you don't know.  I've

9    never been to the Capitol, don't know where I'm at.  So I'm

10   just walking forward, okay?

11             I'm walking forward.  And I'm like, wow, look at

12   all the paintings in that place.  They're amazing, right?

13   I'm looking around, this is our Capitol.  This is our

14   Capitol.  This is my house.  This is what my family of 400

15   years has built in this country.  My family.  I'm a DAR

16   Member three times over.  My family fought in Valley Forge

17   with Washington.  So when you say "patriot," I am a patriot.

18             THE COURT:  Ma'am, I'm going to ask you not to

19   turn to counsel.  Just address me.  Thank you.

20             THE DEFENDANT:  Sorry.  I don't know the rules.

21   I'm sorry.

22             So as a patriot, I figured at this point, there's

23   nothing that's going to keep you from doing what you're

24   going to do.  I just want the truth out no matter what it

25   costs me at this point.  And it's going to cost me

1    everything.  And that's fine, I don't care, because I need

2    the truth and nobody lies about me.

3            I'm a good person.  I teach two-year-olds and

4    three-year-olds how to play piano.  And you know the

5    patience and time it takes to teach a child to do that and

6    to love it with all their heart?

7            I've wanted to be a voice teacher and piano

8    teacher since I was seven years old and it's been taken from

9    me by people who are haters that call up my work and get me

10   fired from everything I do.

11           That is what happened.  That's what my life is

12   now.  My whole dream of my life since seven taken because

13   people have other opinions about politics besides mine.

14   Don't like mine but they can have theirs and ruin other

15   people's lives.  It's not fair, it's not right, period.

16           So back to this.  So walking through the Capitol,

17   as John Sullivan, the Utah Antifa leader, is filming me.

18   That's the film you saw of Jayden X.  I just walked forward

19   looking around and just spouting off like -- because that's

20   how I vent.  I vent.  When I'm really mad, I'm very quiet.

21   But when I'm just -- I vent.

22           So I end up walking.  And here all of a sudden,

23   I see like this hallway and there's 12 officers in front me.

24   And I'm like, oh, I guess we're done.  Okay.  We're not

25   going anywhere.  I don't know where we're going.  I don't

1   know where the House doors are to begin with.  I've never

2   been in this building.  You need a tour to even find stuff

3   in that place.  How am I supposed to know where I'm going?

4   I'm just going forward.  That's it.  Just looking around

5   going forward.

6          I end up there.  I'm standing there.  And the

7   officer, I'm not sure what his name is.  This one.

8          THE COURT:  Ma'am.

9          THE DEFENDANT:  Him, blonde, is standing before me

10  looking absolutely terrified, as I'm sure he was.  And the

11  mom in me kicked in.

12         And the guy with the pole -- the flagpole was

13  standing here.  And I was like, yeah, yeah, yeah, we're

14  here, yeah.  That was more of a -- not a I hate you, people,

15  it's more of like this is my Capitol, yeah, we're here.  It

16  was celebratory.  It was not -- I was never angry the whole

17  time I was going in there anytime.

18         She said -- people think that I'm mad at things.

19  I'm not mad.  I love my country.  I'm not mad.  I'm upset

20  and scared and terrified of what's happening to it right

21  now.  And if you up here in Washington don't see it because

22  you aren't out there buying gas, buying groceries, having

23  your bills go up, electric go up, everything being

24  destroyed, you don't get to see it.  We do.  It's terrifying

25  to everybody.

1              So I'm standing there and I see him and I think,

2      god, he's like the size of my son.  I said, these -- and all

3      of a sudden these guys -- I notice these are bigger guys

4      behind me coming in, towering over me.  And I'm like, if

5      they run through here, someone is going to get hurt,

6      all right?  Someone here is going to get hurt.

7              So I looked, I said, what can I do?  I said, we

8      need a barrier.  The flagpole was there.  I used it as a

9      barrier between us so that the crowd could be controlled

10     from moving forward and hurting the officers.  And I never

11     pushed it against the officer.  He was pushing against me.

12     There was nobody behind him pushing.  I could only get it up

13     so far because my arms are fat, so I could only get it up to

14     here.  I was holding it for protection for everyone.  I got

15     stuck in the middle.

16             They all started pushing.  They started pushing.

17     I'm stuck in the middle.  There's nothing I can do.  I can't

18     stop the men from behind me from pushing me.  There's a

19     hundred of them.  And they're big.  Even on the video, you

20     can hear the sound of their swell start.  They start

21     swelling.  The noise starts swelling on the video.

22             Then as we're rounding the corner -- and this is

23     the most important thing about the whole trial that is

24     really angering me -- well, this angers me.  The video that

25     is in that corner -- or from that hallway will show that

1   that flagpole was ripped from my hands as we rounded the

2   corner and I almost fell down where it was -- because it

3   threw me off.

4          I was not the one holding the flagpole when that

5   officer was hurt.  I was not the first through the doors.

6   And you'll see that there are people in front of me before I

7   got there.  I saw him on the ground and people were helping

8   him up.  I had no idea what was happening to him because I

9   wasn't there because I didn't have a hold of the flagpole.

10          Now, when we get in there, yes, I'm yelling.

11   I am -- I have grievances with them.  And since they don't

12   listen to us at the voting -- at the polling places and

13   people don't listen to us, little people down here in the

14   regular world, we had to tell you, we had to tell them, this

15   is what's going on.

16          Yes, I used some foul language.  But you know

17   what's really upsetting, foul to me?  You can keep your

18   doctor or there's not going to be any new taxes in this

19   thing.  The things that they say in D.C. and then don't

20   pull -- that destroy our lives, that is foul language to me.

21          So standing there with the officers, we told them

22   to leave.  They were never touched.  We said -- I asked

23   them, I said, do you have a family?  He said yes.  I said,

24   go.  You don't need to be here.  You don't need to be here.

25   Leave.  And they eventually did.  And we let them go.  I had

1    no intention of hurting any of them.

2              I even -- in the Rotunda, I don't know how I

3    got -- then I stood there looking at four guys with a gun

4    pointed at my head through the glass that I did not break,

5    by the way.  And I thought, wow.

6              And I heard the shot for Ashli.  And then I was

7    just mesmerized or just dazed, I don't know what it was.

8              So I walked out of there.  I don't remember going

9    from there to the Rotunda.  I don't know how I got there.

10   Don't remember.  It's one of those things you just don't

11   really know.

12             I get to the Rotunda and I'm picking up trash in

13   the Rotunda.  Walking around picking up trash, because

14   there's bottles and garbage all over the statues, all over

15   the floor.  And that makes me mad because I hate garbage.

16   I hate trash.  Bothered me.  That -- certain things

17   irritated me.

18             I saw a flagpole sticking in one of the statues.

19   I went to grab it and decided, oh, if I take it out of

20   there, I could damage that statue more.  I'm not touching

21   it.  I almost took it out because it irritated me.  It was

22   so disrespectful to that area.

23             I walked around and I'm holding the trash.  And

24   I'm like, I don't know, just my thought.  I said, well,

25   maybe those officers over there know where a trash can is.

1    I wasn't thinking at the moment, really.

2          And then I went over there and go, probably not at

3    this moment.  I'll just put this down here in a pile by the

4    statue.  That's the other thing that was shown -- or was

5    shown.

6          So then I'm standing there and I'm looking, and

7    people are beside me going crazy.  People over here

8    threatening to officers, over here threatening -- I'm like,

9    what are you doing?  How's Pelosi's office?  Then they were

10   threatening Pelosi.  I wasn't threatening Pelosi at that

11   time.  I wasn't threatening her.  I said some stuff before,

12   but right then I was quiet because I was just looking.

13         Then all of a sudden I went to turn around to

14   leave and they all decided to rush the room and I'm stuck

15   again in the middle and in the front.

16         Then I got to the front.  And I don't know how I

17   got there.  But I'm looking and I go, oh, my God, there's a

18   stairway of -- marble stairs.  And I have a bad time with

19   stairs, falling down them a lot.  And I'm like, oh, God, I

20   don't want to fall down those stairs because that's going to

21   kill me literally.

22         So I grab the railing.  And then they're pushing

23   me behind.  The officers come up the thing and they're

24   pushing me.  I'm not pushing against them, they're pushing

25   from behind.  And I can't move.  I'm stuck.  I'm holding on

1    to the rail trying not to push against them.

2            Somebody, an officer, I think, sprayed us with

3    mace.  The officer in front of me, me.  It was like a gel,

4    and I just -- I couldn't see.  I couldn't breathe.

5            And I didn't know what to do because I'm blind

6    right there.  So I walk -- I was standing there and they

7    shoved me out the door, right.  I'm okay.  And I'm standing

8    in the Rotunda with my eyes closed about 90 percent of the

9    time.

10           So when they say that I was trying to go after

11   these officers, that is a lie.  I could not see them because

12   my eyes were closed from mace.

13           And every time -- and then somebody else sprayed

14   another one.  And every time I would whip my ponytail

15   around, it would hit me in the eyes and reinfest my eyes.

16           I had nothing to touch to clean my eyes up until I

17   found my jacket.  And I'm like -- and I'm standing there.

18   And people are going nuts on either side of me.  If you

19   watch the video, which I have, I have seen the video of

20   discovery, which when it comes out in public will be very

21   interesting.

22           So I'm standing there.  And like I said, in the

23   video, these people are -- and the officer is pushing me

24   against my chest.  And I'm just like this.  And somehow I

25   grab hold of his thing.

1          And he is moving my arm.  I'm not moving him.

2     Because I barely had a hold of it.  I'm just like protecting

3     myself from getting hit in the breast again, fourth time,

4     okay?  So finally somebody shows mercy on me and says,

5     well -- knew that I couldn't see and says, grab this guy's

6     backpack, he'll take you out.  I said okay.

7          Now, the stanchion.  I get pushed back and I'm

8     tripping over the stanchions.  I went to grab the stanchion

9     to move it out of the way, to get it out of the way so

10    I wouldn't fall over it and somebody else wouldn't fall over

11    it.  There's stuff all over the floor.  I had already picked

12    up trash.  I'm like, okay, I'm going to do this.  The

13    officer hit my hand.  He said, don't do that.  I said, oh,

14    okay.  Whatever.  I was -- all right.  I was not in any way

15    attempting to hurt that officer with a stanchion.

16         My mother would say -- my mother was a sheriff

17    dispatcher, fully-armed sheriff dispatcher.  I've grown up

18    with officers in my life all my life.  They knew who I was.

19    I didn't mess around.  And they -- I always have respect for

20    them.

21         My mom's also -- both my parents are EMTs.  My

22    brother is an EMT.  I am for that kind of group of people

23    all the time.  So I have literal -- love them to death.  So

24    I would never attempt to hurt an officer.  Even in the video

25    I said, we're not here to hurt you.  It's on video.  I've

```
 1   seen it.  I don't know who else hasn't, but one day when you

 2   do, this is going to feel pretty bad that this would be

 3   brought -- lies would be brought about me so viciously when

 4   it's not the truth.  And that's all.  Like I said, I don't

 5   care what at this point you do because you're going to do

 6   what you're going to do.  Truth is all that matters.  Isn't

 7   that what they say?

 8              And that's -- and the only one who has to be

 9   afraid the truth is the government because they know what

10   the truth is.  And that video from that side hallway is

11   going to prove that I did not have ahold of that baton or

12   that flagpole.  And it was not my intention to hurt anybody.

13   I was protecting that officer right there.  That's the

14   truth.

15              MS. RODRIGUEZ:  Let the Court know how you feel

16   about that.

17              THE COURT:  I'm going to ask her to wrap up in a

18   couple minutes; we've been going for a little while.  So if

19   she's got a few more words, I'm happy to hear them; but,

20   otherwise, I'm going to need to take a break.

21              THE DEFENDANT:  I can't even see that without my

22   glasses.

23              MS. RODRIGUEZ:  Here, these were your words, so if

24   you can --

25              THE DEFENDANT:  Protesting, I doubt that I'll be
```

1    doing that.  I'll be in prison, so that won't happen.

2            And as far as protesting, I don't have to.  I

3    don't want to.  I just want to go sing at a tiki bar and

4    have a life that -- that's it.  And make people happy.

5    Nothing other than that.

6            Protesting.  What for?  Doesn't seem to do any

7    good anymore.  You guys up here don't listen.  Nobody in

8    D.C. listens to the little people.  It's ridiculous.  It's

9    an embarrassment at this point.  I'm ashamed of this country

10   for that.  The country I love, the country my family

11   developed from 1621.  I've done my research, I know where I

12   come from, I know who I am, and I know that I love this

13   country more than anything.

14           So when you decide to throw me in prison for being

15   and doing my duty as an American citizen per the

16   Constitution, I want you to think about what I have to

17   suffer.  I have to give up teaching children who I love and

18   they love me back.  It's not fair, it's not right, it's not

19   justice.  I hope you keep that in mind.

20           MS. RODRIGUEZ:  Thank you, Your Honor.

21           THE COURT:  All right.  Thank you, everyone.

22           MS. LOEB:  Your Honor, the government cannot

23   maintain its request for a three-point reduction for

24   acceptance of responsibility in light of what we just heard.

25           THE COURT:  I'm going to take about a 15-minute

```
 1    break.  We'll be back after that.  Thank you.

 2                COURTROOM DEPUTY:  All rise.

 3                This Court stands in recess.

 4                (Recess from 3:46 p.m. to 4:12 p.m.)

 5                COURTROOM DEPUTY:  All rise.  The Honorable

 6    Amit P. Mehta presiding.

 7                THE COURT:  Please be seated, everyone.

 8    Thank you.

 9                All right.  Let me state for the record the

10    Guidelines, final Guidelines calculation that I have come up

11    with.

12                For Counts 1 and 4, they group because they

13    involve the same victim, that is, the officers in the

14    Rotunda.  For the reasons I stated earlier, I do think 2A2.2

15    is the applicable Guideline for those counts.

16                The Base Offense Level is a 14 for that offense.

17                Because there were official victims, that is,

18    police officers, an additional six levels are added.

19                I'm adding an additional three levels because a

20    dangerous weapon, that is, the stanchion, the use of the

21    stanchion was threatened.  I do find by a preponderance of

22    the evidence that the stanchion was used as a dangerous

23    weapon as the definition is contained in the Guidelines,

24    because it was used -- intended to be used to inflict bodily

25    injury.
```

1          The video clearly shows Ms. Southard-Rumsey

2    picking up the stanchion with both hands, in a way, given

3    all the circumstances that leaves no doubt in my mind that

4    her intention was to attempt to use it to cause bodily

5    injury to the police officers who were there that day.  So

6    the adjusted offense level for Counts 1 and 4 is a 23.

7          For Counts 5 and 6, this is the assault against

8    Officer R.S. on the stairs on the east side.  Again, 2A2.2

9    is the relevant Guideline.  The Base Offense Level is a 14.

10   Because there is an official victim, six levels are added,

11   and an adjusted offense level of 20.

12         Counts 7 and 8, this is where Sergeant N.V. in the

13   hall leading to the House chamber is the victim.  Again,

14   2A2.2, the Base Offense Level of 14.  Official victim

15   enhancement for 6.

16         And because there was bodily injury, an additional

17   three levels are added.

18         And I am going to add an additional four levels

19   for actual use of a dangerous weapon, that is, the flagpole.

20   It is clear to me that Ms. Southard-Rumsey used that

21   flagpole as a dangerous weapon.  The officer has said in his

22   302 that that flagpole was pressed up against his chest by

23   Ms. Southard-Rumsey.  The video shows that she has it

24   against him for nearly four -- at least three minutes before

25   she uses it to push him and other officers in through the

1    hallway into the vestibule in a way that results in harm,

2    bodily injury to him.

3            This is Sergeant N.V.  His 302 reflects that his

4    recollection, and I accept it, is that Ms. Southard-Rumsey

5    used the pole to push him back into the vestibule.  And then

6    he was ultimately pushed into the Lafayette marble statue

7    and the right side of the room where he hit the back left

8    side of his head and suffered an injury.

9            So the adjusted offense level for Counts 7 and 8

10   is a 27.  Again, the Base Offense Level is a 14.  Official

11   victim impact, 6.  Bodily injury, 3.  4-level enhancement

12   for use of a dangerous weapon, that is, the flagpole.  It's

13   a 27.

14           Count 9, the 1512(c)(2).  The Base Offense Level

15   for -- 2J1.2 is the applicable Guideline.  The offense level

16   is a 14; the Base Offense Level is a 14.

17           The offense involved causing or threatening to

18   cause physical injury to a person or property damage in

19   order to obstruct the administration of justice.  So there's

20   no -- and as well as three levels for substantial

21   interference with the administration of justice.

22           I have ruled in the *Rhodes* matter that I believe

23   the proceedings before Congress that day, the certification

24   of the Electoral College, qualifies as administration of

25   justice for purposes of those enhancements.

1        I'll incorporate that ruling here -- although it's

2   not been objected to, I'll incorporate that ruling here,

3   because the conduct clearly involved threatening or causing

4   physical injury to another person.  That is applicable.  And

5   the interference was substantial, as it resulted in not only

6   the adjournment of the proceedings in full for multiple

7   hours.  Although Ms. Southard-Rumsey was only there, only,

8   for 50 minutes, it certainly is substantial that the entire

9   proceeding had to be adjourned.  And, of course, then

10  there's the cost associated with having to clear the --

11  clear the Capitol building and essentially restore the

12  security of the Capitol in order to allow the proceeding to

13  continue.  So the adjusted offense level for Count 9 is a

14  25.

15        Counts 7 and 8 will group with Count 9 because

16  physical injury qualifies as an enhancement to 2J1.2.  So

17  those groups -- those counts will group.  That results in

18  the highest count of a 27.

19        That group, that is, 7, 8, 9, receives one unit.

20  Counts 1 and 4 will receive a half unit.  And Counts 5 and

21  6, another half unit, for a total of two units, for an

22  adjusted offense level -- excuse me, for an offense level of

23  29.

24        I am going to, for the first time, apply the 3A1.4

25  terrorism enhancement for Ms. Southard-Rumsey's conduct.

```
 1              PROBATION OFFICER:  Your Honor, forgive me.

 2              THE COURT:  That's okay.

 3              PROBATION OFFICER:  Count 1, you said, was a 23,

 4    right?

 5              THE COURT:  Correct.

 6              PROBATION OFFICER:  Count 2 is the 27.

 7              Count 3 is a 25?

 8              THE COURT:  Right.

 9              PROBATION OFFICER:  So shouldn't that be plus one

10    unit for each one, not a half unit for 23, or am I doing

11    that wrong?

12              MS. LOEB:  I thought it would be one unit for

13    the -- one unit for the 27, which is 7 through 9; one unit

14    for Counts 1 and 4, because it's four levels less serious,

15    and then a half unit for the 5, 6.

16              THE COURT:  Okay.  I'm mistaken then.  That's

17    right.  Okay.  So let me just adjust that.

18              So an additional unit for Counts 1, 4.  That's 28.

19    Plus another half unit.  So that's a total of 2.5 units,

20    correct?

21              MS. LOEB:  Yes, a three-level increase.

22              THE COURT:  Right.

23              And so you're rounding up or down?

24              PROBATION OFFICER:  Two and a half to three.

25    It's three levels.
```

1          THE COURT:  So that gets us to 30.

2          I will apply the one-level enhancement.

3          I'm going to apply a one-point enhancement for the

4   terrorism departure.  I haven't done it before, but I think

5   it's warranted in this case.  I know no one else has done it

6   before; I think it's warranted in this case.

7          The collective conduct of Ms. Southard-Rumsey

8   clearly was calculated to influence or affect the conduct of

9   government by intimidation or coercion.  Anybody that sees

10  the video of her conduct that day could not conclude

11  otherwise.

12         At a minimum, the fact that she is at the very

13  doorstep of the House of Representatives while there are

14  members of Congress and their staff inside cowering in fear

15  while she is screaming expletives and other things to coerce

16  and terrorize them clearly, I think, qualifies within the

17  plain language of the enhancement.

18         Now, I will say this:  The ultimate sentence will

19  reflect the fact -- and it will avoid unwarranted

20  disparities -- that no other judge has actually imposed the

21  one-level enhancement, so I will consider that in terms of

22  the ultimate sentence and whether -- to ensure unwarranted

23  disparities, the one point, to the extent it increases the

24  Sentencing Guidelines here, warrants a variance.

25         So by my calculation, the final total offense

 1   level is a 31.  That results, with no prior criminal history

 2   score, in a Guidelines Range of 108 to 135 months, and a

 3   fine level of 30,000 to $300,000.

 4            I should add, I'm not going to reduce that level

 5   by three for acceptance of responsibility, notwithstanding

 6   Ms. Southard-Rumsey's agreeing to a Stipulated Trial.

 7            Her words here today clearly belie an acceptance

 8   of responsibility.  She has made excuses.  She has blamed

 9   her conduct on others.  She has tried to minimize her

10   behavior and the impact of her behavior that day in a manner

11   that is utterly inconsistent with, one, the facts that she

12   has admitted to, and, two, the facts as they're objectively

13   observable on the video.

14            So although she has saved the Court and the

15   government from the burden of trial, she's not going to get

16   a three-level departure for acceptance of responsibility --

17   or a two-level departure, I should say, for acceptance of

18   responsibility since the government is withdrawing the

19   request for the additional point.

20            Nevertheless, I will take into account the fact

21   that she has, by virtue of accepting a Stipulated Trial,

22   saved the government and the Court from the burden of being

23   put to the resources of having to try her.

24            The other enhancements that have been -- excuse

25   me, the departures that have been requested, all of those

1   are denied.

2         5H1.3, that is for mental and emotional condition.

3   The defendant has not established that there are any

4   conditions individually or in combination with other

5   characteristics that are present to an unusual degree and

6   distinguish the case from typical cases covered by the

7   Guidelines.

8         The defense has pointed out that

9   Ms. Southard-Rumsey did have a tumor removed from her brain

10  some many years ago for which she still is suffering

11  physical consequences, but they are not of a kind that are

12  so unusual to distinguish the case and warrant a departure

13  on that ground.

14        5H1.4, the physical condition, for the exact same

15  reason.

16        And I should be clear that the brain injury has

17  not -- other than, I think, forgetfulness was the only --

18  and seizures, of course.  But in terms of mental and

19  emotional condition, not being given any evidence that the

20  brain condition affected her psychologically.

21        In terms of physical condition, similarly, again,

22  there's not been a presentation of evidence to support a

23  departure for unusual circumstances that are outside the

24  otherwise -- the norm.  Again, I have acknowledged that

25  Ms. Southard-Rumsey has suffered long-term physical

1   consequences from the brain injury, but it's certainly not

2   present to an unusual degree and does not distinguish this

3   case from typical cases covered by the Guidelines.

4           Finally, with respect to the 5H1.6 departure

5   requested regarding family ties and responsibilities, again,

6   there is nothing about the case that establishes the impact

7   on her family to an unusual degree.  Her parents are healthy

8   and her son is now an adult.  And while I'm sympathetic to

9   the consequences it will have for her parents and her son,

10  it is not there to such an unusual degree, nor will it

11  impact them to such an unusual degree that the departure is

12  warranted.  So those departures that have been requested are

13  all denied and the final Guidelines, as I said, is 108 to

14  135 months.

15          In addition, I must consider all the factors that

16  are set forth in 18 U.S.C. 3553(a) and impose a sentence

17  that's sufficient but not greater than necessary to achieve

18  the objectives of sentencing set forth in the statute.

19          I must consider the nature and circumstances of

20  the offense and the history and characteristics of the

21  defendant, the need for the sentence imposed to reflect the

22  seriousness of the offense, to promote respect for the law,

23  to provide just punishment for the offense, to afford

24  adequate deterrence, to protect the public, and to provide

25  the defendant with any needed educational or vocational

1    training or medical care.  I also should consider the kinds

2    of sentences available and the need to avoid unwarranted

3    disparities and restitution for the victims.

4         Let me begin with the history and characteristics

5    of the defendant.

6         Ms. Southard-Rumsey is now 54 years old.  She is a

7    high school graduate, has an associate's degree.  And

8    significantly, has a master's in voice pedagogy.  Has spent

9    her life teaching young children to appreciate music, and

10   that's a big deal.

11        For what it's worth, my daughter has had music

12   instructors for the last decade, and it has been one of the

13   greatest gifts that she has received in her life.  And

14   I'm sure you have done the same with the children that you

15   have taught and inspired, so I've taken that into

16   consideration.

17        I've taken into consideration the fact of having a

18   tumor removed from her brain in 2008 and the continued

19   effects it has had on her memory and speech issues and

20   seizures.  But, again, no mental health consequences to

21   speak of that we're aware of.

22        As I noted, the defense has emphasized the impact

23   that an incarceral sentence would have on her family;

24   however, as I've said, I don't think it is unusual to a

25   degree that warrants a departure.

1          Let me attempt to summarize the conduct.

2          Prior to the election, Ms. Southard-Rumsey --

3    excuse me, immediately after the election,

4    Ms. Southard-Rumsey included media postings that said words

5    to the effect of "Hang the traitors," "Arrest and hang these

6    traitors.  Go to their work and home, pull them out by their

7    teeth and hang them for treason."

8          After December 19th when the President tweets to

9    come to the District of Columbia, she participates in the

10   preparation of a revolutionary manifesto that advocates,

11   among other things, the forcible removal of elected

12   officials from office, and that she suggested that the words

13   be included, "We the people declare the election a fraud and

14   those who contribute to it are traitors and are hereby

15   notified of their dismissal from office" and said that this

16   is what her group would be "bringing," presumably she means

17   bringing to Washington maybe.  I don't know what that means,

18   but it seems to have been what your view of the world was.

19         And then we get to January 6th.  As the government

20   has noted, she was already at the Capitol before the

21   President's speech ended or just at about the time the

22   President's speech ended, so she's not someone who is here

23   today to tell us that the reason she came to the Capitol is

24   because the President asked her to be there.  She was

25   already there.

1          She has a Facebook Live video in which she's says

2     she's "Staying in front of the Capitol ready to take it.  As

3     soon as we get enough people here, we're going to storm the

4     Capitol building.  It's going to be fun."

5          An hour later after the certification had begun at

6     1:19 p.m., she posts another Facebook Live video, standing

7     here at the Capitol ready to take the line, as there is a

8     line of police officers behind her, because Pence is a

9     traitor.

10         Around 1:50 p.m., she is seen on video in a scrum

11    with another rioter over a bike rack.

12         And then at 2:00 p.m., the barricades break and

13    she rushes, because she is a fast walker, to the front of

14    the police line, at which time -- by that time, the police

15    had retreated to the East Capitol steps.

16         While there, she confronts Officer R.S. of the

17    Capitol Police.  As part of her stipulated facts, she admits

18    to grabbing his shield and attempting to rip it out of his

19    hands.  She also pushed against him.  The video also shows

20    that she is in essentially a tug of war with him on the

21    steps with respect to a bike rack.

22         She manages, like others, to make her way to the

23    top of the steps and to the area outside the East Capitol

24    doors.

25         Around 2:25, she is one of the first 20 people to

1    enter.  She heads immediately to the House side of the

2    building, where the video shows that she is confronted by a

3    single police officer and other police officers behind him.

4    She is standing in a confrontational stance.  She begins

5    screaming and berating the officers, standing face to face,

6    particularly with Sergeant N.V., using words, and I can't

7    even summarize them all, they're all captured on video:

8    "Tell Pelosi we're coming for that bitch," calling her a

9    "traitorous cunt."  You can hear her screaming, there are

10   hundreds, thousands of us as the crowd starts to fill in

11   behind her.  She somehow manages to end up with an American

12   flagpole and can be seen riling up the crowd.

13           And that's notwithstanding the fact that other

14   people were attempting to actually calm the crowd.  And that

15   when, for example, there's an older gentleman who can be

16   seen in the video who's attempting to calm the crowd down,

17   she turns to people and suggests otherwise:  Urges them not

18   to calm down.  She encourages them to actually behave in a

19   more aggressive way.

20           At some point she brings the flagpole down, and

21   that she and another rioter are actually holding it up

22   against Officer N.V.'s chest.  While she is doing so, she

23   tells him, "You're a traitor to our country.  All of them

24   are traitors."  Some people, as I said, attempt to quiet the

25   crowd, but she continues to scream and rant.  Someone behind

1    her, you can see in the video, actually has his arm around

2    her as if to appear to have to restrain her.  You know, as I

3    said, people were chanting over a megaphone to be respectful

4    and not violent, and you can see her shaking her head no.

5          And eventually the line breaks when she and --

6    pushes and uses that flagpole, as I described earlier,

7    against Sergeant N.V., who, by that point, was standing in

8    front there probably for up to five minutes.  He was there

9    for actually five minutes face to face with the defendant.

10          She pushes him through the exterior doors as he

11   has told law enforcement, and I accept that, into the

12   vestibule outside the House chamber, ends up there where he

13   hits his head.

14          Other officers are pinned up against the doors.

15   We heard from one of the officers here today who said he had

16   been pinned up or certainly was up against the doors with

17   the defendant there.

18          And significantly, members of the House and the

19   staff were still inside as Ms. Southard-Rumsey, for several

20   minutes, screams and yells -- it's hard to make out exactly

21   what all the words are, but it's quite clear that she is

22   being quite vocal.  And notably, it's not until the police

23   actually remove her from the vestibule that she actually

24   leaves.

25          While inside that Senate chamber -- excuse me, the

1    House chamber, while Ms. Southard-Rumsey is immediately

2    outside the door separated from members of Congress only by

3    a doorway and the heroism of an officer who's drawn his gun,

4    members are cowering in fear, staff members are cowering in

5    fear.  They are calling family members, some believing it to

6    be for the last time they will speak with them.

7            Among the words that, I believe, are attributed to

8    her while she's in front of the door is, "Coming for you,

9    Pelosi, you socialist cunt."  She continued to yell toward

10   the House chamber.  As I said, eventually MPD officers

11   arrived to clear the vestibule.  You can actually see her

12   outside on the vestibule.  Once she's removed, screaming on

13   the video, "This is our House, we own it, we are not going

14   away."

15           And she didn't go away.  She returned toward the

16   Rotunda where a group of officers who were guarding an exit

17   that led to the Speaker's office.  She and other rioters

18   began to push the officers back.  And behind them was a set

19   of stairs they didn't end up going down, only because

20   reinforcement officers came up the stairs, and multiple

21   officers recall her belligerence and aggression and refusal

22   to obey their commands.

23           They are able to push rioters back into the

24   Rotunda.  When Sergeant M.H. tries to push her back, she

25   grabbed his baton and said "Get off."

1        She has pepper spray in her eyes clearly at this

2   point.  She, nevertheless, instead of turning around and

3   getting out of there, she remains at the front of the line

4   confronting officers.  She tells an officer that he would

5   get his assed kicked.

6        As she's moved back, she swings her arms toward

7   Investigator N.V.  Now, it appears to be sort of an

8   involuntarily swinging of her harm, but, nevertheless, a

9   swinging of the arm.

10       When he pushes her back, she tries to come back

11  toward her but is prevented from doing so because there's

12  another officer or rioter in between them.

13       You can then see on both body cam and CCTV her

14  move toward a metal stanchion and pick it up with both hands

15  in a tout to lift it before another officer or two see her

16  movements and prevent her from picking it up.  Clear to me

17  that she was picking it up with the intent of using it to

18  cause bodily injury, particularly given her conduct

19  beforehand and the state in which the video shows her to

20  have been in.

21       She finally leaves at 3:17 p.m., 50 minutes after

22  her entry, films herself in tears on the steps outside

23  lamenting that others around her had backed away at the

24  House doors, clearly regretful that she had not accomplished

25  more that day.

1          After January 6th, posts on January 7th claiming

2    that Antifa had infiltrated -- it was Antifa that had

3    infiltrated the Capitol and damaged stuff.

4          January 11th, described the day as fun.  Said it

5    had been an honor to be on the battlefield with JC, somebody

6    who she now claims kind of forced her or coerced her to be

7    there.

8          Additional postings in January and February

9    clearly express no remorse or regret.

10          And, of course, remained even defiant after her

11    arrest, posting, I think this was on her fundraising page:

12    "I do not apologize for standing up for my country.  It's my

13    duty and honor."

14          And, of course, we heard what Ms. Southard-Rumsey

15    had to say here today.

16          Based on the conduct, there's clearly a need for

17    the sentence to reflect the importance of general

18    deterrence.  And I do think there is a need for the sentence

19    to reflect specific deterrence.  There's nothing

20    Ms. Southard-Rumsey said here today that would convince me

21    that, given the opportunity, she wouldn't do exactly what

22    she did that day.

23          Let me address some of the arguments the defendant

24    and her counsel have made to attempt to diminish or put the

25    conduct in context.

1          First, somehow that she was -- had cerebral

2    hypoxia, which caused her to have poor judgment and

3    decision-making because she had been maced.  There's no

4    evidence of that.  I've been given no medical proof at all

5    that the combination of mace and her medical condition

6    resulted in her having something in the order of cerebral

7    hypoxia.  There's just nothing to support that theory.

8          Notes that she wasn't planning to come to D.C.

9    until late.  Maybe, but it doesn't mitigate the conduct at

10   all.  There is the irony, of course, that she came to D.C.

11   after cashing a COVID check, but maybe that's lost on her.

12         She discusses the fact of being maced multiple

13   times, causing her to act and behave in ways that are not

14   typical for her.  No doubt that's true.

15         But, Ms. Southard-Rumsey, this isn't about what

16   the police did to you, it's what you did to them and what

17   you continued to do to them over the course of 50 minutes.

18   And no matter how many times you got maced, it's not as if

19   you turned around to try and take care of yourself.  Rather,

20   you took it as an opportunity to continue in aggressive ways

21   that day.  It's hard to know what got into you, frankly.

22         And let me just say the following:  The idea that

23   a defendant would suggest that somehow history and the way

24   that she was raised and that her love of country and that

25   how she views the events of 1776, that those events and how

1    she was raised somehow translate and explain the behavior.

2    Apparently, my history classes were different than yours.

3         The country fought a revolution to establish

4    democracy, not to tear it down.  People fought, rose up

5    against a monarchy not so that a democratic election could

6    be overturned by people who disagreed with it, but so they

7    could live out from under the thumb of tyranny.

8         I have to say, I find it remarkable that patriots

9    are only those people who think -- I shouldn't say it this

10   way.  That so many of the people who were involved in

11   January 6th, including Ms. Southard-Rumsey, continue to

12   cloak themselves in patriotism.

13        There's nothing patriotic about what you did at

14   all.  You hurt people.  You scared people.  You terrorized

15   members of Congress, including those people who probably

16   believe the same stuff you do.  You were indiscriminate that

17   day.  You were a one-person wrecking ball as you walked

18   through the halls of Congress, not only your conduct but

19   encouraging others to behave in the exact same way you did.

20   It's not patriotic.

21        And you're not here because of your political

22   views.  I keep hearing that over and over again:  This is

23   about your political views; you're being prosecuted because

24   you're a patriot.  No.  You can shake your head up and down

25   all you want, ma'am, it's just not true.

1          THE DEFENDANT:  Yes, it is.

2          THE COURT:  Prosecuted because you were in the

3     U.S. Capitol that day, as you've admitted, attempting to

4     interfere with an official proceeding because you didn't

5     like the results of an election.  You rammed through

6     officers with dangerous and deadly weapons.  You assaulted

7     them, more than one, many.  And there's not an ounce of

8     regret as you sit here today, notwithstanding the serious

9     time that you are facing.

10         And the irony is, Ms. Southard-Rumsey, that the

11    country that you rail against, the government that you claim

12    is oppressing you is the one that has given you all the

13    process that you are due, it is the one that has given you

14    the discovery you're entitled to, it's given you the due

15    process to assert your innocence until proven otherwise.

16         And you thumb your nose to all of it, all of it:

17    To the people in this courtroom, to the officers who were

18    there that day, to the government, and even to me.  I'm not

19    troubled by it.  I don't take offense.  I think it's sad.

20    It's sad because you are clearly someone who has a gift.

21    You have a gift that you can share with others.  You can

22    inspire people.  You can raise them up.  You threw it all

23    away.  And after all this time, you still don't understand:

24    You're not the victim.  You're not the victim.

25         These police officers, they get to wear the label

1    of patriot, not you, ma'am, not you.

2           The Guidelines are significant, and my job here is

3    to ensure that I impose a proportionate sentence, one that

4    is not -- that is substantially disparate from other cases.

5           There have been sentences in the Guidelines Range

6    area that Mrs. Southard-Rumsey is subject to, and those

7    defendants have engaged in far greater -- well, I should put

8    it differently.  Their conduct was more violent in the

9    following sense:  That they used dangerous weapons in a way

10   that she has not.  Whether it's the use of pepper spray,

11   whether it's using physical objects.  Whether in the case of

12   Mr. Webster, for example, when he tackled a police officer

13   and attempted to rip his gas mask off while the officer was

14   being essentially asphyxiated, you didn't do any of that,

15   and so your conduct doesn't deserve that kind of sentence.

16          I've also taken into account the fact of your age.

17   I've taken into account the fact of your -- as I said, what

18   you have done and your contributions to the community and

19   what you have done with the children.  But all of that

20   doesn't erase the behavior on January the 6th.  You were one

21   of the catalysts for what happened that day, undeniably so,

22   undeniably so, and for that the sentence imposed will be

23   substantial.

24          It's the judgment of the Court that you will be

25   committed to the custody of the Bureau of Prisons for a term

1    of 60 months as to Counts 1, 5, and 7.  Those will be served

2    concurrently with a 72-month sentence as to Counts 4, 6, 8,

3    and 9 that will also be served concurrently with a 72-month

4    sentence as to Count 9.

5           You're further sentenced to serve 36 months of

6    supervised release as to each count.  All of that time will

7    run concurrently.

8           You'll be ordered to pay a special assessment of

9    $700 to the Court, $100 for each of your convictions.

10          While you are on supervision, you shall abide by

11   the following mandatory conditions, as well as all the

12   discretionary conditions that have been recommended by the

13   probation office in part D of the sentencing options of the

14   Presentence Investigation Report which have been imposed to

15   establish basic expectations for your conduct while on

16   supervision.  Those conditions include:

17          Not committing another federal, state, or local

18   crime;

19          Not unlawfully possessing a controlled substance;

20          You must refrain from any unlawful use of a

21   controlled substance;

22          You must submit to one drug test within 15 days of

23   placement on supervision and at least two periodic drug

24   tests thereafter;

25          You must cooperate in the collection of DNA as

1    directed by the probation office;

2            You must make restitution in accordance with

3    18 U.S.C. 3663 and 3663(a) in the amount of $2,000 to the

4    Architect of the Capitol, to which you have not objected.

5    The Court determines that you don't have any amount to pay

6    interest and, therefore, waives any interest or penalties

7    that may accrue on the balance.

8            You also shall comply with the following special

9    conditions:

10           You must pay the financial penalty in accordance

11   with the schedule-of-payments sheet of the judgment.  Sorry,

12   there is no financial penalty.

13           You must, however, provide the probation office

14   access to any requested financial information and authorize

15   the release of any financial information.  You must not

16   incur any new credit charges or open additional lines of

17   credit without approval from the probation office.

18           The restitution payments will be owed $50 per

19   month beginning from your release until they are paid in

20   full.

21           The Court finds that you don't have the ability to

22   pay a fine and, therefore, waives imposition of a fine in

23   this case.

24           The restitution payments shall be made to the

25   Clerk of the Court for the U.S. District Court for the

1    District of Columbia for disbursement to the Architect of

2    the Capitol.

3           The financial obligations to the Court are

4    immediately payable to the Clerk of the Court for the U.S.

5    District Court here at 333 Constitution Avenue.

6           If you have not paid that amount in full and you

7    change your address, within 30 days of any change, you shall

8    notify the Clerk of the Court until such time as the

9    financial obligation is paid in full.

10           The probation office is authorized to release the

11   Presentence Investigation Report to all appropriate

12   agencies, which includes the U.S. Probation Office in the

13   approved district of residence, in order to execute the

14   sentence of the Court.

15           I will authorize transfer of this matter for both

16   supervision and jurisdictional purposes, which means,

17   Ms. Southard-Rumsey, you will be supervised in the district

18   where you reside.  And if you -- well, actually, let me

19   change that.

20           You'll be supervised.  So I'll transfer

21   supervision, but I'm going to retain jurisdiction over the

22   case in the event of violations.  So if there are

23   violations, they'll come to me.

24           You do have the right to appeal your sentence and

25   your convictions to the Court of Appeals.

1          Any notice of appeal must be filed within 14 days

2    of the entry of judgment or within 14 days of a filing of a

3    notice of appeal by the government.

4          If you are unable to afford the cost of an appeal,

5    you may request permission from the Court to file an appeal

6    without cost to you.  On appeal, you may also apply for

7    court-appointed counsel if you cannot afford one.

8          You also have the right to challenge the

9    conviction that's been entered and the sentence imposed

10   under 28 U.S.C. 2255 to the extent it is permitted by

11   statute.

12         All right.  With that, are there any additional

13   objections or anything else defense would like to put on the

14   record?

15         MS. LOEB:  Just two issues, Your Honor.

16         First of all, factually, I believe Your Honor

17   stated that Ms. Southard-Rumsey arrived at the Capitol

18   before the President's speech ended.  In fact, she arrived

19   before it started as in the government's sentencing memo so

20   I just wanted to --

21         THE COURT:  I misspoke.  I apologize.  I couldn't

22   remember if it started or ended at 12:00, but thank you for

23   the correction.

24         MS. LOEB:  Before it started.

25         We were today fully prepared to allow

1    self-surrender and a report date.

2             In light of Ms. Southard-Rumsey's statement to the

3    Court, I don't know that the Court can find that there is

4    clear and convincing evidence that she does not pose a

5    danger or is a flight risk.  She thinks what she did that

6    day was doing her duty, which makes me concerned about what

7    she will decide it's her duty to do on release.

8             I don't have confidence that she will -- respects

9    this Court's authority, will follow the Court's orders.

10   I think she said -- some of her comments, I think, were at

11   least borderline threatening, so I'm even concerned that she

12   could do something dangerous while on release.  She thumbed

13   her nose at the Court and I am concerned about keeping the

14   same release conditions in place.

15             THE COURT:  Okay.

16             What are her release conditions?

17             PROBATION OFFICER:  The Court's indulgence.

18             Your Honor, she appears to have had the standard

19   conditions that every defendant's had:  Do not possess a

20   firearm, remain in the Middle District of Florida, report as

21   required.

22             It does not appear she had any type of location

23   monitoring or anything attached to her release.

24             THE COURT:  Ms. Rodriguez, do you want to be

25   heard?

1         MS. RODRIGUEZ:  Only to allow her to -- if the

2    Court needs to fit her with a monitor or what have you, a

3    GPS, it's understood.

4         I believe that -- it's my understanding, and I

5    might be incorrect about this, there's a prison for --

6    federal prison for women in Tallahassee, Florida, in the

7    capital, I think that's the only one.

8         PROBATION OFFICER:  There may be one in Marion,

9    Florida.

10        MS. RODRIGUEZ:  Marion County, perhaps.  Okay.

11        Either way, she did commute here with her mother

12   and I will be requesting that she be allowed to remain at

13   liberty with whatever restrictions the Court deems

14   appropriate and give her a date so that she can turn herself

15   in to the Bureau of Prisons, Your Honor.

16        THE COURT:  Okay.

17        MS. RODRIGUEZ:  Thank you.

18        THE COURT:  Here's what I'll do.

19        I will allow her to self-surrender because I do

20   think there are conditions that we can put in place to

21   ensure the safety of the community and ensure that she's not

22   going to be a flight risk.

23        I say that because she has no prior criminal

24   history.  I say that because she's not had, in two years,

25   any pretrial violations.  Her family is in Florida, and so

1   she doesn't have any real incentive, nor do I believe she

2   has the means to flee.

3         I will put her on GPS monitoring under a home

4   confinement condition until her date of designation is sent

5   to her by the Bureau of Prisons, okay?

6         MS. RODRIGUEZ:  Thank you.

7         PROBATION OFFICER:  Probation just asks that, with

8   your permission -- she is being supervised in the Middle

9   District of Florida, so it would probably be Monday or

10  Tuesday before she got home.  Then that officer was able to

11  go out and put that on her.

12        THE COURT:  That's fine.

13        MS. LOEB:  And, Your Honor, the government would

14  move to dismiss Counts 2, 3, and 10 through 15.

15        THE COURT:  Okay.  Thank you, Counsel.  It will be

16  dismissed.

17        All right.  Is there anything else?

18        MS. LOEB:  Nothing from the government.

19        MS. RODRIGUEZ:  Nothing further, Your Honor.

20        THE COURT:  All right.  Thank you.

21        Ms. Southard-Rumsey, good luck to you.

22        THE DEFENDANT:  Thank you.

23        COURTROOM DEPUTY:  All rise.

24        This Court stands in recess.

25        (Proceedings concluded at 4:57 p.m.)

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:__August 2, 2023_____     

William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [5]** 3/2 3/6 73/2 73/5 100/23

**MS. LOEB: [28]** 3/19 4/7 4/11 4/17 9/13 13/4 14/9 15/13 15/16 17/11 21/13 30/17 32/18 32/20 33/2 33/9 33/25 34/7 34/14 34/18 34/23 72/22 77/12 77/21 97/15 97/24 100/13 100/18

**MS. RODRIGUEZ: [43]** 3/20 4/8 14/10 14/15 16/2 16/19 16/21 17/2 17/8 22/14 23/4 23/7 23/12 25/19 27/20 28/9 28/12 29/3 29/13 29/16 30/1 32/17 45/16 46/15 47/18 47/21 50/4 50/7 50/11 50/15 50/17 50/20 56/15 56/21 56/24 71/15 71/23 72/20 99/1 99/10 99/17 100/6 100/19

**POLICE OFFICER DURRETTE: [2]** 9/15 9/17

**POLICE OFFICER SERGEI VITTONE: [1]** 4/22

**PROBATION OFFICER: [8]** 77/1 77/3 77/6 77/9 77/24 98/17 99/8 100/7

**THE COURT: [77]** 3/4 3/15 3/21 4/9 4/16 4/18 9/12 9/16 12/25 13/6 14/11 14/16 15/15 15/17 16/16 16/20 16/22 17/3 17/9 17/12 22/13 23/2 23/6 23/9 25/12 26/3 27/22 28/10 29/1 29/10 29/15 29/24 30/2 32/10 32/19 33/1 33/7 33/20 34/1 34/11 34/17 34/22 45/14 46/13 47/16 47/19 50/1 50/6 50/10 50/13 50/16 50/19 56/13 56/20 57/20 58/4 62/18 64/8 71/17 72/21 72/25 73/7 77/2 77/5 77/8 77/16 77/22 78/1 92/2 97/21 98/15 98/24 99/16 99/18 100/12 100/15 100/20

**THE DEFENDANT: [11]** 56/23 57/1 57/14 57/21 58/5 62/20 64/9 71/21 71/25 92/1 100/22

**$**

**$100 [1]** 94/9
**$2,000 [1]** 95/3
**$300,000 [1]** 79/3
**$500 [2]** 58/3
**$600 [1]** 58/3
**$700 [1]** 94/9

**0**

**0100 [1]** 1/22
**04 [1]** 55/9
**0427 [1]** 2/3
**05 [1]** 55/3
**0500 [1]** 5/14

**1**

**10 [1]** 100/14
**108 [2]** 79/2 81/13
**11 [2]** 39/4 44/13
**111 [6]** 16/24 16/25 17/20 18/8 18/11 21/20
**1125 [1]** 1/20
**11th [2]** 1/15 89/4
**12 [4]** 7/4 53/9 53/23 63/23
**12-hour [1]** 8/18
**120 [1]** 53/24
**12:00 [2]** 26/12 97/22
**12:07 [1]** 27/23
**135 [2]** 79/2 81/14
**14 [9]** 1/5 73/16 74/9 74/14 75/10 75/16 75/16 97/1 97/2
**15 [2]** 94/22 100/14
**15-minute [1]** 72/25
**1512 [3]** 14/21 15/7 75/14
**16-hour [1]** 8/16
**1621 [1]** 72/11
**17 [1]** 53/20
**1776 [9]** 43/1 43/3 43/9 43/17 43/25 45/23 46/3 48/14 90/25
**18 U.S.C [2]** 81/16 95/3
**19th [1]** 83/8
**1:19 [1]** 84/6
**1:21-CR-04 [1]** 55/9
**1:21-CR-05 [1]** 55/3
**1:21-CR-120 [1]** 53/24
**1:21-CR-223 [1]** 53/19
**1:21-CR-34 [1]** 53/6
**1:21-CR-346 [1]** 53/14
**1:21-CR-353 [1]** 54/24
**1:21-CR-40 [1]** 53/10
**1:21-CR-461 [1]** 54/3
**1:50 [1]** 84/10
**1B1.1 [2]** 19/9 19/17

**2**

**2.5 [1]** 77/19
**20 [2]** 74/11 84/25
**20,000-pound [1]** 61/19
**20001 [1]** 2/13
**2007 [1]** 38/10
**2008 [2]** 39/25 82/18
**202 [2]** 2/3 2/14
**2020 [3]** 38/9 41/16 48/2
**2021 [4]** 5/13 40/3 41/18 42/19
**2023 [2]** 1/5 101/7

**21 [1]** 51/22
**21 years [1]** 39/1
**21-387 [2]** 1/4 3/7
**2176 [1]** 2/7
**223 [1]** 53/19
**2255 [1]** 97/10
**23 [3]** 74/6 77/3 77/10
**231 [4]** 15/23 16/24 17/6 18/8
**234-0100 [1]** 1/22
**2342 [1]** 2/8
**238-2342 [1]** 2/8
**25 [2]** 76/14 77/7
**26003 [1]** 1/21
**27 [6]** 55/7 75/10 75/13 76/18 77/6 77/13
**28 [2]** 77/18 97/10
**29 [1]** 76/23
**2:00 [1]** 84/12
**2:03 [1]** 1/6
**2:25 [1]** 84/25
**2A [1]** 15/14
**2A2.2 [15]** 15/22 16/25 17/3 17/7 17/18 18/8 18/11 18/17 19/14 21/3 22/8 24/15 73/14 74/8 74/14
**2A2.4 [2]** 15/23 17/7
**2J [1]** 15/16
**2J1.2 [2]** 75/15 76/16

**3**

**30 [1]** 78/1
**30 days [1]** 96/7
**30,000 [1]** 79/3
**3000 [1]** 1/21
**302 [2]** 74/22 75/3
**304 [1]** 1/22
**31 [1]** 79/1
**32 [1]** 53/13
**3249 [1]** 2/14
**333 [2]** 2/13 96/5
**34 [1]** 53/6
**346 [1]** 53/14
**34688 [1]** 2/7
**353 [1]** 54/24
**354-3249 [1]** 2/14
**3553 [2]** 48/22 81/16
**36 [1]** 94/5
**3663 [2]** 95/3 95/3
**387 [2]** 1/4 3/7
**3:17 [1]** 88/21
**3:46 [1]** 73/4
**3A1.2 [2]** 15/14 15/14
**3A1.4 [2]** 25/16 76/24

**4**

**4-level [1]** 75/11
**40 [1]** 53/10
**400 [1]** 62/14
**41 [1]** 54/2
**415 [1]** 1/16
**436-7168 [1]** 1/16
**44 [1]** 55/2
**450 [1]** 1/15
**46 [2]** 54/23 55/12
**461 [1]** 54/3

**4:12 [1]** 73/4
**4:57 [1]** 100/25
**4th [1]** 58/2

**5**

**50 [4]** 30/12 76/8 88/21 90/17
**500 [1]** 60/20
**506-0427 [1]** 2/3
**50s [1]** 41/2
**51 [1]** 56/3
**54 [3]** 13/14 52/18 82/6
**54-year-old [1]** 50/23
**55 [1]** 13/11
**56 [1]** 13/12
**57 [1]** 13/16
**59 [1]** 14/1
**5F [1]** 50/10
**5F1.2 [1]** 50/8
**5H1.3 [1]** 80/2
**5H1.4 [3]** 32/22 50/18 80/14
**5H1.6 [3]** 32/22 51/10 81/4
**5s [1]** 50/5
**5th [3]** 39/2 39/12 58/5

**6**

**60 [2]** 14/3 94/1
**601 [1]** 2/2
**63 [1]** 14/6
**6th [15]** 5/3 5/13 8/14 8/19 9/8 9/21 35/4 35/14 37/12 42/8 42/23 83/19 89/1 91/11 93/20

**7**

**70s [3]** 39/18 51/14 51/20
**7168 [1]** 1/16
**72 [1]** 45/10
**72-month [2]** 94/2 94/3
**727 [1]** 2/8
**7th [1]** 89/1

**9**

**9/11 [1]** 44/13
**90 [1]** 69/8
**94102 [1]** 1/16

**A**

**A.V [1]** 41/23
**abide [1]** 94/10
**ability [2]** 55/25 95/21
**able [12]** 9/2 9/3 20/18 20/20 33/21 40/1 40/5 40/6 51/3 51/25 87/23 100/10
**abolish [5]** 31/4 46/8 48/11 48/13 48/14
**about [51]** 5/4 5/8 12/24 15/21 18/1 18/12 18/25 19/5 21/3 25/15 26/11 27/2 31/12 31/19 31/24 31/24 34/3 35/22 38/10 39/14 41/24 41/25 42/3 43/3 43/13 43/25 46/22 49/3 49/5

**102**

**9:50 [1]** 73/1
**4:24 [1]** 73/4
**6th [1]** 5/14

**4:24 [1]**

**above [2]** 43/19 101/4
**above-titled [1]** 101/4
**absolutely [2]** 59/18 64/10
**abuses [1]** 50/25
**academic [4]** 17/5 17/6 17/14 18/10
**accept [2]** 75/4 86/11
**acceptance [5]** 72/24 79/5 79/7 79/16 79/17
**accepted [1]** 49/19
**accepting [1]** 79/21
**access [1]** 95/14
**accomplished [1]** 88/24
**accordance [2]** 95/2 95/10
**account [4]** 5/10 79/20 93/16 93/17
**accrue [1]** 95/7
**accused [2]** 53/14 81/17
**achieve [2]** 44/24 81/17
**achieving [1]** 39/9
**aching [1]** 8/23
**acknowledged [1]** 80/24
**act [3]** 44/22 54/21 90/13
**acting [1]** 38/17
**actions [8]** 25/22 28/16 28/21 40/7 44/2 47/10 49/17 55/13
**actively [1]** 53/16
**acts [3]** 24/18 52/12 54/15
**actual [2]** 7/8 74/19
**actually [34]** 10/25 11/2 19/11 20/2 20/4 20/16 20/17 21/15 22/9 22/25 24/18 24/25 28/23 30/12 34/23 41/9 41/12 50/24 53/20 53/25 54/21 56/8 56/10 58/13 78/20 85/14 85/18 85/21 86/1 86/9 86/23 86/23 87/11 96/18
**add [4]** 15/19 21/16 74/18 79/4
**added [3]** 73/18 74/10 74/17
**adding [1]** 73/19
**addition [1]** 81/15
**additional [15]** 13/3 13/4 14/3 14/5 15/19 54/15 73/18 73/19 74/16 74/18 77/18 79/19 89/8 95/16 97/12
**address [9]** 7/23 18/14 31/18 32/24 37/14 49/2 62/19 89/23 96/7

**A**

**addressed** [1] 37/16
**adequate** [1] 81/24
**adjourned** [1] 76/9
**adjournment** [1] 76/6
**adjust** [1] 77/17
**adjusted** [5] 74/6 74/11
75/9 76/13 76/22
**administration** [3]
75/19 75/21 75/24
**admits** [1] 84/17
**admitted** [5] 17/22
27/18 39/4 79/12 92/3
**adult** [1] 81/8
**adults** [1] 9/9
**advocates** [1] 83/10
**affect** [7] 26/5 27/16
28/15 31/2 31/21 32/1
78/8
**affected** [3] 39/23
48/20 80/20
**afford** [3] 81/23 97/4
97/7
**afraid** [1] 71/9
**after** [21] 6/1 8/3 8/10
20/15 21/14 27/2 31/9
35/7 38/9 40/1 40/4
69/10 73/1 83/3 83/8
84/5 88/21 89/1 89/10
90/11 92/23
**afternoon** [5] 3/15 3/16
3/18 3/23 4/23
**again** [34] 10/21 12/7
22/18 25/5 38/20 40/10
40/16 40/25 41/2 41/11
41/14 41/20 42/8 44/17
44/22 47/3 49/1 49/2
49/15 52/16 53/3 53/14
61/6 62/7 68/15 70/3
74/8 74/13 75/10 80/21
80/24 81/5 82/20 91/22
**against** [38] 5/25 7/12
12/2 12/22 19/25 20/2
22/3 24/8 24/9 26/7
26/7 26/22 27/5 33/14
33/17 34/4 35/8 36/6
46/19 53/15 54/16 58/8
60/10 65/11 65/11
68/24 69/1 69/24 74/7
74/22 74/24 84/19
85/22 86/7 86/14 86/16
91/5 92/11
**age** [1] 93/16
**agencies** [1] 96/12
**aggravated** [9] 15/22
16/10 16/14 16/15
17/17 17/19 17/25 18/2
18/4
**aggression** [1] 87/21
**aggressive** [4] 36/18
38/4 85/19 90/20
**agitate** [1] 29/17
**agitated** [3] 8/16 28/17
29/8
**ago** [1] 80/10
**agree** [3] 14/25 17/7
43/15
**agreeing** [1] 79/6

**agreement** [1] 18/10
**agrees** [1] 16/17
**Ahmadinejad** [1] 38/11
**ahold** [2] 11/16 71/11
**aid** [3] 8/6 13/15 13/25
**aided** [1] 2/16
**aisle** [1] 60/15
**albeit** [3] 16/9 25/22
46/9
**Alexander** [2] 2/1 3/9
**alexander.diamond** [1]
2/4
**Alexis** [2] 1/13 3/9
**alexis.loeb** [1] 1/17
**all** [93] 3/15 3/22 4/6
4/9 8/13 9/9 9/10 11/24
12/8 12/24 12/25 13/6
14/12 14/17 17/13 19/1
25/13 29/13 30/18
32/11 34/5 36/21 36/23
40/7 40/11 40/15 40/19
41/5 42/1 43/16 43/22
43/23 45/15 46/6 48/21
50/15 51/14 52/7 56/13
57/9 57/10 59/10 59/13
59/24 60/7 60/23 61/17
62/12 63/6 63/22 65/2
65/6 65/16 67/14 67/14
68/13 68/14 70/11
70/14 70/18 70/23 71/4
71/6 72/21 73/2 73/5
73/9 74/3 79/25 81/13
81/15 85/7 85/7 85/23
86/21 90/4 90/10 91/14
91/25 92/12 92/16
92/16 92/22 92/23
93/19 94/6 94/11 96/11
97/12 97/16 100/17
100/20 100/23
**all right** [1] 13/6 50/15
57/10 65/6
**allocutions** [1] 4/3
**allow** [4] 76/12 97/25
99/1 99/19
**allowed** [3] 43/20
43/20 99/12
**almost** [4] 41/3 58/6
66/2 67/21
**along** [2] 7/1 41/5
**already** [4] 50/24 70/11
83/20 83/25
**also** [34] 13/18 13/22
14/3 15/10 17/6 18/1
18/21 21/13 21/24
22/21 23/14 31/16 33/3
33/13 33/15 34/18
34/18 37/8 38/7 39/1
40/4 44/4 51/5 51/10
58/23 70/21 82/1 84/19
84/19 93/16 94/3 95/8
97/6 97/8
**alter** [3] 48/11 48/12
48/14
**although** [4] 51/12
76/1 76/7 79/14
**always** [3] 39/15 70/19
**am** [12] 57/1 60/13
60/24 62/17 64/3 66/11

**amount** [4] 21/13 95/3
95/5 96/6
**analysis** [1] 21/23
**anger** [2] 42/16 42/16
**angering** [1] 65/24
**angers** [1] 65/24
**angry** [3] 38/4 38/5
64/16
**ANN** [2] 1/6 3/8
**announcing** [1] 37/22
**another** [17] 17/21
17/23 18/6 21/16 27/11
30/6 35/24 69/14 76/4
76/21 77/19 84/6 84/11
85/21 88/12 88/15
94/17
**Anthem** [1] 46/25
**anti** [1] 30/19
**anti-disparity** [1] 30/19
**Antifa** [3] 63/17 89/2
89/2
**any** [42] 6/19 9/7 9/8
13/2 17/10 18/7 19/17
20/6 34/4 34/5 37/10
41/3 47/3 47/7 47/15
49/4 49/16 50/25 54/20
54/21 58/11 59/25
66/18 67/1 70/14 72/6
80/3 80/19 81/25 93/14
94/20 95/5 95/6 95/14
95/15 95/16 96/7 97/1
97/12 98/22 99/25
100/1
**anybody** [9] 11/22
27/25 47/4 47/7 49/15
57/23 61/19 71/12 78/9
**anybody's** [1] 22/23
**anymore** [3] 10/17
11/6 72/7
**anyone** [3] 13/2 30/16
35/15
**anything** [14] 4/6 14/7
20/21 20/22 28/10
39/23 49/16 51/1 52/19
60/1 72/13 97/13 98/23
100/17
**anytime** [1] 64/17
**Anyway** [3] 57/25 62/2
62/6
**anywhere** [1] 63/25
**aol.com** [1] 2/8
**apologize** [2] 89/12
97/21
**Apparently** [1] 91/2
**appeal** [6] 96/24 97/1
97/3 97/4 97/5 97/6

**appear** [2] 86/2 98/22
**appearance** [1] 50/21
**APPEARANCES** [2]
1/12 1/23
**appeared** [2] 18/25
53/12
**appearing** [1] 3/13
**appears** [3] 20/17 88/7
98/18
**applicable** [3] 73/15
75/15 76/4
**application** [2] 15/21
43/22
**applied** [3] 21/11 30/3
30/16
**applies** [3] 15/1 15/12
25/25
**apply** [9] 14/24 15/18
17/18 30/15 32/8 76/24
78/2 78/3 97/6
**applying** [1] 43/4
**appointed** [1] 97/7
**appreciate** [1] 82/9
**approach** [1] 23/10
**approached** [1] 10/14
**appropriate** [2] 96/11
99/14
**approval** [1] 95/17
**approved** [1] 96/13
**arbiter** [1] 99/14
**Arc** [2] 26/1 49/5
**Architect** [2] 95/4 96/1
**are** [79] 16/20 18/25
26/24 27/4 30/19 31/19
36/8 36/10 40/7 43/1
44/1 44/9 44/12 44/13
44/18 44/19 44/25 45/5
45/24 46/17 48/8 51/11
51/13 51/20 53/1 56/1
60/7 61/13 61/16 63/9
64/1 65/3 65/13 66/6
68/7 68/9 69/18 69/23
70/21 73/18 74/10
74/17 78/13 80/1 80/3
80/5 80/11 80/11 80/23
81/7 81/12 81/16 83/14
83/14 85/9 85/21 85/24
86/14 86/21 87/4 87/4
87/5 87/7 87/13 87/23
90/13 91/9 92/9 92/13
92/20 93/2 94/10 95/19
96/3 96/22 97/4 97/12
98/16 99/20
**area** [5] 33/15 36/1
67/22 84/23 93/6
**aren't** [2] 60/2 64/22
**argue** [1] 16/6
**argued** [1] 14/23
**argument** [2] 16/7 29/4
**arguments** [2] 33/4
89/23
**arm** [4] 7/16 70/1 86/1
88/9
**armed** [1] 70/17
**Armory** [1] 8/20
**arms** [3] 61/23 65/13
88/6

**Any** [1] 8/25
**around** [23] 26/12
31/10 36/22 41/16
42/12 42/13 58/21
58/25 59/6 62/13 63/19
64/4 67/13 67/23 68/13
69/15 70/19 84/10
84/25 86/1 88/2 88/23
90/19
**arrest** [3] 51/9 83/5
89/11
**arrived** [4] 47/15 87/11
97/17 97/18
**arriving** [1] 28/22
**arsenal** [1] 55/10
**as** [179]
**ashamed** [1] 72/9
**Ashli** [2] 8/5 67/6
**aside** [1] 35/9
**ask** [8] 12/12 16/16
30/2 33/20 45/12 56/16
62/18 71/17
**asked** [10] 5/10 10/5
10/12 16/5 16/17 18/13
32/20 55/7 66/22 83/24
**asking** [5] 5/6 37/5
50/13 50/14 52/9
**asks** [1] 100/7
**asphyxiated** [1] 93/14
**assault** [12] 15/22
16/10 16/14 16/15
17/17 17/19 17/20 18/1
18/2 18/5 54/9 74/7
**assaulted** [1] 92/6
**assaultive** [1] 17/23
**assaults** [2] 41/3 53/1
**assed** [1] 88/5
**assert** [1] 92/15
**assessment** [1] 94/8
**assigned** [4] 4/25 5/13
9/18 9/21
**assistant** [1] 61/23
**assisting** [1] 54/14
**associate's** [1] 82/7
**associated** [1] 76/10
**astounding** [3] 37/8
37/9 41/21
**ATF** [1] 8/7
**attached** [1] 98/23
**attack** [5] 35/14 35/18
41/9 43/7 45/9
**attacked** [3] 37/23
41/12 41/13
**attacking** [5] 31/23
35/13 36/15 43/15
44/15
**attacks** [1] 41/15
**attempt** [6] 25/11
70/24 74/4 83/1 85/24
89/24
**attempted** [3] 7/25
53/5 93/13
**attempting** [8] 24/4
24/19 27/16 70/15
84/18 85/14 85/16 92/3
**attend** [1] 39/5
**ATTORNEY'S** [1] 1/13
**attorneymariar** [1] 2/8

**A**

attributed [1] 87/7
AUDREY [2] 1/6 3/8
August [1] 101/7
authoritarianism [1] 43/10
authority [1] 98/9
authorize [2] 95/14 96/15
authorized [1] 96/10
autopilot [1] 60/22
available [2] 52/7 82/2
Ave [1] 1/15
Avenue [2] 2/13 96/5
avoid [3] 30/14 78/19 82/2
aware [3] 42/21 42/22 82/21
away [11] 7/16 11/25 20/23 37/25 61/2 61/24 61/24 87/14 87/15 88/23 92/23

**B**

Babbitt [1] 8/5
bachelor's [1] 52/1
back [31] 8/8 10/23 11/11 11/18 13/18 20/8 20/18 22/4 22/6 33/15 34/2 34/7 34/8 34/9 51/23 59/20 63/16 70/7 72/18 73/1 75/5 75/7 87/18 87/23 87/24 88/6 88/10 88/10
backed [3] 20/23 58/6 88/23
backpack [1] 70/6
backs [1] 7/10
backwards [1] 62/6
bad [3] 7/22 68/18 71/2
balance [1] 95/7
ball [1] 91/17
bar [1] 72/3
barely [1] 70/2
Barrett [1] 2/12
barricaded [1] 8/13
barricades [2] 35/17 84/12
barrier [2] 65/8 65/9
Base [6] 73/16 74/9 74/14 75/10 75/14 75/16
Based [1] 89/16
basic [1] 94/15
Basically [1] 38/8
baton [4] 11/11 54/1 71/11 87/25
batons [1] 35/25
battlefield [1] 89/5
be [94] 3/4 4/5 5/15 9/7 15/3 16/5 17/6 18/14 18/14 19/1 19/13 20/17 21/7 21/8 21/11 24/15 27/6 28/2 28/22 29/22 32/24 32/24 33/6 33/13 33/15 40/2 40/13 46/1 46/19 46/23 46/24 47/1

50/12 51/2 51/3 51/24 51/25 53/12 56/1 56/11 56/14 56/17 63/7 65/9 66/18 66/24 66/24 69/20 71/2 71/3 71/8 71/25 72/1 73/1 73/7 73/24 76/9 77/9 77/12 80/16 83/13 83/16 83/24 84/4 85/12 85/15 86/3 87/6 88/7 89/5 89/6 91/6 93/22 93/24 94/1 94/3 94/8 95/18 95/24 96/17 96/20 97/1 98/24 99/5 99/8 99/12 99/12 99/22 100/9 100/15
bear [4] 8/10 24/19 36/16 54/11
beautiful [1] 46/24
because [102]
been [40] 5/1 5/3 5/8 5/10 9/19 22/21 25/21 29/8 30/16 36/25 37/9 38/15 40/17 41/4 49/14 49/22 52/25 53/1 57/7 58/9 62/9 63/8 64/2 71/18 76/2 79/24 79/25 80/22 81/12 82/12 83/18 86/16 88/20 89/5 90/3 90/4 93/5 94/12 94/14 97/9
before [32] 1/10 4/6 11/16 11/17 13/8 27/25 29/10 29/11 29/13 35/15 36/3 37/21 38/16 38/17 40/13 41/20 42/8 42/17 42/19 64/9 66/6 68/11 74/24 75/23 78/4 78/6 83/20 88/15 97/18 97/19 97/24 100/10
beforehand [1] 88/19
began [3] 6/23 6/25 87/18
begin [2] 64/1 82/4
beginning [3] 7/23 57/25 95/19
begins [1] 85/4
begun [1] 84/5
behalf [1] 3/12
behave [3] 85/18 90/13 91/19
behaving [1] 29/7
behavior [10] 17/23 28/18 39/24 40/1 53/8 53/22 79/10 79/10 91/1 93/20
behind [17] 23/20 23/25 25/2 60/9 60/21 61/6 61/20 65/4 65/12 65/18 68/23 68/25 84/8 85/3 85/11 85/25 87/18
being [26] 7/6 7/7 7/24 8/6 8/10 9/2 13/1 21/4 34/21 37/18 39/14 41/8 51/2 57/6 58/15 58/23 59/4 64/23 72/14 79/22 80/19 86/22 90/12

belie [1] 79/7
belief [3] 45/19 46/2 46/9
beliefs [5] 40/22 44/5 44/17 44/19 44/22
believe [35] 14/6 14/22 16/10 16/12 17/1 23/21 24/10 24/14 25/24 28/14 28/19 29/19 32/23 43/24 43/25 44/2 44/7 44/9 44/10 46/4 46/9 46/10 46/15 47/2 47/4 48/16 51/1 55/18 55/24 75/22 87/7 91/16 97/16 99/4 100/1
believed [4] 44/5 44/11 44/14
believes [1] 44/20
believing [1] 87/5
belligerence [1] 87/21
belligerent [1] 53/22
belt [1] 12/1
bench [1] 13/20
bent [1] 36/3
berate [1] 27/12
berating [1] 85/5
beside [1] 68/7
besides [1] 63/13
best [2] 5/11 52/18
better [2] 44/9 44/15
between [3] 10/23 65/9 88/12
beyond [1] 21/21
big [3] 28/20 65/19 82/10
bigger [1] 65/3
bike [3] 53/15 84/11 84/21
bills [1] 64/23
bird [1] 49/9
bit [4] 10/16 10/19 50/23 56/18
bitch [2] 26/24 85/8
blah [3] 61/13 61/13 61/13
blamed [1] 79/8
blind [1] 69/5
blocking [1] 54/7
blonde [1] 64/9
blood [1] 8/22
bodies [1] 54/10
bodily [15] 18/3 19/10 19/12 19/20 21/11 22/9 33/16 34/24 55/1 73/24 74/4 74/16 75/2 75/11 88/18
body [4] 15/4 36/19 60/5 88/13
booked [1] 46/25
books [1] 5/8
borderline [1] 98/11
both [12] 16/24 18/7 20/17 21/10 22/22 36/3 39/18 70/21 74/2 88/13 88/14 96/15
Bothered [1] 67/16
bothers [1] 57/24

bottle [Draft] 6/21
bottleneck [1] 6/21
bottles [1] 67/14
Box [1] 2/7
Boys [1] 41/7
brain [7] 51/6 60/13 80/9 80/16 80/20 81/1 82/18
brandished [1] 18/22
brandishing [1] 21/17
breadth [1] 31/19
break [6] 32/15 61/17 67/4 71/20 73/1 84/12
breaks [1] 86/5
breast [1] 70/3
breathe [1] 69/4
breathing [1] 11/8
breathtaking [1] 35/19
brief [1] 13/23
bring [5] 10/13 24/13 46/3 49/16 50/9
bringing [2] 12/9 83/16 83/17
brings [1] 85/20
broadcasters [1] 5/4
broke [1] 6/1
brother [1] 70/22
brought [4] 23/17 45/22 71/3 71/3
BS [1] 42/14
building [1] 1/19 5/25 6/3 10/1 10/2 27/24 30/13 64/2 76/11 84/4 85/2
buildings [1] 41/16
built [2] 35/6 62/15
bullets [1] 12/23
bump [1] 25/3
bunch [1] 61/4
burden [2] 79/15 79/22
Bureau [3] 93/25 99/15 100/5
busy [1] 5/15
buying [2] 64/22 64/22

**C**

CA [1] 1/16
CAL [1] 1/14
calculated [6] 26/5 31/2 31/6 31/14 31/21 78/8
calculates [1] 45/11
calculation [5] 15/20 32/12 32/16 73/10 78/25
call [3] 35/8 49/9 63/9
called [5] 35/14 40/13 47/23 54/5 54/20
calling [4] 31/3 38/2 85/8 87/5
calm [6] 10/16 12/13 42/14 85/14 85/16 85/18
calmed [1] 10/16
cam [1] 88/13
came [8] 6/6 12/17 21/15 22/24 58/7 83/23 87/20 90/10

can [37] 4/16 11/16 14/19 18/1 22/10 30/2 31/24 33/10 34/5 34/9 42/3 44/2 45/19 47/9 50/1 56/19 63/14 65/7 65/17 65/20 66/17 67/25 71/24 85/9 85/12 85/15 86/1 86/4 87/11 88/13 91/24 92/21 92/21 92/22 98/3 99/14 99/22
can't [9] 34/15 54/17 60/14 60/17 62/5 65/17 68/25 71/21 85/6
Canceling [1] 43/8
cannot [3] 44/3 72/22 97/7
capable [4] 19/10 19/13 33/16 44/19
capital [1] 99/7
Capitol [49] 4/14 4/24 5/1 5/6 5/18 9/19 9/22 22/22 26/14 27/24 27/25 28/2 28/5 31/10 31/11 31/12 35/15 35/19 37/22 37/23 37/24 40/12 40/13 53/20 54/7 58/12 58/23 58/25 59/1 62/9 62/13 62/14 63/16 64/15 76/11 76/12 83/20 83/23 84/2 84/4 84/7 84/15 84/17 84/23 89/3 92/3 95/4 96/2 97/17
Capitol building [1] 76/11
captured [1] 85/7
care [6] 11/10 52/20 63/1 71/5 82/1 90/19
career [1] 9/4
caretaker [1] 39/14
Carnegie [1] 40/5
cars [1] 19/18
case [23] 3/7 9/3 17/18 24/16 30/3 30/6 31/1 31/14 32/9 37/6 39/11 41/1 53/6 54/20 78/5 78/6 80/6 80/12 81/3 81/6 93/11 95/23 96/22
cases [9] 21/25 28/8 30/24 31/15 31/19 52/25 80/6 81/3 93/4
cashing [1] 90/11
cast [1] 35/9
catalysts [1] 93/21
catch [1] 61/9
caught [3] 42/6 42/11 56/11
cause [5] 11/3 18/3 74/4 75/18 88/18
caused [3] 39/24 55/1 90/2
causing [5] 33/16 34/23 75/17 76/3 90/13
CCTV [1] 88/13
celebratory [1] 64/16
center [3] 6/2 6/11 8/8
cerebral [2] 90/1 90/6

**C**

certain [2] 49/17 67/16
certainly [8] 19/5 21/6
25/9 29/22 31/25 76/8
81/1 86/16
certification [2] 75/23
84/5
Certified [1] 2/11
certify [1] 101/2
cetera [1] 16/12
CH [1] 2/12
chairs [1] 19/19
challenge [1] 97/8
chamber [10] 26/16
27/4 32/4 32/7 53/21
74/13 86/12 86/25 87/1
87/10
chambers [5] 6/6 6/8
6/11 7/8 10/6
change [4] 10/21 96/7
96/7 96/19
changed [1] 40/21
changing [1] 39/9
chanting [1] 86/3
Chapline [1] 1/20
Chapter [4] 15/14
49/24 50/5 52/7
Chapter 2A [1] 15/14
Chapter 5 [2] 49/24
52/7
Chapter 5s [1] 50/5
character [1] 48/18
characteristics [4]
50/22 80/5 81/20 82/4
charged [3] 21/20 53/4
53/4
charges [3] 58/8 58/11
95/16
Chavis [1] 38/11
check [2] 47/14 90/11
cherish [1] 46/1
chest [9] 19/25 20/3
22/3 26/22 33/14 55/6
69/24 74/22 85/22
chief [1] 48/6
child [1] 63/5
children [4] 72/17 82/9
82/14 93/19
chlorine [1] 60/17
choice [1] 49/14
chose [1] 35/8
Christensen [2] 58/9
58/9
circumstance [2] 24/6
45/20
circumstances [5]
22/1 49/3 74/3 80/23
81/19
citizen [1] 72/15
citizens [2] 46/6 48/2
claim [1] 92/11
claiming [2] 6/16 89/1
claims [6] 38/7 40/9
41/11 41/12 41/15 89/6
classes [1] 91/2
clean [1] 69/16
clear [14] 17/16 19/15
21/9 30/20 44/24 53/16

80/16 86/21 87/11
88/16 98/4
clearly [12] 15/6 20/15
74/1 76/3 78/8 78/16
79/7 88/1 88/24 89/9
89/16 92/20
Clerk [3] 95/25 96/4
96/8
client [1] 26/11
client's [2] 25/17 50/22
climbed [1] 8/12
cloak [1] 87/4
close [4] 33/19 52/4
55/14 61/23
closed [4] 55/4 61/20
69/8 69/12
closeness [1] 51/19
coerce [1] 78/15
coerced [1] 89/6
coercion [5] 26/6
26/10 27/18 31/22 78/9
Coffman [1] 55/9
cognation [1] 40/8
coincidental [1] 40/2
cold [5] 58/14 58/15
58/21 58/23 58/24
collection [1] 94/25
collective [1] 78/7
College [1] 75/24
color [1] 34/5
COLUMBIA [3] 1/1
83/9 96/1
combination [2] 80/4
90/5
come [17] 4/15 6/14
9/3 9/14 37/5 44/10
55/14 58/1 58/2 59/14
68/23 72/12 73/10 83/9
88/10 90/8 96/23
comes [1] 69/20
coming [10] 5/5 10/10
26/24 31/5 42/16 58/6
60/12 65/4 85/8 87/8
commander [1] 48/6
commands [1] 87/22
commentary [1] 19/14
comments [2] 25/22
98/10
commit [6] 17/21 17/23
18/6 19/20 40/24 54/15
committed [4] 24/18
31/8 41/3 93/25
committing [1] 94/17
communicated [1]
49/6
community [3] 51/14
93/18 99/21
commute [1] 99/11
compelling [1] 32/8
completely [3] 4/19
38/6 59/5
comply [1] 95/8
computer [1] 2/16
computer-aided [1]
2/16
concerned [3] 98/6
98/11 98/13

conclude [2] 75/3
78/10
concluded [1] 100/25
conclusion [1] 31/20
concurrently [3] 94/2
94/3 94/7
condition [10] 32/22
50/20 51/4 80/2 80/14
80/19 80/20 80/21 90/5
100/4
conditions [9] 80/4
94/11 94/12 94/16 95/9
98/14 98/16 98/19
99/20
conduct [28] 20/14
25/17 26/6 26/8 27/17
30/9 30/11 30/13 31/18
37/8 38/17 39/10 55/14
76/3 76/25 78/7 78/8
78/10 79/9 83/1 88/18
89/16 89/25 90/9 91/18
93/8 93/15 94/15
confidence [1] 98/8
confined [1] 33/15
confinement [1] 100/4
confirm [1] 14/13
conform [2] 38/16 40/1
confrontational [1]
85/4
confronted [2] 29/10
85/2
confronting [1] 88/4
confronts [1] 84/16
confused [1] 38/23
confusion [1] 46/4
Congress [13] 5/15
10/6 15/6 27/4 32/5
32/7 36/21 45/1 75/23
78/14 87/2 91/15 91/18
congressional [1] 15/6
connection [1] 13/19
connector [2] 4/13
35/20
conscious [1] 9/25
consequences [4]
80/11 81/1 81/9 82/20
consider [3] 28/21
45/25 78/21 81/15
81/19 82/1
consideration [4]
48/21 55/18 82/16
82/17
considered [1] 48/22
conspiracy [2] 30/4
53/4
constitute [1] 20/12
constitutes [1] 17/17
Constitution [4] 2/13
48/13 72/16 96/5
contact [2] 6/6 12/17
contained [2] 25/19
73/23
context [1] 89/25
continue [6] 9/4 12/6
54/8 76/13 90/20 91/11
continued [5] 2/1 7/13
82/18 87/9 90/17
continues [1] 27/12

Contreras [1] 30/5
contribute [2] 47/17
83/14
contributed [1] 47/20
contribution [1] 47/22
contributions [1]
93/18
control [1] 11/5
controlled [3] 65/9
94/19 94/21
conviction [1] 97/9
convictions [2] 94/9
96/25
convince [1] 89/20
convincing [1] 98/4
cooperate [1] 94/25
cop [1] 6/20
cops [1] 59/14
corner [4] 34/10 65/22
65/25 66/2
correct [4] 17/2 77/5
77/20 101/3
correction [1] 97/23
correctly [1] 22/16
cost [4] 62/25 76/10
97/4 97/6
costs [1] 62/25
could [29] 4/15 4/20
6/22 7/20 8/13 8/15
9/14 14/12 19/5 24/24
25/6 31/13 33/15 33/20
33/20 37/3 46/24 52/23
55/1 55/16 65/9 65/12
65/13 67/20 69/11
78/10 91/5 91/7 98/12
couldn't [9] 11/5 20/3
37/19 60/16 60/25 69/4
69/4 70/5 97/21
counsel [3] 32/13
45/14 56/13 57/17
62/19 89/24 97/7
100/15
counsel's [1] 33/4
count [17] 14/21 14/22
15/20 16/24 16/24
16/25 17/3 17/6 75/14
76/13 76/15 76/18 77/3
77/6 77/7 94/4 94/6
Count 1 [1] 77/3
Count 3 [1] 77/7
Count 9 [5] 14/22
15/20 76/13 76/15 94/4
country [14] 43/13
44/16 46/6 62/15 64/19
72/9 72/10 72/10 72/13
85/23 89/12 90/24 91/3
92/11
counts [22] 15/23
16/18 18/8 18/8 18/11
22/15 23/14 73/12
73/15 74/6 74/7 74/12
75/9 76/15 76/17 76/20
76/20 77/14 77/18 94/1
94/2 100/14
Counts 1 [7] 22/15
73/12 74/6 76/20 77/14
77/18 94/1

Counts 2 [1] 100/14
Counts 5 [2] 74/7
76/20
Counts 7 [3] 74/12
75/9 76/15
County [2] 51/15 99/10
couple [10] 6/23 11/15
16/9 20/9 30/17 32/21
39/13 47/8 56/17 71/18
course [19] 29/1 33/12
34/18 34/23 36/2 37/21
38/1 39/15 43/1 43/24
51/24 52/9 52/23 76/9
80/18 89/10 89/14
90/10 90/17
court [54] 1/1 2/10
2/12 3/2 16/5 22/10
22/17 23/21 32/25 33/3
33/6 39/7 44/21 45/3
45/11 45/18 45/19
46/22 47/4 47/9 48/16
48/20 49/3 52/9 52/13
52/14 55/18 55/24 57/2
57/21 71/15 73/3 79/14
79/22 93/24 94/9 95/5
95/21 95/25 95/25 96/3
96/4 96/5 96/8 96/14
96/25 97/5 97/7 98/3
98/3 98/13 99/2 99/13
100/24 100/24
Court's [6] 28/13 28/13
44/23 98/9 98/9 98/17
court-appointed [1]
97/7
Courthouse [1] 1/20
courtroom [1] 92/17
cover [1] 36/24
covered [4] 16/25 17/6
80/6 81/3
COVID [2] 58/4 90/11
cowering [3] 78/14
87/4 87/4
CR [10] 1/4 53/6 53/10
53/14 53/19 53/24 54/3
54/24 55/3 55/9
crazy [1] 68/7
create [1] 55/11
created [1] 43/4
credit [2] 95/16 95/17
crime [1] 94/18
criminal [2] 2/3 3/7
41/2 42/20 79/1 99/23
criminals [1] 44/7
cross [2] 19/8 35/17
cross-reference [1]
19/8
crossbow [1] 55/10
crowd [39] 6/1 6/5 6/10
6/16 6/21 6/25 7/23 8/1
8/6 8/11 9/24 10/7 10/9
10/13 10/18 11/2 11/12
11/17 11/19 11/21
11/23 11/25 12/1 12/9
12/10 12/12 12/12
34/13 34/14 35/23 54/8
54/15 58/14 65/9 85/10
85/12 85/14 85/16
85/25

**C**

crowd's [2] 10/15 10/20
crowds [2] 5/24 38/24
CRR [2] 101/2 101/8
crushed [1] 7/14
Crystal [1] 58/10
culminated [1] 35/7
cultured [1] 47/25
cunt [3] 26/24 85/9 87/9
current [1] 5/9
currently [2] 4/25 9/18
cursed [1] 53/24
custody [2] 51/2 93/25

**D**

D.C [13] 1/5 2/3 2/13 35/13 39/6 46/9 52/17 55/10 58/2 66/19 72/8 90/8 90/10
damage [2] 67/20 75/18
damaged [1] 89/3
danger [1] 98/5
dangerous [29] 16/6 18/2 18/15 18/16 18/20 18/22 19/7 19/9 19/15 19/23 20/12 21/1 21/4 21/4 21/9 24/11 24/15 33/11 33/13 33/15 34/24 73/20 73/22 74/19 74/21 75/12 92/6 93/9 98/12
dangerous-weapon [2] 18/16 24/15
DAR [1] 62/15
dare [2] 24/3 28/7
dark [1] 61/15
date [4] 98/1 99/14 100/4 101/7
daughter [1] 82/11
David [3] 1/18 3/9 53/10
david.perri [1] 1/22
day [48] 4/13 5/4 5/9 5/11 5/14 5/15 9/9 9/22 12/8 12/16 12/21 12/23 16/14 23/18 29/5 29/7 29/20 36/5 36/11 36/14 41/12 41/25 42/2 45/7 47/5 47/11 48/19 49/7 49/13 54/25 55/14 55/23 58/12 58/15 71/1 74/5 75/23 78/10 79/10 88/25 89/4 89/22 90/21 91/17 92/3 92/18 93/21 98/6
days [6] 8/14 8/18 94/22 96/7 97/1 97/2
dazed [1] 67/7
dead [1] 11/9
deadly [8] 11/13 11/22 12/22 24/3 24/24 25/6 25/10 92/6
deal [1] 82/10
dealt [1] 30/5
death [3] 19/10 19/12

decade [4] 38/22 39/25 42/17 82/12
December [2] 39/5 83/8
decide [4] 39/1 43/5 72/14 98/7
decided [5] 39/12 39/12 43/18 67/19 68/14
decision [2] 9/25 90/3
decision-making [1] 90/3
decisions [1] 9/10
declaration [3] 46/7 48/10 48/15
declare [1] 83/13
declined [1] 30/6
deems [1] 99/13
deep [1] 40/22
deep-seated [1] 40/22
defendant [34] 1/7 2/6 3/13 6/7 6/12 7/1 7/12 8/2 10/19 12/9 34/13 36/9 36/14 39/1 39/16 40/10 40/16 41/2 41/4 41/11 41/25 41/25 42/2 43/17 43/24 44/16 80/3 81/21 81/25 82/5 86/9 86/17 89/23 90/16
defendant's [5] 13/13 13/24 39/16 45/9 98/19
defendants [5] 9/8 31/8 39/8 55/15 93/7
defense [6] 3/11 14/24 15/23 80/8 82/22 97/13
defenseless [1] 54/14
defiant [1] 89/10
defined [2] 19/8 19/9
definition [4] 17/19 17/25 25/18 73/23
definitions [1] 19/21
degree [8] 52/1 80/5 81/2 81/7 81/10 81/11 82/7 82/25
demand [1] 11/1
demanding [1] 27/6
demeanor [3] 10/15 10/18 10/21
democracy [6] 35/9 43/3 43/10 43/11 45/7 91/4
democratic [2] 43/12 91/5
demonized [1] 44/11
demonstrations [1] 42/9
denied [2] 80/1 81/13
depart [2] 51/7 55/25
department [5] 5/1 5/9 8/16 53/25 55/4
departure [19] 13/25 25/20 29/2 31/7 31/16 45/17 50/3 50/16 50/18 51/10 52/11 78/4 79/16 79/17 80/12 80/23 81/4 81/11 82/25

departures [4] 32/2 50/15 79/25 81/12
deploy [1] 9/3
deployment [2] 8/21 8/23
described [5] 34/8 36/5 41/8 86/6 89/4
description [1] 33/21
deserted [1] 41/15
deserve [1] 93/15
deserves [1] 31/7
designation [1] 100/4
destroy [1] 66/20
destroyed [1] 64/24
destructive [1] 53/8
detached [1] 23/23
detention [3] 50/12 53/23 56/4
detergent [1] 60/14
determines [1] 95/5
deterrence [5] 40/20 44/18 81/24 89/18 89/19
devastated [1] 56/1
developed [2] 35/9 72/11
devices [1] 55/12
Devlyn [2] 54/3 54/22
Diamond [2] 2/1 3/9
dictator [1] 35/11
did [38] 12/1 16/7 17/22 20/1 23/8 24/21 24/21 24/25 25/25 29/17 32/1 36/23 41/17 44/21 45/5 45/6 47/16 50/10 53/2 54/18 54/22 55/15 55/15 55/17 56/10 56/16 60/3 66/25 67/4 71/11 80/9 89/22 90/16 90/16 91/13 91/19 98/5 99/11
didn't [31] 20/20 21/19 24/13 24/14 25/9 28/20 28/20 39/1 39/22 42/10 47/12 47/15 49/4 49/14 49/15 49/16 55/14 57/23 58/1 58/5 59/2 59/3 61/1 61/1 66/9 69/5 70/19 87/15 87/19 92/4 93/14
difference [2] 16/1 16/4
different [7] 17/10 24/4 24/12 24/25 25/14 30/9 91/2
differently [1] 93/8
difficult [1] 22/21
diminish [1] 89/24
directed [2] 15/4 95/1
directive [1] 40/9
directly [2] 32/5 32/7
disagreed [1] 91/6
disagreement [1] 16/25
disbursement [1] 96/1
discovery [2] 69/20 92/14
discretionary [1] 94/12

discusses [1] 90/12
dismiss [1] 100/14
dismissal [1] 83/15
dismissed [1] 100/16
disparate [1] 93/4
disparities [5] 30/15 52/24 78/20 78/23 82/3
disparity [1] 30/19
dispatcher [2] 70/17 70/17
displaying [1] 53/21
disposition [1] 48/18
disputes [1] 4/1
disputing [2] 47/16 47/19
disrespect [2] 47/3 49/4
disrespectful [1] 67/22
disrupt [1] 27/19
distinguish [3] 80/6 80/12 81/2
distorted [1] 43/18
district [12] 1/1 1/1 1/10 1/14 83/9 95/25 96/1 96/5 96/13 96/17 98/20 100/9
division [3] 2/2 5/1 5/14
DNA [1] 94/25
do [66] 7/20 12/14 17/8 17/15 17/17 17/20 18/8 20/21 22/11 23/2 24/12 24/13 25/1 27/13 28/17 30/6 30/14 31/5 31/13 32/16 34/12 46/9 46/10 46/20 46/21 47/2 47/4 49/1 51/16 54/19 54/22 59/12 59/18 59/24 60/17 62/24 63/5 63/10 64/24 65/7 65/17 66/23 69/5 70/12 70/13 71/2 71/5 71/5 71/6 72/6 73/14 73/21 89/12 89/18 89/21 90/17 91/16 93/14 96/24 98/7 98/12 98/19 98/24 99/18 99/19 100/1
do you have [1] 66/23
doctor [1] 66/18
does [13] 13/2 16/1 17/10 21/15 45/1 51/19 52/3 56/14 57/8 61/19 81/2 98/4 98/22
doesn't [16] 14/24 15/18 19/11 20/11 25/17 27/7 33/13 39/11 43/5 50/25 59/20 72/6 90/9 93/15 93/20 100/1
doing [20] 20/22 21/22 22/25 26/12 35/4 44/6 44/7 44/12 51/22 56/3 56/4 60/1 62/23 68/9 72/1 72/15 77/10 85/22 88/11 98/6
don't [86] 4/9 9/7 11/9 14/25 15/8 16/10 16/15 20/18 22/16 22/24 23/5

discusses [1] 90/12
21/24/10 24/14 25/5 25/7 25/8 25/24 27/20 28/14 28/19 29/18 29/19 31/18 32/23 34/15 34/16 42/4 42/4 42/5 43/6 43/15 46/1 46/18 47/3 47/6 48/16 51/1 57/4 57/4 57/5 57/6 59/12 59/17 60/2 60/21 61/25 62/1 62/8 62/8 62/9 62/20 63/1 63/14 63/25 63/25 64/21 64/24 66/11 66/13 66/19 66/24 66/24 67/2 67/7 67/8 67/9 67/10 67/10 67/24 68/16 68/20 70/13 71/1 71/4 72/2 72/3 72/7 82/24 83/17 92/19 92/23 95/5 95/21 98/3 98/8
Donald [1] 31/4
Donald Trump [1] 31/4
done [17] 24/25 26/4 27/10 28/7 28/8 30/8 30/8 47/9 49/19 56/5 63/24 72/11 78/4 78/5 82/14 93/18 93/19
door [15] 6/3 6/5 6/11 7/7 7/11 8/1 8/11 10/4 11/18 12/3 27/5 27/6 69/7 87/2 87/8
doors [18] 6/10 8/12 20/9 34/2 35/20 36/7 37/18 61/11 61/12 61/14 61/24 64/1 66/5 84/24 86/10 86/14 86/16 88/24
doorstep [1] 78/13
doorway [1] 87/3
doubled [1] 6/10
doubt [7] 20/25 21/21 48/19 55/20 71/25 74/3 90/14
dove [1] 36/24
down [29] 6/4 6/9 6/17 6/19 8/10 9/1 10/13 10/16 12/13 23/8 26/15 36/3 37/1 42/14 60/10 60/11 60/12 62/6 62/6 66/13 68/3 68/19 68/20 77/23 85/16 85/18 85/20 87/19 91/4 91/24
downward [1] 50/3
draw [1] 11/21
drawn [1] 87/3
dream [1] 63/12
dreams [2] 41/24 41/25
drew [2] 10/9 11/11
driving [1] 60/20
drop [1] 10/19
drove [1] 55/9
drug [2] 94/22 94/23
due [2] 92/13 92/14
during [1] 9/22
Durrette [6] 9/13 9/16 9/18 32/6 36/12 45/6
duty [4] 72/15 89/13

**D**

engaged [4] 20/13 49/24 53/7 93/7

duty... [2] 98/6 98/7

**E**

each [7] 6/10 6/23 16/23 18/7 77/10 94/6 94/9
ear [2] 7/15 7/17
earlier [4] 39/13 49/5 73/14 86/6
easily [1] 22/10
east [7] 5/18 5/23 8/12 27/24 74/8 84/15 84/23
eaten [1] 58/17
ECF [3] 13/13 14/1 14/3
edge [1] 42/24
educational [1] 81/25
effect [3] 51/1 54/18 83/5
effects [1] 82/19
efforts [1] 53/16
eight [1] 53/17
either [7] 6/17 32/23 44/6 44/16 53/5 69/18 99/11
elected [2] 36/24 83/11
election [9] 5/16 35/7 38/9 43/12 83/2 83/3 83/13 91/5 92/5
Electoral [1] 75/24
electric [1] 64/23
elicited [1] 56/17
else [15] 11/22 13/2 14/7 23/2 27/25 30/16 36/14 42/25 47/4 69/13 70/10 71/1 78/5 97/13 100/17
else's [1] 23/18
Email [4] 1/17 1/22 2/4 2/8
embarrassment [1] 72/9
emblems [1] 45/24
emotional [2] 80/2 80/19
emphasize [1] 45/3
emphasized [1] 82/22
employed [1] 9/19
EMT [1] 70/22
EMTs [1] 70/21
encounter [1] 27/11
encountered [1] 36/10
encourage [1] 27/13
encourages [1] 85/18
encouraging [1] 91/19
end [8] 9/9 20/7 39/11 45/12 63/22 64/6 85/11 87/19
endangering [1] 35/24
ended [5] 59/22 83/21 83/22 97/18 97/22
ends [3] 26/21 33/22 86/12
enforce [1] 31/20
enforcement [7] 9/4 28/23 38/3 42/21 53/2 53/15 86/11

enhancement [27] 14/21 14/23 15/1 15/3 15/9 15/11 18/15 18/16 18/20 18/21 21/14 22/8 24/15 25/15 25/18 25/24 30/3 30/15 32/9 74/15 75/11 76/16 76/25 78/2 78/3 78/17 78/21
enhancements [3] 21/10 75/25 79/24
enough [4] 19/5 28/2 29/15 84/3
ensure [4] 78/22 93/3 99/21 99/21
enter [1] 85/1
entered [2] 53/19 97/9
entire [1] 76/8
entitled [1] 92/14
entrance [1] 54/7
entry [3] 54/6 88/22 97/2
Epps [5] 9/23 10/9 11/16 11/25 12/4
equal [2] 43/4 43/22
erase [1] 93/20
escalated [1] 6/24
escape [1] 11/19
especially [3] 41/22 51/16 57/7
ESQUIRE [1] 2/6
essentially [7] 20/5 23/10 35/10 44/5 76/11 84/20 93/14
establish [2] 91/3 94/15
established [1] 80/3
establishes [1] 81/6
et [1] 16/12
et cetera [1] 16/12
even [30] 11/9 23/22 24/21 26/11 26/25 27/22 27/25 28/19 41/13 41/18 42/7 42/19 42/20 45/7 45/8 47/14 57/9 58/5 58/11 60/14 60/16 64/2 65/19 67/2 70/24 71/21 85/7 87/10 92/18 98/11
event [3] 18/7 20/6 96/22
events [5] 5/11 5/19 38/19 90/25 90/25
eventually [7] 5/22 6/6 6/25 8/17 66/25 86/5 87/10
ever [3] 35/15 40/14 57/8
every [8] 5/5 10/18 11/1 12/10 12/20 25 69/13 69/14 98/19
everybody [7] 16/17 28/8 48/5 52/15 56/7 62/4 64/25
everyone [10] 3/4 3/15 3/18 36/14 43/5 48/6

everyone's [1] 23/23
everything [5] 49/12 56/6 63/1 63/10 64/23
evidence [11] 13/3 13/5 19/24 31/1 37/20 41/10 73/22 80/19 80/22 90/4 98/4
evident [1] 16/13
evil [1] 48/17
exact [4] 34/16 41/17 80/14 91/19
exactly [5] 15/17 22/12 57/3 86/20 89/21
exam [1] 8/21
example [5] 19/18 24/4 44/14 85/15 93/12
examples [1] 27/1
except [2] 30/3 52/20
excessively [1] 48/25
exclaimed [1] 6/18
excuse [11] 13/11 20/1 21/7 42/25 44/6 44/15 44/16 76/22 79/24 83/3 86/25
excuses [3] 40/15 40/17 79/8
execute [1] 96/13
execution [1] 38/2
exercise [1] 9/6
exhibits [6] 13/16 13/19 14/2 14/3 14/4 22/18
exit [1] 87/16
expectations [1] 94/15
experience [1] 42/9
experienced [1] 47/10
explain [4] 5/11 42/3 42/4 91/1
expletives [1] 78/15
explosive [1] 55/11
express [1] 89/9
expresses [1] 35/5
expressing [1] 47/1
extent [3] 33/21 78/23 97/10
exterior [1] 86/10
external [2] 5/17 5/22
extreme [2] 40/23 44/13
extremely [1] 29/8
eye [1] 11/7
eyes [7] 11/6 69/8 69/12 69/15 69/15 69/16 88/1

**F**

face [14] 12/12 12/16 26/19 26/19 57/11 57/14 57/16 57/18 60/11 61/8 85/5 85/5 86/9 86/9
Facebook [3] 39/4 84/1 84/6
facing [1] 92/9
fact [20] 22/19 23/7 23/19 27/22 30/5 32/3 37/11 44/4 49/20 51/9

82/17 85/13 90/12 93/16 93/17 97/18
factors [3] 29/6 48/21 81/15
facts [4] 39/3 79/11 79/12 84/17
factually [1] 97/16
fair [5] 21/13 22/20 29/15 63/15 72/18
Fairlamb [1] 2/7
fall [3] 68/20 70/10 70/10
falling [1] 68/19
falls [3] 15/8 15/10 15/13
family [18] 32/22 39/14 39/16 51/11 52/4 52/5 56/1 56/7 62/14 62/15 62/16 66/23 72/10 81/5 81/7 82/23 87/5 99/25
fantastical [1] 38/6
far [23] 16/4 16/14 22/25 23/14 28/15 29/6 29/23 42/23 42/23 46/3 47/7 47/18 49/21 50/4 50/18 51/17 51/18 51/18 54/17 54/19 65/13 72/2 93/7
fashion [1] 24/4
fast [4] 59/19 59/19 62/7 84/13
fat [1] 65/13
fault [1] 22/23
fear [5] 22/5 22/5 78/14 87/4 87/5
feared [1] 36/5
February [1] 89/8
federal [3] 1/19 94/17 99/6
feel [4] 16/8 46/18 71/2 71/15
feet [4] 19/4 19/5 20/8 60/20
fell [1] 66/2
fellow [1] 7/6
felonious [1] 17/20
felony [3] 17/21 17/23 18/6
felt [8] 8/17 10/25 22/5 22/5 41/15 48/3 56/8 56/8
female [1] 55/22
females [1] 55/23
fervor [1] 44/17
festered [1] 40/22
few [8] 7/1 7/2 21/24 27/1 29/6 49/14 52/25 71/19
fight [3] 6/24 8/9 11/12
fighting [1] 8/23
figured [2] 24/12 62/22
file [1] 97/5
filed [1] 97/1
files [1] 58/8
filing [1] 97/2
fill [1] 85/10
film [1] 63/18

filmed [1] 37/22
filming [1] 63/17
films [1] 88/22
final [5] 32/12 32/15 73/10 78/25 81/13
finally [5] 35/25 42/23 70/4 81/4 88/21
financial [6] 95/10 95/12 95/14 95/15 96/3 96/9
financially [1] 51/25
find [7] 8/13 31/13 58/17 64/2 73/21 91/8 98/3
finds [1] 95/21
fine [7] 4/18 4/19 63/1 79/3 95/22 95/22 100/12
finish [1] 52/1
finished [1] 52/17
firearm [1] 98/20
firearms [1] 28/22
firecracker [1] 53/12
fired [2] 10/8 63/10
first [19] 4/14 4/25 5/18 6/12 8/6 9/18 9/21 14/19 25/23 26/11 30/18 32/13 35/17 50/8 66/5 76/24 84/25 90/1 97/16
fists [1] 55/4
fit [1] 99/2
five [3] 27/2 86/8 86/9
FI [2] 1/15 2/7
flagpole [38] 7/1 18/25 19/2 19/3 19/23 19/25 20/2 20/8 21/17 22/2 23/15 23/16 23/17 23/18 24/2 24/5 24/5 24/7 24/21 26/21 33/5 33/9 33/10 34/20 64/12 65/8 66/1 66/4 66/9 67/18 71/12 74/19 74/21 74/22 75/12 85/12 85/20 86/6
flagpoles [2] 7/15 54/13
flags [1] 45/24
flee [1] 100/2
flight [2] 98/5 99/22
flooding [1] 59/11
floor [2] 67/15 70/11
Florida [6] 58/15 98/20 99/6 99/9 99/25 100/9
focused [3] 36/20 39/8 44/1
folks [3] 46/8 46/15 48/7
follow [1] 98/9
following [8] 8/14 30/2 30/20 40/9 90/22 93/9 94/11 95/8
food [1] 58/17
force [7] 11/13 11/22 12/22 36/1 39/10 43/9 43/10
forced [1] 89/6
forces [1] 26/17

# F

forcible [1] 83/11
forcibly [1] 54/6
forcing [1] 27/3
foregoing [1] 101/3
Forge [1] 62/16
forget [3] 12/16 26/11
57/15
forgetfulness [1] 80/17
forgive [1] 77/1
forgiven [1] 9/8
form [1] 56/10
formed [2] 25/6 31/9
formula [1] 30/20
forth [5] 10/24 46/3
46/7 81/16 81/18
forward [23] 4/15 6/25
9/14 9/24 10/8 10/15
10/22 10/22 11/3 11/15
12/6 12/11 12/11 23/23
23/24 56/19 62/6 62/10
62/11 63/18 64/4 64/5
65/10
fought [3] 62/16 91/3
91/4
foul [3] 66/16 66/17
66/20
found [4] 8/3 8/5 9/23
69/17
foundation [1] 43/3
four [6] 18/20 21/16
67/3 74/18 74/24 77/14
four-level [1] 18/20
fourth [1] 70/3
Fracker [2] 53/6 53/8
Francisco [1] 1/16
frankly [1] 90/21
fraud [1] 83/13
fresh [1] 54/10
friend [1] 47/23
front [19] 5/19 5/23
6/13 8/12 9/23 27/24
35/23 59/17 59/22
63/23 66/6 68/15 68/16
69/3 84/2 84/13 86/8
87/8 88/3
full [6] 40/17 60/11
76/6 95/20 96/6 96/9
fuller [1] 33/21
fully [3] 31/18 70/17
97/25
fully-armed [1] 70/17
fun [4] 28/3 59/6 84/4
89/4
fundraiser [1] 38/10
fundraising [1] 89/11
funhouse [1] 43/18
further [4] 34/5 59/25
94/5 100/19

# G

gain [1] 54/6
galleries [1] 8/5
Gallery [1] 37/1
garbage [2] 67/14
67/15
gas [3] 53/7 64/22
93/13

gates [1] 59/11
gathered [2] 5/22 6/11
gel [2] 29/8 69/3
general [1] 89/17
gentleman [4] 10/14
10/23 11/21 85/15
gentlemen [1] 56/9
get [39] 4/6 8/15 10/19
10/21 11/8 11/21 12/2
12/14 14/19 20/20 28/1
31/25 42/10 43/7 46/25
52/24 59/14 60/5 61/17
61/10 61/21 62/4 62/5
63/9 64/24 65/5 65/6
65/12 65/13 66/10
67/12 70/7 70/9 79/15
83/19 84/3 87/25 88/5
92/25
gets [2] 43/5 78/1
getting [9] 7/14 11/17
51/17 51/21 61/13
61/16 61/24 70/3 88/3
gift [2] 92/20 92/21
gifts [1] 82/13
give [5] 5/10 33/20
34/5 72/17 99/14
given [17] 8/6 13/19
17/3 18/10 19/16 19/21
20/24 24/16 55/8 74/2
80/19 88/18 89/21 90/4
92/12 92/13 92/14
gives [1] 19/18
glass [4] 61/17 61/18
61/18 67/4
glasses [1] 71/22
Glenn [1] 53/14
go [48] 11/9 11/10
11/13 12/20 13/8 29/23
32/7 35/2 35/15 39/1
39/12 39/12 40/12
42/10 42/15 43/7 44/3
47/15 48/5 49/14 49/15
49/21 52/16 52/16
54/19 56/9 56/19 56/24
58/16 58/17 59/14
60/20 60/20 60/24
60/25 62/6 62/6 64/23
64/23 66/24 66/25 68/2
68/17 69/10 72/3 83/6
87/15 100/11
goals [2] 42/8 44/25
god [4] 60/4 65/2 68/17
68/19
goes [5] 7/7 27/10 29/6
31/11 38/12
going [80] 5/15 5/20
9/1 10/12 10/23 11/12
11/13 11/20 12/13
12/22 16/4 21/7 23/2
23/14 26/2 28/2 32/11
36/20 40/12 48/7 49/22
49/22 49/23 51/17
51/23 52/21 52/22 56/1
56/25 57/12 58/1 58/22
58/25 59/1 59/6 59/15
59/23 59/24 59/25
60/25 61/12 62/1 62/18

63/25 63/25 64/3 64/4
64/5 64/17 65/5 65/6
66/15 66/18 67/8 68/7
68/20 69/18 70/12 71/2
71/5 71/6 71/11 71/17
71/18 71/20 72/25
74/18 76/24 78/3 79/4
79/15 84/3 84/4 87/13
87/19 96/21 99/22
Golden [1] 1/15
gone [3] 7/22 16/9 56/8
good [11] 3/6 3/15
3/16 4/23 16/2 48/18
51/13 56/23 63/3 72/7
100/21
got [28] 5/24 6/20 7/10
10/3 11/1 11/2 12/10
20/19 21/14 25/3 42/17
49/17 54/19 56/11
59/17 60/11 60/11 61/4
65/14 66/7 67/3 67/9
68/16 68/17 71/19
90/18 90/21 100/10
gotten [2] 27/25 40/22
government [44] 1/13
2/1 3/10 3/23 13/2
13/17 14/23 17/10
25/16 26/6 26/7 26/7
27/17 30/18 31/2 31/21
32/1 35/9 35/12 39/10
41/9 41/16 43/6 45/10
46/8 48/23 49/7 51/12
52/11 53/5 55/7 56/16
71/9 72/22 78/9 79/15
79/18 79/22 83/19
92/11 92/18 97/3
100/13 100/18
government's [4] 4/10
13/15 13/22 97/19
GPS [2] 99/3 100/3
grab [6] 37/24 67/19
68/22 69/25 70/5 70/8
grabbed [7] 7/16 11/16
12/1 12/1 23/1 54/13
87/25
grabbing [3] 35/25
36/2 84/18
graduate [1] 82/7
grander [1] 41/18
grave [1] 24/18
greater [2] 81/17 93/7
greatest [1] 82/13
grievances [1] 66/11
gritted [1] 35/1
gritting [1] 11/7
groceries [2] 51/17
64/22
ground [6] 8/24 20/19
20/20 22/24 66/7 80/13
grounds [2] 51/8 55/25
group [13] 8/7 11/1
23/24 26/13 31/5 35/24
70/22 73/12 76/15
76/17 76/19 83/16
87/16
grouped [1] 16/20
grouping [1] 16/23

groups [1] 76/8
growing [1] 38/21
grown [2] 38/21 70/17
Guard [2] 8/20 8/25
guarding [1] 87/16
guess [4] 15/25 55/13
59/14 63/24
guide [1] 51/25
guided [1] 11/25
Guideline [14] 15/10
15/13 15/22 17/4 17/18
18/9 18/11 18/19 19/8
19/16 21/25 73/15 74/9
75/15
Guidelines [23] 4/1
13/7 14/17 15/11 21/23
30/19 30/21 31/17
32/12 32/16 45/12
45/13 52/10 73/10
73/10 73/23 78/24 79/2
80/7 81/3 81/13 93/2
93/5
Guidelines Range [3]
45/12 45/13 93/5
gun [4] 11/21 27/7 67/3
87/3
guns [1] 10/9 55/10
gunshots [1] 36/25
guy [1] 64/12
guy's [2] 60/24 70/5
guys [5] 61/24 65/3
65/3 67/3 72/7

# H

had [77] 8/20 12/18
12/20 12/23 16/5 16/9
16/11 18/5 18/13 19/24
20/4 20/25 21/22 22/21
23/9 24/2 24/10 24/11
24/24 27/18 28/17
28/19 29/8 29/19 29/20
35/6 36/24 36/25 37/22
37/23 38/15 38/16
38/21 39/25 41/4 41/17
42/7 42/20 42/22 44/4
45/10 46/2 47/14 47/24
47/25 49/8 51/5 52/8
53/11 59/12 60/1 61/18
66/8 66/14 66/14 66/25
69/16 70/2 70/11 76/9
82/11 82/19 84/5 84/15
86/15 88/23 88/24 89/2
89/2 89/5 89/15 90/1
90/3 98/18 98/19 98/22
99/24
hadn't [5] 21/20 29/11
30/8 56/8 58/17
half [10] 5/2 40/16
49/21 58/24 76/20
76/21 77/10 77/15
77/19 77/24
hall [5] 4/13 8/8 35/20
40/5 74/13
halls [1] 91/18
hallway [16] 6/21 7/5
7/7 7/9 7/22 10/5 12/5
20/9 20/11 26/15 27/8
29/22 23 65/25

hand [4] 24/21 57/3
58/14 70/13
handle [1] 51/3
hands [9] 12/19 20/4
20/17 26/22 36/3 66/1
74/2 84/19 88/14
hang [3] 83/5 83/5 83/7
happen [1] 72/1
happened [16] 5/7
5/12 29/18 30/9 30/11
40/3 42/11 48/1 59/13
59/13 59/18 60/4 60/6
60/20 63/11 93/21
happening [2] 64/20
66/8
happens [2] 11/10 34/6
happy [5] 32/24 33/7
46/21 71/19 72/4
hard [5] 5/20 39/15
39/21 86/20 90/21
hardly [1] 57/8
harm [6] 11/4 21/2
49/15 55/1 75/1 88/8
harsh [1] 55/16
has [77] 3/23 4/16 5/3
13/17 14/13 14/15
14/20 14/23 15/23
17/22 19/16 20/17
22/11 22/17 25/16
22/11 22/17 27/25 30/3
30/18 40/17 40/21
40/21 42/8 43/24 46/23
46/24 47/11 48/17
48/18 49/19 51/8 51/9
52/4 52/20 52/20 55/22
55/24 56/3 56/4 57/8
57/9 62/15 71/8 74/21
74/23 78/5 78/20 79/8
79/8 79/9 79/12 79/14
79/21 80/3 80/8 80/16
80/25 82/7 82/8 82/8
82/11 82/12 82/13
82/19 82/22 83/20 84/1
86/1 86/11 88/1 92/12
92/13 92/20 93/10
99/23 100/2
hasn't [2] 30/16 71/1
hate [3] 64/14 67/15
67/16
haters [1] 63/9
haunted [1] 36/9
have [123]
haven't [4] 14/8 27/22
35/22 78/4
having [9] 21/15 21/24
22/21 29/18 64/22
76/10 79/23 82/17 90/6
he [57] 4/16 4/16 10/4
11/17 11/25 12/12 20/4
20/10 30/6 33/18 33/24
33/25 34/1 34/2 34/3
34/4 34/7 34/8 34/9
40/13 51/22 51/22 53/6
53/10 53/11 53/13
53/17 53/20 53/22
53/25 54/1 54/4 54/7
54/11 54/14 55/1 55/8

**he... [20]** 55/12 58/16 60/9 60/11 61/2 61/2 64/10 65/11 66/23 70/1 70/13 75/6 75/7 86/8 86/10 86/12 86/15 88/4 88/10 93/12
**He said [3]** 58/16 66/23 70/13
**he'll [1]** 70/6
**he's [9]** 10/12 33/24 34/8 34/18 34/20 48/5 48/6 51/23 65/2
**head [13]** 20/10 22/9 25/3 33/13 34/3 34/9 55/5 60/5 67/4 75/8 86/4 86/13 91/24
**heads [1]** 85/1
**health [1]** 51/13 52/18 82/20
**healthy [2]** 39/19 81/7
**hear [12]** 4/4 4/9 32/13 32/13 33/7 37/3 57/4 61/12 61/17 65/20 71/19 85/9
**heard [16]** 4/5 7/18 10/1 10/8 16/9 22/4 36/12 38/10 40/11 51/12 56/14 67/6 72/24 86/15 89/14 98/25
**hearing [4]** 40/8 48/23 48/23 91/22
**heart [1]** 63/6
**heave [1]** 53/11
**heave-ho [1]** 53/11
**heavily [1]** 11/8
**heavy [1]** 54/25
**held [7]** 6/21 19/25 20/2 40/21 44/5 44/18 46/19
**Hello [1]** 9/15
**help [3]** 5/24 7/25 51/25
**helpful [2]** 32/24 33/6
**helping [2]** 51/18 66/7
**her [181]**
**here [53]** 3/17 4/17 6/15 13/1 17/20 18/25 19/9 26/18 28/2 28/4 30/11 31/17 32/23 38/6 39/24 40/19 42/25 44/1 44/23 46/6 59/24 63/22 64/13 64/14 64/15 64/21 65/5 65/6 65/14 66/13 66/24 66/24 68/3 68/7 68/8 70/25 71/23 72/7 76/1 76/2 78/24 79/7 83/22 84/3 84/7 86/15 89/15 89/20 91/21 92/8 93/2 96/5 99/11
**Here's [1]** 99/18
**hereby [1]** 83/14
**heroism [1]** 87/3
**hers [3]** 12/20 24/13 47/23
**herself [8]** 6/13 28/1 37/13 41/13 52/21 56/6

**hey [1]** 7/18
**Hi [1]** 9/16
**high [3]** 8/22 41/6 82/7
**high-up [1]** 41/6
**higher [2]** 45/11 45/13
**highest [2]** 17/4 76/18
**hijackers [1]** 44/13
**Hill [1]** 5/6
**him [32]** 7/25 12/19 12/20 20/8 27/3 29/11 33/19 36/12 51/25 51/25 51/25 61/1 61/1 61/2 61/8 61/9 64/9 65/1 65/12 66/7 66/8 66/8 70/1 74/24 74/25 75/2 75/5 84/19 84/20 85/3 85/23 86/10
**his [28]** 16/11 20/2 20/4 20/10 22/3 22/9 25/3 34/3 34/9 34/10 37/24 52/1 58/18 64/7 69/25 74/21 74/22 75/3 75/3 75/8 84/18 84/18 86/1 86/13 87/3 87/25 88/5 93/13
**history [9]** 38/12 41/3 42/20 79/1 81/20 82/4 90/23 91/2 99/24
**hit [8]** 7/14 8/10 22/9 24/20 69/15 70/3 70/13 75/7
**hits [4]** 20/10 34/3 34/9 86/13
**ho [1]** 53/11
**hold [5]** 10/5 32/11 66/9 69/25 70/2
**holding [15]** 8/5 12/4 22/2 24/6 25/1 25/1 33/14 42/1 60/24 61/20 65/14 66/4 67/23 68/25 85/21
**holster [1]** 10/12
**home [7]** 9/3 50/12 53/23 56/4 83/6 100/3 100/10
**homemade [1]** 55/11
**honest [3]** 9/7 57/22 60/4
**honor [64]** 3/6 3/19 3/20 4/7 9/15 13/4 13/5 14/9 14/10 14/15 16/3 16/15 17/11 21/15 22/11 22/14 22/16 23/5 23/12 23/16 24/22 25/19 27/20 28/12 28/18 29/4 29/14 29/20 30/23 31/11 31/13 32/20 34/19 36/23 45/16 46/2 46/11 49/5 49/18 50/4 50/7 50/11 50/17 51/8 51/11 52/2 52/8 52/23 55/16 56/4 56/16 56/19 57/1 72/20 72/22 77/1 89/5 89/13 97/15 97/16 98/18 99/15 100/13 100/15
**HONORABLE [3]** 1/10

**hope [1]** 72/19
**hoping [2]** 11/12 52/13
**hotel [1]** 60/16
**hour [5]** 8/16 8/18 28/4 53/20 84/5
**hours [1]** 76/7
**house [23]** 5/24 6/6 6/8 8/4 9/23 26/16 27/4 32/4 32/7 35/20 36/6 51/19 62/14 64/1 74/13 78/13 85/1 86/12 86/18 87/1 87/10 87/13 88/24
**how [35]** 3/22 11/13 16/11 16/20 22/4 28/8 30/14 31/1 34/5 35/3 35/4 35/22 36/5 38/10 38/16 44/7 44/8 44/8 44/25 48/13 52/10 59/17 59/18 61/13 61/16 63/4 63/20 64/3 67/2 67/9 68/16 71/15 90/18 90/25 90/25
**How's [1]** 68/9
**however [8]** 22/23 24/10 45/10 46/7 51/1 55/17 82/24 95/13
**huge [1]** 8/9
**huh [1]** 59/6
**hundred [1]** 65/19
**hundreds [5]** 7/4 26/25 36/10 61/6 85/10
**hunkered [1]** 37/1
**Hurled [1]** 54/25
**hurt [11]** 16/12 54/19 54/21 65/5 65/6 66/5 70/15 70/24 70/25 71/12 91/14
**hurting [2]** 65/10 67/1
**hypoxia [4]** 37/16 42/5 90/2 90/7

**I**

**I also [3]** 13/18 15/10 82/1
**I am [9]** 57/1 60/13 62/17 66/11 70/22 72/12 74/18 76/24 98/13
**I apologize [1]** 97/21
**I believe [12]** 14/6 14/22 16/12 17/1 46/4 55/18 55/24 75/22 87/7 97/16 99/4 100/1
**I can [4]** 11/16 31/24 47/9 65/17
**I can't [8]** 34/15 60/14 60/17 62/5 65/17 68/25 71/21 85/6
**I couldn't [5]** 20/3 60/16 60/25 69/4 69/4
**I did [5]** 12/1 16/7 56/16 60/3 71/11
**I didn't [3]** 57/23 59/2 70/19
**I didn't know [1]** 69/5
**I didn't see [1]** 39/22
**I don't [33]** 9/7 11/9

**I don't have [3]** 57/5 72/2 98/8
**I go [1]** 60/24
**I guess [4]** 15/25 55/13 59/14 63/24
**I had [1]** 69/16
**I hate [1]** 67/16
**I have [16]** 7/18 13/13 48/19 49/6 60/6 62/6 66/11 68/18 69/19 70/23 72/16 72/17 73/10 75/22 80/24 91/8
**I haven't [2]** 14/8 27/22
**I hope [1]** 72/19
**I just [8]** 16/9 24/14 42/16 46/18 62/24 63/18 72/3 97/20
**I know [13]** 30/5 30/7 34/7 59/13 59/19 60/4 60/5 61/4 62/2 72/11 72/12 72/12 78/5
**I mean [10]** 20/2 21/3 22/5 28/7 30/14 31/6 36/9 42/3 42/20 44/13
**I misspoke [1]** 97/21
**I realize [1]** 22/17
**I say [3]** 45/21 47/2 99/23
**I see [1]** 63/23
**I should [8]** 13/20 14/7 27/23 48/25 79/4 79/17 80/16 93/7
**I think [62]** 14/4 14/19 15/3 15/12 16/17 17/13 18/9 21/19 21/24 22/2 22/10 22/20 23/18 23/25 24/6 24/8 24/12 24/17 25/20 28/16 28/16 28/17 29/5 29/6 29/17 30/17 30/18 30/21 30/24 31/1 31/16 31/16 32/5 32/8 35/2 35/3 38/14 38/20 39/7 39/10 42/4 44/13 47/21 48/1 48/3 48/17 48/20 49/8 52/5 52/14 52/25 58/10 65/1 69/2 78/4 78/6 80/17 89/11 92/19 98/10 98/10 99/7
**I thought [6]** 9/1 12/22 61/14 61/16 67/5 77/12
**I understand [7]** 3/23 23/12 29/3 29/21 33/24 52/10 52/11
**I want [1]** 57/3
**I wanted [2]** 11/23 61/1
**I was [44]** 5/13 5/17 7/14 7/23 7/25 8/7 8/15 8/22 9/1 9/3 9/21 11/12

**22/1 58/6 58/13 58/23 58/24 59/4 59/13 59/19 59/20 59/21 59/23 60/5 60/5 60/10 62/2 64/13 64/16 64/17 65/14 66/4 66/5 67/6 68/12 69/6 70/14 70/14 70/18 71/13**
**I went [5]** 60/15 62/3 68/2 68/13 70/8
**I will [10]** 15/19 17/15 78/2 78/18 78/21 79/20 96/15 99/12 99/19 100/3
**I wouldn't [1]** 70/10
**I'd [4]** 12/7 12/24 32/24 37/14
**I'll [12]** 5/11 32/13 32/15 39/22 40/4 68/3 71/25 72/1 76/1 76/2 96/20 99/18
**I'll want [1]** 32/13
**I'm [108]**
**I'm going [8]** 11/20 32/11 62/18 64/3 71/17 72/25 78/3 96/21
**I'm just [5]** 29/4 46/17 47/24 63/21 69/24
**I'm not [13]** 20/24 24/7 26/25 39/2 49/10 50/13 55/21 64/19 64/19 67/20 68/24 70/1 92/18
**I'm not sure [1]** 64/7
**I'm sorry [3]** 46/13 50/10 62/21
**I'm sure [2]** 53/22 82/14
**I'm thinking [1]** 41/22
**I've [23]** 5/10 9/8 9/19 12/17 13/8 13/15 13/22 28/7 28/8 28/10 42/3 62/8 63/7 64/1 70/17 70/25 72/11 82/15 82/17 82/24 90/4 93/16 93/17
**icepick [1]** 19/19
**idea [6]** 37/17 38/4 43/1 61/18 66/8 90/22
**ill [1]** 9/7
**immediately [7]** 23/8 25/10 26/15 83/3 85/1 87/1 96/4
**impact [3]** 3/24 4/10 13/3 75/11 79/10 81/6 81/11 82/22
**importance [1]** 89/17
**important [7]** 17/15 31/17 38/14 44/23 45/3 51/12 65/23
**importantly [3]** 19/14 23/16 24/13
**impose [3]** 44/21 81/16 93/3
**imposed [5]** 78/20 81/21 93/22 94/14 97/9
**imposition [1]** 95/22
**improve [1]** 44/12

**I**

**impulse [1]** 38/18
**incapsulates [1]** 35/3
**incarceral [1]** 82/23
**incarcerated [1]** 56/2
**incarceration [5]** 39/15
53/9 53/18 55/7 55/8
**incentive [1]** 100/1
**inch [1]** 10/22
**incited [1]** 36/21
**inciting [1]** 42/12
**include [2]** 30/13 94/16
**included [3]** 14/1 83/4
83/13
**includes [3]** 17/19
19/17 96/12
**including [5]** 26/17
54/12 55/5 91/11 91/15
**inconsistent [1]** 79/11
**incorporate [2]** 76/1
76/2
**incorrect [1]** 99/5
**increase [1]** 77/21
**increases [1]** 78/23
**incredibly [1]** 48/3
**incur [1]** 95/16
**Independence [2]** 46/7
48/10
**independently [1]**
39/17
**indicated [1]** 39/4
**Indicating [1]** 57/13
57/19
**indication [1]** 40/20
**indictment [1]** 32/2
**indiscriminate [1]**
91/16
**individual [3]** 15/4
16/22 54/22
**individually [1]** 80/4
**individuals [3]** 6/13
49/9 53/2
**indulgence [1]** 98/17
**Infantry [1]** 8/25
**infer [1]** 22/10
**infiltrated [2]** 89/2 89/3
**inflict [3]** 19/12 21/1
73/24
**inflicting [1]** 19/10
**influence [5]** 26/5
27/17 28/15 28/22 78/8
**information [2]** 95/14
95/15
**initially [1]** 6/9
**initiated [1]** 47/25
**injured [1]** 20/11
**injuries [2]** 16/8 16/12
**injury [19]** 18/3 19/11
19/12 19/20 22/9 33/16
34/24 73/25 74/5 74/16
75/2 75/8 75/11 75/18
76/4 76/16 80/16 81/1
88/18
**innocence [1]** 92/15
**inside [11]** 6/9 9/25
10/1 10/3 22/22 53/21
61/21 61/25 78/14
86/19 86/25

**inspector [2]** 10/7 10/10
**inspire [1]** 92/22
**inspired [2]** 42/10
82/15
**install [1]** 31/4
**installing [1]** 35/10
**instead [3]** 15/23 37/3
88/2
**instructors [1]** 82/12
**instrument [3]** 19/10
19/17 19/19
**intend [1]** 17/22 25/9
**intended [5]** 22/11
23/22 24/2 24/24 73/24
**intending [1]** 49/15
**intent [14]** 11/3 17/21
18/3 18/5 19/20 24/10
25/6 27/19 28/14 29/22
31/8 37/22 55/5 88/17
**intention [5]** 20/25
60/1 67/1 71/12 74/4
**interaction [1]** 10/22
**interceded [1]** 20/22
**interest [2]** 95/6 95/6
**interesting [2]** 62/3
69/21
**Interestingly [1]** 53/10
**interfere [2]** 17/24 92/4
**interference [2]** 75/21
76/5
**interfering [1]** 41/19
**interpersonal [1]** 40/8
**interpreting [1]** 21/25
**intersection [1]** 5/18
**interviewed [1]** 57/9
**intimate [1]** 37/7
**intimidating [1]** 39/9
**intimidation [6]** 26/6
26/9 27/17 28/25 31/21
78/9
**Investigation [5]** 13/10
13/14 14/14 94/14
96/11
**Investigator [2]** 41/23
88/7
**invocations [1]** 43/1
**involuntarily [1]** 88/8
**involve [1]** 73/13
**involved [5]** 17/21
19/19 75/14 76/3 91/10
**involvement [2]** 38/9
38/13
**irony [2]** 90/10 92/10
**irritated [2]** 67/17
67/21
**is [240]**
**isn't [6]** 9/5 30/23 31/6
31/18 71/6 90/15
**issue [6]** 15/21 17/13
18/12 25/14 37/16 56/4
**issues [5]** 13/7 14/18
37/14 82/19 97/15
**it [205]**
**it happened [3]** 59/13
59/13 60/4
**it would be [1]** 77/12
**it's [71]** 15/3 17/4
17/15 22/20 23/9 23/23

32/8 33/24 34/14 37/8
37/9 42/5 42/5 42/6
43/9 43/10 43/11 43/16
44/16 44/23 45/3 46/9
48/7 57/4 59/6 60/19
62/25 63/8 63/15 63/15
64/15 64/24 67/10
70/25 71/4 72/8 72/8
72/18 72/18 72/18
75/12 76/1 77/14 77/25
78/5 78/6 81/1 82/11
84/4 86/20 86/21 86/22
89/12 90/16 90/18
90/21 91/20 91/25
92/14 92/19 92/20
93/10 93/11 93/24 98/7
99/3 99/4

**It's three [1]** 77/25
**its [6]** 6/11 18/22 21/4
21/8 56/10 72/23
**itself [1]** 16/10

**J**

**J6 [1]** 24/17
**jacket [1]** 69/17
**Jacob [1]** 53/6
**jail [1]** 53/23
**James [2]** 58/9 58/14
**Jane [1]** 1/13
**January [23]** 5/3 5/13
8/14 8/19 9/8 9/21 35/4
35/14 37/12 39/2 39/12
42/8 42/19 42/23 58/3
58/5 83/19 89/1 89/1
89/4 89/8 91/11 93/20
**January 6th [13]** 5/3
5/13 8/14 8/19 9/8 9/21
35/14 37/12 42/8 42/23
83/19 89/1 91/11
**Jayden [1]** 63/18
**JC [1]** 89/5
**Jim [2]** 47/23 60/9
**Jim's [1]** 61/8
**Joan [2]** 26/1 49/5
**job [2]** 47/11 93/2
**jobs [1]** 45/6
**John [1]** 63/17
**joined [1]** 53/7
**Judd [1]** 53/10
**judge [4]** 1/10 30/3
30/5 78/20
**Judge Contreras [1]**
30/5
**judgment [5]** 48/20
90/2 93/24 95/11 97/2
**July [2]** 1/5 48/14
**jurisdiction [1]** 96/21
**jurisdictional [1]** 96/16
**just [82]** 3/22 4/16 6/17
12/20 13/8 16/9 17/16
18/18 19/12 24/14
25/13 25/15 26/9 28/20
29/4 29/5 30/5 30/23
31/11 31/23 31/24 32/6
33/4 33/9 33/18 34/13
37/19 38/5 38/17 39/22
40/2 40/3 40/4 40/20

43/14 46/17 46/18
47/24 48/1 48/9 49/16
50/15 51/7 53/9 56/11
56/17 56/21 56/25
55/19 60/17 60/18
62/10 62/19 62/24
63/18 63/19 63/21 64/4
64/4 67/7 67/7 67/10
67/24 68/3 68/12 69/4
69/24 70/2 72/3 72/24
77/17 81/23 83/21 90/7
90/22 91/25 97/15
97/20 100/7
**justice [4]** 72/19 75/19
75/21 75/25
**justification [2]** 40/18
44/20

**K**

**keep [6]** 5/20 42/16
62/23 66/17 72/19
91/22
**Keepers [1]** 41/7
**keeping [1]** 98/13
**kept [1]** 10/23
**kicked [2]** 64/11 88/5
**kill [2]** 6/18 68/21
**kills [1]** 60/17
**kind [11]** 10/16 10/19
10/21 34/10 43/17 47/4
57/24 70/22 80/11 89/6
93/15
**kinds [1]** 82/1
**knee [3]** 8/23 9/5 16/11
**knew [5]** 7/20 38/16
42/21 70/5 70/18
**knife [2]** 7/19 7/21
**knocked [1]** 8/10
**know [66]** 16/11 16/22
19/7 20/18 22/25 23/5
25/7 25/8 30/5 30/7
34/7 34/16 42/7 46/20
46/21 47/9 48/2 48/4
48/9 48/10 51/7 51/20
57/8 57/11 59/12 59/13
59/17 59/18 59/19 60/2
60/4 60/5 60/18 61/4
61/25 62/1 62/2 62/3
62/8 62/8 62/9 62/20
63/4 63/25 64/1 64/3
66/16 67/2 67/7 67/9
67/11 67/24 67/25
68/16 69/5 71/1 71/9
71/15 72/11 72/12
72/12 78/5 83/17 86/2
90/21 98/3
**knowing [1]** 5/15
**knowledge [1]** 30/4
**known [2]** 6/13 38/3
**knows [3]** 25/8 28/8
57/9

**L**

**label [1]** 92/25
**Lafayette [1]** 75/6
**lamenting [1]** 88/23
**landing [1]** 5/24

**language [3]** 66/16
66/20 78/17
**Languerand [1]** 54/24
**large [2]** 10/7 51/6
**largely [1]** 30/7
**last [6]** 8/1 49/21 58/10
60/15 82/12 87/6
**late [5]** 39/5 39/18
51/14 51/20 90/9
**later [3]** 28/4 36/8 84/5
**launched [1]** 35/18
**law [14]** 9/4 28/23 38/3
38/17 40/2 42/20 43/4
43/19 43/21 43/22 53/1
53/15 81/22 86/11
**lead [1]** 9/2
**leader [6]** 34/15 36/17
36/21 41/8 41/9 63/17
**leaders [1]** 36/24
**leading [2]** 10/25 74/13
**learned [1]** 49/3
**least [11]** 11/15 17/5
18/10 18/19 19/4 19/21
26/13 28/21 74/24
94/23 98/11
**leave [6]** 24/14 61/1
61/2 66/22 66/25 68/14
**leaves [3]** 74/3 86/24
88/21
**leaving [1]** 54/14
**lectern [1]** 4/19
**led [4]** 32/6 36/6 58/13
87/17
**Lee [1]** 53/10
**Leffingwell [1]** 55/3
**left [4]** 8/23 20/24
58/13 75/7
**legal [1]** 43/20
**length [2]** 19/4 19/5
**less [1]** 77/14
**let [16]** 9/1 13/8 18/16
15/2 15/23 47/9 60/25
66/25 71/15 73/9 77/17
82/4 83/1 89/23 90/22
96/18
**let's [14]** 13/7 14/17
15/21 18/12 25/13 26/3
26/9 26/11 42/14 54/19
57/25 58/16 59/9 62/3
**let's see [1]** 59/9
**letters [2]** 14/1 14/5
**level [24]** 18/20 18/21
73/16 74/6 74/9 74/11
74/14 75/9 75/10 75/11
75/14 75/15 75/16
76/13 76/22 76/22
77/21 78/2 78/21 79/1
79/3 79/4 79/16 79/17
**levels [9]** 15/19 73/18
73/19 74/10 74/17
74/18 75/20 77/14
77/25
**liberty [1]** 99/13
**library [1]** 5/14
**lie [4]** 57/4 57/4 57/4
69/11
**lies [7]** 57/5 57/6 57/7
60/7 60/7 63/2 71/3

**L**

**life [7]** 63/11 63/12 70/18 70/18 72/4 82/9 82/13
**lifetime [1]** 8/17
**lift [1]** 88/15
**light [3]** 37/20 72/24 98/2
**like [64]** 3/24 6/14 8/17 10/25 11/3 11/7 12/7 12/9 12/20 12/24 19/4 23/23 26/23 28/10 30/24 31/7 33/3 33/7 37/14 43/6 43/18 45/5 48/1 49/2 49/18 52/23 57/6 57/21 59/2 59/13 59/14 59/20 60/19 60/21 60/25 61/12 61/13 61/15 61/18 62/2 62/5 62/7 62/11 63/14 63/19 63/23 63/24 64/13 64/15 65/2 65/4 67/24 68/8 68/19 69/3 69/17 69/22 69/24 70/2 70/12 71/4 84/22 92/5 97/13
**line [11]** 26/17 28/5 32/2 34/19 37/23 59/18 84/7 84/8 84/14 86/5 88/3
**lines [2]** 6/2 95/16
**listen [3]** 66/12 66/13 72/7
**listening [1]** 5/20 58/18 58/19
**listens [1]** 72/8
**listing [1]** 39/23
**literal [1]** 70/23
**literally [1]** 68/21
**little [9]** 10/16 10/19 39/21 40/23 50/23 56/18 66/13 71/18 72/8
**live [7]** 9/10 39/14 46/6 51/14 84/1 84/6 91/7
**lives [4]** 22/6 36/6 63/15 66/20
**local [3]** 38/3 42/20 94/17
**location [1]** 98/22
**locked [1]** 6/9
**Loeb [5]** 1/13 3/9 21/12 30/2 32/19
**logos [1]** 45/24
**long [7]** 6/22 9/8 38/12 39/23 40/21 48/25 80/25
**long-held [1]** 40/21
**long-term [2]** 39/23 80/25
**longer [3]** 30/11 30/12 30/13
**Lonnie [1]** 55/9
**look [9]** 16/5 21/16 22/1 45/18 45/20 59/20 61/15 61/25 62/11
**looked [7]** 11/6 11/7 13/18 19/3 21/24 22/18 65/7

**looking [5]** 1/17 11/16 11/20 21/14 48/24 50/8 51/7 59/23 62/13 63/19 64/4 64/10 67/3 68/6 68/12 68/17
**lost [2]** 47/11 90/11
**lot [15]** 23/20 23/25 24/17 25/1 25/21 28/7 29/21 42/4 45/25 46/4 47/10 48/1 48/3 49/13 68/19
**loud [7]** 10/17 10/19 10/21 11/1 11/2 12/10 55/20
**loudest [2]** 37/4 55/21
**love [11]** 43/13 43/14 43/14 63/6 64/19 70/23 72/10 72/12 72/17 72/18 90/24
**low [1]** 45/12
**Loyd [1]** 10/4
**LRM [1]** 1/19
**luck [1]** 100/21
**lunged [1]** 7/21

**M**

**M.H [1]** 87/24
**ma'am [5]** 57/20 62/18 64/8 91/25 93/1
**mace [8]** 24/19 29/9 29/9 60/11 61/7 69/3 69/12 90/5
**maced [5]** 22/21 49/17 90/3 90/12 90/18
**machetes [1]** 55/11
**mad [5]** 63/20 64/18 64/19 64/19 67/15
**made [9]** 6/10 8/4 9/10 9/25 11/1 38/5 79/8 89/24 95/24
**magnet [1]** 61/20
**main [1]** 10/4
**maintain [1]** 72/23
**make [11]** 16/1 16/4 17/16 29/4 37/6 39/21 44/23 72/4 84/22 86/20 95/2
**makes [5]** 19/14 26/15 34/10 67/15 98/6
**makeshift [1]** 41/4
**making [6]** 6/13 16/7 32/12 44/9 44/14 90/3
**man [1]** 43/4
**manage [1]** 9/5
**manages [2]** 84/22 85/11
**mandatory [1]** 94/11
**manifesto [6]** 31/3 47/12 47/19 47/23 56/10 83/10
**manner [2]** 12/14 79/10
**many [19]** 11/14 20/8 24/25 28/8 38/16 41/1 41/13 44/7 44/8 44/8 46/15 46/17 46/17 46/23 55/23 80/10 90/18 91/10 92/7

**Marble [2]** 55/6 3/9
**Maria [3]** 2/6 2/6 3/11
**Marion [2]** 99/8 99/10
**Mark [1]** 55/3
**mask [2]** 53/7 93/13
**master's [1]** 82/8
**materials [1]** 55/11
**matter [8]** 23/7 39/11 44/25 62/24 75/22 90/18 96/15 101/4
**matters [1]** 71/6
**Matthew [1]** 53/19
**may [9]** 26/4 26/4 31/8 46/25 49/13 95/7 97/5 97/6 99/8
**maybe [10]** 7/4 12/23 19/5 23/4 30/12 31/18 67/25 83/17 90/9 90/11
**me [110]**
**mean [17]** 19/11 20/2 21/3 22/5 26/25 28/7 30/14 31/6 33/13 34/12 36/9 42/3 42/13 42/20 43/5 44/13 49/4
**meaning [2]** 19/16 31/2
**means [5]** 43/4 83/16 83/17 96/16 100/2
**meant [2]** 15/3 59/8
**mechanical [1]** 2/15
**media [1]** 83/4
**medical [7]** 8/21 39/20 39/24 42/5 82/1 90/4 90/5
**meet [1]** 25/17
**meets [2]** 17/25 22/7
**megaphone [1]** 86/3
**MEHTA [3]** 1/10 3/3 73/6
**member [2]** 41/7 62/16
**members [15]** 6/9 6/18 6/19 7/13 10/6 27/4 32/22 45/1 78/14 86/18 87/2 87/4 87/4 87/5 91/15
**memo [6]** 32/21 37/12 37/15 38/7 41/14 97/19
**memorandum [3]** 13/11 13/15 13/24
**Memorial [1]** 6/5
**memories [2]** 36/9 45/8
**memorize [1]** 57/5
**memory [3]** 40/7 57/5 82/19
**men [3]** 25/2 47/12 65/18
**mental [3]** 80/2 80/18 82/20
**mention [3]** 46/12 61/19 61/22
**mentioned [4]** 14/8 27/22 41/20 49/24
**mercy [1]** 70/4
**Merit [1]** 2/11
**mesmerized [1]** 67/7
**mess [1]** 70/19
**metal [10]** 20/16 21/18 22/15 25/5 27/14 36/2

**Metropolitan [2]** 53/25 55/4
**mid [1]** 41/2
**mid-50s [1]** 41/2
**middle [5]** 65/15 65/17 68/15 98/20 100/8
**might [4]** 40/24 48/8 61/25 99/5
**millions [3]** 45/22 45/22 46/17
**mind [3]** 21/22 72/19 74/3
**mine [2]** 63/13 63/14
**minimal [1]** 8/18
**minimize [1]** 79/9
**minimum [3]** 18/4 20/18 78/12
**minute [3]** 18/13 21/14 72/25
**minutes [14]** 20/1 20/3 20/7 27/2 30/12 53/20 71/18 74/24 76/8 86/8 86/9 86/20 88/21 90/17
**mirror [1]** 43/18
**misspoke [1]** 97/21
**mistaken [1]** 77/16
**mitigate [1]** 90/9
**mitigating [1]** 45/20
**mixture [1]** 6/16
**mob [5]** 32/6 36/6 37/3 41/8 53/7
**mom [1]** 64/11
**mom's [1]** 70/21
**moment [12]** 18/1 25/9 25/14 32/12 34/15 34/21 38/25 42/6 47/13 57/2 68/1 68/3
**monarchy [1]** 91/5
**Monday [1]** 100/9
**money [3]** 35/12 47/15 58/2
**monitor [1]** 99/2
**monitoring [2]** 98/23 100/3
**month [3]** 94/2 94/3 95/19
**months [15]** 38/1 45/10 53/13 53/17 53/23 54/2 54/23 55/2 55/8 55/12 56/3 79/2 81/14 94/1 94/5
**months' [2]** 53/9 55/7
**more [24]** 4/20 11/18 12/23 26/14 31/24 32/8 33/10 37/9 38/21 40/23 40/23 41/3 46/21 54/9 54/10 64/14 64/15 67/20 71/19 72/13 85/19 88/25 92/7 93/8
**morning [1]** 3/6
**most [6]** 12/17 12/21 36/13 42/2 55/22 65/23
**mother [5]** 70/16 70/16 99/11
**motion [3]** 25/20 45/17 49/24
**motions [1]** 13/25

**motivating [2]** 35/4 44/19
**motive [1]** 44/19
**mouth [2]** 28/20 29/19
**move [9]** 6/25 9/25 10/8 25/13 27/8 68/25 70/9 88/14 100/14
**moved [6]** 8/1 8/8 8/17 11/3 88/6
**movements [1]** 88/16
**moves [1]** 20/16
**moving [6]** 10/1 23/4 51/10 65/10 70/1 70/1
**MPD [2]** 8/7 87/10
**Mr. [3]** 9/16 53/8 93/12
**Mr. Durrette [1]** 9/16
**Mr. Fracker [1]** 53/8
**Mr. Webster [1]** 93/12
**Mrs. [1]** 93/6
**Mrs. Southard-Rumsey [1]** 93/6
**Ms. [76]** 3/16 4/4 4/13 14/12 14/13 15/25 17/22 19/22 20/14 21/12 22/13 22/20 22/25 23/17 23/20 24/16 24/20 25/15 25/25 27/21 28/14 29/6 30/2 32/14 32/19 32/20 33/4 35/3 36/15 38/7 40/17 45/4 45/15 45/18 45/23 46/1 46/20 46/21 47/6 47/8 48/17 48/24 52/14 53/3 54/4 54/17 55/13 55/20 55/25 56/3 56/14 74/1 74/20 74/23 75/4 76/7 76/25 78/7 79/6 80/9 80/25 82/6 83/2 83/4 86/19 87/1 89/14 89/20 90/15 91/11 92/10 96/17 97/17 98/2 98/24 100/21
**Ms. Loeb [3]** 21/12 30/2 32/19
**Ms. Rodriguez [7]** 14/12 15/25 22/13 25/15 36/15 45/15 98/24
**Ms. Rumsey [1]** 23/20
**Ms. Southard [19]** 22/20 22/25 23/17 24/20 27/21 28/14 29/6 45/23 46/1 47/6 47/8 48/17 48/24 52/14 53/3 54/4 54/17 55/20 56/3
**Ms. Southard's [5]** 24/16 38/7 45/18 55/13 55/25
**Ms. Southard-Rumsey [35]** 3/16 4/4 4/13 14/13 17/22 25/25 32/14 32/20 35/3 40/21 45/4 46/20 46/21 56/14 74/1 74/20 74/23 75/4 76/7 78/7 80/9 80/25 82/6 83/2 83/4 86/19

**M**

**Ms. Southard-Rumsey...** **[9]** 87/1 89/14 89/20 90/15 91/11 92/10 96/17 97/17 100/21

**Ms. Southard-Rumsey's [6]** 19/22 20/14 33/4 76/25 79/6 98/2

**much [8]** 8/15 20/25 21/9 29/17 30/11 32/8 36/17 39/11

**multiple [10]** 5/8 8/11 19/6 20/1 20/3 20/8 35/21 76/6 87/20 90/12

**music [2]** 82/9 82/11

**must [11]** 45/8 81/15 81/19 94/20 94/22 94/25 95/2 95/10 95/13 95/15 97/1

**my [83]** 4/23 5/10 5/11 5/12 5/22 7/9 7/15 7/17 8/4 8/20 8/21 8/22 8/23 9/1 9/4 9/5 9/17 11/11 11/21 12/1 17/16 18/18 21/22 23/21 25/19 30/4 31/5 48/16 49/24 50/22 57/11 57/14 57/16 57/17 59/11 60/5 60/5 60/13 62/14 62/14 62/15 62/16 63/9 63/11 63/12 63/12 64/15 64/19 65/2 65/13 66/1 67/4 67/24 68/17 69/8 69/12 69/14 69/15 69/16 69/17 69/24 70/1 70/13 70/16 70/16 70/18 70/18 70/21 70/21 70/21 71/12 71/21 72/10 72/11 72/15 74/3 78/25 82/11 89/12 89/12 91/2 93/2 99/4

**myself [6]** 8/3 8/5 9/23 10/9 47/8 70/3

**N**

**N.V [11]** 20/1 22/8 26/19 27/3 29/11 33/22 74/12 75/3 85/6 86/7 88/7

**N.V.'s [2]** 19/25 85/22

**name [5]** 4/20 4/23 9/17 58/10 64/7

**named [1]** 32/1

**Nancy [1]** 6/19

**National [3]** 8/20 8/25 46/25

**nature [3]** 16/11 28/24 81/19

**near [2]** 5/17 61/11

**nearly [3]** 8/22 30/12 74/24

**necessarily [1]** 22/23

**necessary [2]** 44/12 81/17

**need [16]** 40/19 44/18
63/1 64/2 65/8 66/24 66/24 71/20 81/21 82/2 89/16 89/18

**needed [2]** 55/6 81/25

**needing [1]** 52/19

**needs [3]** 19/13 44/21 99/2

**negativity [1]** 47/10

**neighborhood [1]** 51/15

**nervous [1]** 56/18

**never [14]** 22/24 28/10 52/15 52/16 52/16 54/18 54/20 57/15 62/9 64/1 64/16 65/10 66/22 70/24

**nevertheless [3]** 79/20 88/2 88/8

**new [2]** 66/18 95/16

**newbie [2]** 38/8 38/15

**news [1]** 5/4

**next [9]** 6/5 7/10 7/24 37/19 9/2 9/13 59/9 61/4 62/2

**nice [1]** 48/18

**Nicholas [1]** 54/24

**night [2]** 58/24 60/15

**nightsticks [1]** 23/11

**nine [1]** 9/19

**no [45]** 1/4 3/7 4/7 4/8 11/18 13/5 14/9 16/24 17/11 23/1 30/3 33/1 40/20 41/2 42/20 44/25 48/19 49/12 53/6 53/9 53/22 55/20 56/3 56/4 58/8 60/1 61/18 62/24 66/8 67/1 74/3 75/20 78/5 78/20 79/1 82/20 86/4 89/9 90/3 90/4 90/14 90/18 91/24 95/12 99/23

**nobody [4]** 57/9 63/2 65/12 72/7

**noise [1]** 65/21

**None [1]** 58/10

**Nonetheless [1]** 55/24

**norm [1]** 80/24

**NORTHERN [1]** 1/14

**nose [2]** 92/16 98/13

**not [162]**

**notably [1]** 86/22

**note [3]** 25/16 39/22 40/4

**Note 4 [1]** 25/16

**noted [5]** 31/11 34/20 36/23 82/22 83/20

**Notes [1]** 90/8

**nothing [15]** 7/20 14/10 36/20 48/13 59/12 62/23 65/17 69/16 72/5 81/6 89/19 90/7 91/13 100/18 100/19

**notice [4]** 57/23 65/3 97/1 97/3

**notified [1]** 83/15

**notify [1]** 96/8
79/5 85/13 92/8

**now [18]** 9/20 18/24 33/4 40/17 47/8 49/12 51/22 54/18 55/5 63/12 64/21 66/10 70/7 78/18 81/8 82/6 88/7 89/6

**nowhere [1]** 61/11

**number [2]** 41/21 41/22

**nuts [1]** 69/18

**NW [2]** 2/2 2/13

**O**

**oath [2]** 41/7 57/23

**obey [1]** 87/22

**object [2]** 19/7 42/1

**objected [2]** 76/2 95/4

**objecting [1]** 17/1

**objection [1]** 17/5

**objections [2]** 13/13 97/13

**objectively [1]** 79/12

**objectives [1]** 81/18

**objects [3]** 54/12 54/25 93/11

**obligation [1]** 96/9

**obligations [1]** 96/3

**obnoxious [1]** 29/23

**obscenities [1]** 54/5

**observable [1]** 79/13

**obstruct [1]** 75/19

**obstruction [1]** 31/8

**obviously [1]** 59/2

**OC [1]** 54/11

**occupations [1]** 40/7

**off [9]** 8/18 20/19 20/20 22/24 32/11 63/19 66/3 87/25 93/13

**offend [1]** 52/22

**offended [1]** 41/17

**Offender [1]** 50/22

**offenders [1]** 37/11

**offense [29]** 15/2 15/7 19/20 21/20 26/5 30/4 31/2 31/14 40/24 73/16 73/16 74/6 74/9 74/11 74/14 75/9 75/10 75/14 75/15 75/16 75/17 76/13 76/22 76/22 78/25 81/20 81/22 81/23 92/19

**offensive [1]** 22/2

**office [14]** 1/13 3/12 14/20 35/23 68/9 83/12 83/15 87/17 94/13 95/1 95/13 95/17 96/10 96/12

**office's [1]** 13/11

**officer [57]** 2/9 4/14 4/24 7/6 7/10 7/24 8/25 9/12 9/13 9/17 9/23 10/8 11/25 12/4 12/25 16/11 19/25 22/4 24/8 24/8 25/2 26/14 27/14 32/6 33/18 34/19 34/20 35/1 36/12 37/24 41/23 45/5 46/1 55/5
69/3 69/23 70/13 70/15 70/24 71/13 74/8 74/21 84/16 85/3 85/22 87/3 88/4 88/12 88/15 93/12 93/13 100/10

**officer's [1]** 33/14

**officers [72]** 4/12 5/9 8/7 10/5 12/2 16/8 20/16 20/21 21/6 22/5 23/10 24/19 26/13 26/18 27/9 27/12 28/6 31/23 32/2 33/15 35/18 35/24 36/5 36/8 36/10 36/15 41/12 41/13 41/21 41/22 45/5 53/15 53/25 54/5 54/6 54/9 54/12 54/13 54/14 54/16 54/20 54/21 55/4 55/6 56/6 60/2 63/23 65/10 66/21 67/25 68/8 68/23 69/11 70/18 73/13 73/18 74/5 74/25 84/8 85/3 85/6 86/14 86/15 87/10 87/16 87/18 87/20 87/21 88/4 92/6 92/17 92/25

**officers' [2]** 35/25 53/16

**offices [1]** 36/4

**official [10]** 2/12 14/21 15/1 17/24 27/19 73/17 74/10 74/14 75/10 92/4

**officials [1]** 83/12

**oftentimes [2]** 25/22 55/14

**oh [10]** 59/6 59/15 60/19 60/25 62/2 63/24 67/19 68/17 68/19 70/13

**okay [48]** 3/17 3/21 4/5 13/2 14/11 14/16 17/9 17/12 18/12 25/12 26/10 29/15 29/24 29/25 30/1 32/10 32/16 32/17 32/18 33/2 34/11 34/17 34/22 50/19 52/13 56/13 56/17 56/20 58/17 58/23 59/14 59/15 60/12 62/10 63/24 69/7 70/4 70/6 70/12 70/14 77/2 77/16 77/17 98/15 99/10 99/16 100/5 100/15

**old [6]** 39/17 50/23 51/22 52/18 63/8 82/6

**older [5]** 10/14 10/23 12/11 51/21 85/15

**olds [2]** 63/3 63/4

**once [4]** 10/3 12/7 33/22 87/12

**one [65]** 4/20 6/13 7/5 7/18 8/24 9/22 10/11 11/5 12/18 12/18 12/24 20/15 26/13 30/7 30/21 30/21 31/4 32/6 33/10 36/13 36/16 37/4 37/11
14/14 15/21 15/24 16/24 16/24 31/14 18/18 39/17 41/8 42/12 42/14 43/3 43/5 43/14 43/14 55/5 57/3 64/7 66/4 67/10 67/18 69/14 71/1 71/8 76/19 77/9 77/10 77/12 77/13 77/13 78/2 78/3 78/5 78/21 78/23 79/11 82/12 84/25 86/15 91/17 92/7 92/12 92/13 93/3 93/20 94/22 97/7 99/7 99/8

**one-level [2]** 78/2 78/21

**one-person [1]** 91/17

**one-point [1]** 78/3

**ones [2]** 8/14 10/10

**oneself [1]** 47/1

**online [1]** 38/9

**only [32]** 5/20 8/4 11/20 12/5 12/17 12/21 19/16 27/1 32/1 34/19 34/20 46/12 48/16 49/6 52/5 55/7 55/8 57/22 61/20 65/12 65/13 71/8 76/5 76/7 76/7 80/17 87/2 87/19 91/9 91/18 99/1 99/7

**open [3]** 60/23 61/21 95/16

**opened [2]** 27/6 59/11

**openly [1]** 35/14

**opinions [1]** 63/13

**opponents [2]** 44/10 44/11

**opportunity [2]** 89/21 90/20

**opposed [2]** 15/4 26/3

**opposite [2]** 43/9 43/21

**oppressing [1]** 92/12

**oppression [2]** 46/10 46/16

**oppressive [2]** 46/8 48/12

**option [1]** 11/20

**options [2]** 50/14 94/13

**order [8]** 18/13 20/5 21/14 46/7 75/19 76/12 90/6 96/13

**ordered [1]** 94/8

**orders [1]** 98/9

**ordinarily [1]** 19/18

**originally [1]** 21/19

**other [41]** 6/23 10/5 11/20 12/8 12/18 12/18 15/18 16/13 23/1 23/14 24/17 27/6 29/9 30/24 31/7 31/15 31/19 39/8 41/3 43/8 43/15 46/23 55/15 56/9 59/18 63/13 63/14 68/4 72/5 74/25 78/15 78/20 79/24 80/4 80/17 83/11 85/3 85/13 86/14 87/17 93/4

**others [11]** 7/1 27/13 30/8 46/5 54/15 54/21 79/9 84/22 88/23 91/19

**O**

**others...** [1] 92/21
**otherwise** [7] 18/21
19/23 71/20 78/11
80/24 85/17 92/15
**ought** [1] 21/11
**ounce** [1] 92/7
**our** [19] 6/2 7/10 8/8
10/4 10/9 10/11 10/12
16/14 36/24 37/16 41/9
44/15 48/9 60/16 62/13
62/13 66/20 85/23
87/13
**ourself** [1] 9/23
**out** [43] 6/15 7/2 7/9
7/24 7/25 8/3 8/11 8/12
11/17 12/1 12/17 12/20
14/19 21/15 24/12
27/15 34/10 36/13
36/17 38/17 39/21 43/8
51/17 58/6 59/21 61/7
62/24 64/22 67/8 67/19
67/21 69/7 69/20 70/6
70/9 70/9 80/8 83/6
84/18 86/20 88/3 91/7
100/11
**outcome** [1] 23/22
**outrageous** [1] 48/7
**outside** [16] 10/3 15/11
22/22 27/3 29/14 30/13
32/4 37/2 37/3 37/18
80/23 84/23 86/12 87/2
87/12 88/22
**over** [35] 5/3 5/23 8/4
8/5 27/10 30/9 30/11
36/8 38/21 38/21 39/25
40/22 42/17 42/23
43/11 61/11 62/3 62/16
65/4 67/14 67/14 67/25
68/2 68/7 68/8 70/8
70/10 70/10 70/11
84/11 86/3 90/17 91/22
91/22 96/21
**overt** [2] 23/1 24/18
**overthrow** [1] 53/5
**overturned** [1] 91/6
**overweight** [1] 50/23
**overwhelmed** [1]
60/15
**owed** [1] 95/18
**own** [5] 23/24 35/8
36/24 38/9 87/13

**P**

**P.** [1] 73/6
**p.m** [8] 1/6 73/4 73/4
84/6 84/10 84/12 88/21
100/25
**P.O** [1] 2/7
**page** [1] 89/11
**paid** [3] 95/19 96/6
96/9
**painful** [1] 45/8
**paintings** [1] 62/12
**pairing** [1] 16/18
**paragraph** [1] 39/4
48/9
**parents** [8] 39/17

70/21 81/7 81/9
**part** [5] 6/4 17/23 53/11
84/17 94/13
**participant** [1] 38/18
**participates** [1] 83/9
**particular** [3] 15/1
15/11 18/18
**particularly** [5] 46/5
52/6 52/19 85/6 88/18
**parties** [2] 13/9 18/14
**parties'** [1] 4/3
**party** [1] 31/4
**Pasco** [1] 51/15
**Passed** [1] 54/6
**past** [2] 5/3 20/9
**patience** [1] 63/5
**patriot** [6] 46/23 62/17
62/17 62/22 91/24 93/1
**patriotic** [2] 91/13
91/20
**patriotism** [7] 43/2
43/11 43/13 43/16
43/25 45/4 91/12
**patriots** [6] 45/5 46/1
46/5 48/8 54/10 91/8
**patrol** [2] 5/17 5/23
**pay** [5] 35/13 94/8 95/5
95/10 95/22
**payable** [1] 96/4
**payments** [3] 95/11
95/18 95/24
**peaceful** [2] 12/14
37/17
**pedagogy** [1] 82/8
**Pelosi** [7] 6/14 6/19
26/23 68/10 68/10 85/8
87/9
**Pelosi's** [3] 35/23
53/21 68/9
**penalties** [1] 95/6
**penalty** [2] 95/10 95/12
**Pence** [2] 28/6 84/8
**people** [54] 6/16 6/18
7/9 10/1 11/14 12/8
12/17 12/23 19/6 23/20
23/25 28/2 34/13 36/10
36/14 37/1 42/13 43/8
46/10 48/11 58/7 59/11
61/5 63/9 63/13 64/14
64/18 66/6 66/7 66/13
66/13 68/7 68/7 69/18
69/23 70/22 72/4 72/8
83/13 84/3 84/25 85/14
85/17 85/24 86/3 91/4
91/6 91/9 91/10 91/14
91/14 91/15 92/17
92/22
**people's** [1] 63/15
**pepper** [9] 31/25 37/17
37/18 37/21 38/5 54/11
60/9 88/1 93/10
**per** [3] 52/19 72/15
95/18
**percent** [1] 69/8
**perfect** [2] 29/5 47/5
**perhaps** [4] 15/6 31/14
39/9 99/10

30/12 34/4 52/17 63/15
**periodic** [1] 94/23
**permission** [3] 37/5
97/5 100/8
**permit** [1] 45/1
**permitted** [1] 97/10
**Perri** [2] 1/18 3/9
**person** [9] 3/13 15/4
38/5 43/5 48/17 63/3
75/18 76/4 91/17
**persons** [1] 15/5
**persuade** [1] 37/6
**phone** [2] 58/18 58/19
**photographs** [1] 24/1
**phrase** [1] 23/1
**phrases** [1] 6/14
**physical** [14] 9/6 27/11
32/21 40/3 50/20 51/4
75/18 76/4 76/16 80/11
80/14 80/21 80/25
93/11
**physically** [1] 45/7
**piano** [2] 63/4 63/7
**pick** [5] 20/16 25/7
25/8 27/14 88/14
**picked** [2] 54/1 70/11
**picking** [6] 51/18 67/12
67/13 74/2 88/16 88/17
**pickup** [1] 55/9
**pictures** [2] 22/18
23/19
**piece** [1] 19/2
**pig** [1] 6/15
**pile** [1] 68/3
**pinned** [7] 22/6 34/4
34/9 34/12 36/6 86/14
86/16
**pinning** [1] 33/16
**place** [6] 44/9 44/15
62/12 64/3 98/14 99/20
**placement** [1] 94/23
**places** [1] 66/12
**plain** [1] 78/17
**Plaintiff** [1] 1/4
**plan** [3] 35/9 47/22
58/3
**planned** [1] 39/5
**planning** [1] 90/8
**plastic** [1] 19/3
**plausible** [1] 19/22
**play** [1] 63/4
**please** [5] 3/4 4/15
9/14 14/12 73/7
**plenty** [1] 9/6
**plotting** [1] 41/10
**plow** [1] 7/2
**plus** [3] 5/3 77/9 77/19
**podcasters** [1] 5/5
**point** [29] 5/12 6/4
7/12 7/18 9/22 10/7
10/11 10/20 11/5 11/11
20/6 20/7 23/21 29/16
33/8 48/16 55/13 59/3
62/22 62/25 71/5 72/9
72/23 78/3 78/23 79/19
85/20 86/7 88/2
**pointed** [3] 27/7 67/4

**points** [4] 21/16 21/17
33/5 40/19
**pole** [3] 20/4 64/12
75/5
**police** [24] 4/14 4/24
4/24 23/9 27/8 27/12
28/6 45/2 53/13 53/25
55/1 55/4 73/18 74/5
84/8 84/14 84/14 84/17
85/3 85/3 86/22 90/16
92/25 93/12
**political** [11] 25/23
31/4 35/6 38/8 38/12
38/15 38/18 44/1 44/24
91/21 91/23
**politicians** [1] 5/5
**politics** [1] 63/13
**polling** [1] 66/12
**ponytail** [1] 69/14
**pool** [1] 60/16
**poor** [1] 90/2
**pop** [1] 40/3
**popular** [1] 46/9
**portrays** [1] 37/12
**pose** [1] 98/4
**position** [6] 14/24
16/14 17/16 24/23
28/13 48/24
**positions** [1] 34/16
**possess** [1] 98/19
**possessing** [1] 94/19
**posting** [1] 89/11
**postings** [2] 83/4 89/8
**posts** [3] 39/5 84/6
89/1
**potential** [2] 18/24
42/22
**pound** [1] 61/19
**pouring** [1] 61/8
**power** [1] 41/19
**precisely** [1] 33/22
**preparation** [2] 10/9
83/10
**prepared** [3] 16/5
18/14 97/25
**preparer** [1] 40/6
**preponderance** [1]
73/21
**presence** [1] 42/22
**present** [4] 3/24 13/3
80/5 81/2
**presentation** [1] 80/22
**Presentence** [5] 13/10
13/14 14/14 94/14
96/11
**President** [8] 35/10
35/15 40/10 40/11
42/11 48/5 83/8 83/24
**President Trump** [2]
35/10 40/10
**President's** [4] 58/18
83/21 83/22 97/18
**Presidential** [1] 5/16
**presiding** [2] 3/3 73/6
**pressed** [3] 12/2 24/7
74/22
**pressure** [1] 8/22

**presumably** [1] 83/16
**pretrial** [1] 99/25
**pretty** [2] 53/1 71/2
**Prettyman** [1] 2/12
**prevent** [2] 20/5 88/16
**prevented** [2] 20/22
88/11
**preview** [1] 3/22
**primarily** [1] 5/17
**prior** [6] 5/9 29/18
56/16 79/1 83/2 99/23
**prison** [6] 51/2 53/13
72/1 72/14 99/5 99/6
**Prisons** [2] 93/25
99/15 100/5
**probably** [6] 19/3 20/7
68/2 86/8 91/15 100/9
**probation** [12] 2/9 3/12
13/11 14/20 53/9 94/13
95/1 95/13 95/17 96/10
96/12 100/7
**problem** [1] 56/3
**procedure** [3] 39/25
40/4 42/6
**proceed** [2] 3/18 3/22
**proceeding** [5] 15/7
17/24 76/9 76/12 92/4
**proceedings** [8] 1/9
2/15 3/14 27/19 75/23
76/6 100/25 101/4
**process** [2] 92/13
92/15
**prodded** [1] 56/9
**produced** [2] 2/16
13/17
**produces** [1] 17/4
**projectiles** [1] 54/12
**promote** [1] 81/22
**prompted** [1] 18/19
**pronouncing** [1] 22/16
**proof** [2] 21/21 90/4
**proper** [3] 17/18 18/9
18/11
**property** [1] 75/18
**proportionate** [1] 93/3
**prosecuted** [2] 91/23
92/2
**protect** [3] 6/8 45/2
81/24
**protected** [2] 25/22
45/6
**protecting** [2] 70/2
71/13
**protection** [1] 65/14
**protest** [2] 23/17 52/15
**protesters** [4] 12/5
16/13 24/17 25/21
**protesting** [6] 38/11
47/9 56/5 71/25 72/2
72/6
**protests** [2] 38/16
52/17
**Proud** [1] 41/7
**prove** [2] 60/6 71/11
**proven** [1] 92/15
**provide** [4] 32/15
81/23 81/24 95/13
**provided** [1] 39/20

**P**

**provides** [1] 18/20
**provision** [1] 15/13
**provisions** [4] 15/10
49/24 50/2 50/16
**proximity** [1] 33/19
**PSR** [1] 39/18
**psychologically** [1]
80/20
**public** [3] 46/5 69/20
81/24
**pull** [3] 20/18 66/20
83/6
**pulled** [5] 7/24 7/25 8/3
11/17 61/2
**pulling** [1] 7/9
**punch** [2] 24/19 54/19
**punched** [2] 54/1 55/3
**punching** [1] 36/16
**punished** [2] 46/2 49/1
**punishment** [1] 81/23
**purposes** [3] 19/15
75/25 96/16
**pursuant** [1] 48/22
**push** [10] 7/2 20/8
35/23 42/14 69/1 74/25
75/5 87/18 87/23 87/24
**pushed** [20] 7/7 7/16
8/11 11/15 11/18 22/6
23/24 24/9 25/2 29/11
34/2 34/7 34/8 34/21
60/9 60/11 65/11 70/7
75/6 84/19
**pushes** [6] 22/4 27/2
27/14 86/6 86/10 88/10
**pushing** [18] 9/24
23/23 26/22 33/14
53/15 61/5 61/6 62/4
65/11 65/12 65/16
65/16 65/18 68/22
68/24 68/24 68/24
69/23
**put** [14] 8/16 18/16
23/8 36/3 51/2 56/6
68/3 79/23 89/24 93/7
97/13 99/20 100/3
100/11

**Q**

**qualified** [1] 19/23
**qualifies** [5] 18/2 18/4
75/24 76/16 78/16
**query** [2] 20/11 21/10
**question** [4] 15/25
16/2 16/16 18/19
**quickly** [4] 7/22 14/20
20/22 33/9
**quiet** [3] 63/20 68/12
85/24
**quite** [6] 9/5 20/3 28/10
52/25 86/21 86/22

**R**

**R.S** [3] 37/24 74/8
84/16
**rack** [3] 53/16 84/11
84/21
**radio** [1] 5/21

**rage** [1] 38/5
38/21
**rail** [2] 69/1 92/11
**railing** [1] 68/22
**raise** [2] 29/16 92/22
**raised** [5] 18/13 33/5
37/14 90/24 91/1
**raises** [1] 39/20
**rally** [5] 31/9 39/6
40/11 42/10 52/16
**rammed** [1] 92/5
**rampage** [1] 44/3
**ran** [8] 5/23 6/2 6/4 7/9
10/4 11/15 12/8 61/2
**Range** [4] 45/12 45/13
79/2 93/5
**rant** [1] 85/25
**rapidly** [1] 5/19
**rather** [2] 19/12 90/19
**reaching** [1] 52/1
**reactions** [1] 41/15
**read** [2] 13/15 56/21
**ready** [4] 3/18 28/5
84/2 84/7
**real** [2] 45/4 100/1
**reality** [1] 50/24
**realize** [2] 22/17
**really** [11] 9/24 27/25
30/23 35/6 35/19 56/1
63/20 65/24 66/17
67/11 68/1
**Realtime** [1] 2/11
**reason** [13] 15/18
16/16 20/19 20/20
21/19 32/8 39/7 40/23
45/21 49/7 58/8 80/15
83/23
**reasonable** [1] 21/21
**reasons** [3] 30/7 30/25
73/14
**recall** [1] 87/21
**receive** [4] 53/2 55/16
55/17 76/20
**received** [13] 13/9
13/22 14/7 14/13 47/14
53/22 54/2 54/23 55/2
55/12 55/17 58/3 82/13
**receives** [1] 76/19
**recess** [3] 73/3 73/4
100/24
**recidivism** [1] 47/7
**recidivist** [1] 52/21
**recognize** [1] 37/19
**recollection** [1] 75/4
**recommendation** [1]
13/12
**recommended** [3]
14/20 45/10 94/12
**record** [4] 17/16 73/9
97/14 101/3
**recorded** [1] 2/15
**records** [2] 39/21
39/24
**recount** [1] 15/16
**recovery** [2] 8/15 8/15
**reduce** [1] 79/4
**reduction** [1] 72/23
**reference** [1] 19/8

**references** [1] 45/24
**referring** [1] 28/5
**reflect** [5] 24/1 78/19
81/21 89/17 89/19
**reflects** [1] 75/3
**refrain** [1] 94/20
**refusal** [1] 87/21
**regarding** [1] 81/5
**Registered** [1] 2/11
**regret** [2] 89/9 92/8
**regretful** [1] 88/24
**regular** [1] 66/14
**regularly** [1] 54/8
**reinfest** [1] 69/15
**reinforce** [1] 31/20
**reinforcement** [1]
87/20
**relating** [1] 38/11
**release** [9] 94/6 95/15
95/19 96/10 98/7 98/12
98/14 98/16 98/23
**relevance** [1] 39/3
**relevant** [2] 19/9 74/9
**relief** [1] 58/4
**rely** [1] 51/16
**relying** [1] 50/2
**remain** [2] 98/20 99/12
**remained** [2] 12/4
53/19 89/10
**remains** [1] 88/3
**remarkable** [2] 36/13
91/8
**remember** [17] 11/16
11/19 12/19 41/21
49/11 55/21 57/11
57/14 57/16 57/17 60/3
60/19 60/21 60/23 67/8
67/10 97/22
**remnants** [1] 60/12
**remorse** [2] 37/10 89/9
**remorseful** [2] 46/20
56/5
**remorseless** [1] 40/17
**removal** [1] 83/11
**remove** [2] 51/6 86/23
**removed** [4] 27/8 80/9
82/18 87/12
**repeat** [1] 52/22
**repeatedly** [2] 7/14
55/3
**reply** [2] 13/23 37/16
**report** [8] 8/20 13/10
13/14 14/14 94/14
96/11 98/1 98/20
**Reporter** [4] 2/10 2/11
2/11 2/12
**reporters** [1] 5/4
**reports** [1] 39/18
**Representatives** [1]
78/13
**request** [3] 72/23
79/19 97/5
**requested** [5] 25/16
79/25 81/5 81/12 95/14
**requesting** [2] 45/18
99/12
**requests** [1] 45/17

**required** [2] 21/21
98/21
**requirement** [2] 22/7
34/24
**requires** [1] 29/2
**requisite** [1] 18/5
**research** [1] 72/11
**reside** [1] 96/18
**residence** [1] 96/13
**resisting** [1] 53/16
**resolve** [1] 4/2
**resources** [1] 79/23
**respect** [5] 20/13 70/19
81/4 81/22 84/21
**respectful** [1] 86/3
**respects** [1] 98/8
**responder** [1] 4/25
**responders** [2] 9/18
9/21
**responding** [1] 43/9
**response** [2] 30/22
33/3
**responsibilities** [2]
52/3 81/5
**responsibility** [6]
49/19 72/24 79/5 79/8
79/16 79/18
**restitution** [4] 82/3
95/2 95/18 95/24
**restore** [1] 76/11
**restrain** [2] 55/6 86/2
**restrictions** [1] 99/13
**resulted** [2] 76/5 90/6
**results** [4] 75/1 76/17
79/1 92/5
**retain** [1] 96/21
**retaliate** [1] 26/7
**retreated** [1] 84/15
**returned** [1] 87/15
**reveals** [1] 38/15
**reviewed** [6] 13/9
13/13 13/16 13/22 14/8
14/14
**revolution** [4] 35/10
37/7 41/10 91/3
**revolutionary** [3] 31/3
42/8 83/10
**rhetoric** [1] 38/2
**Rhodes** [1] 75/22
**ridiculous** [2] 37/19
72/8
**right** [62] 3/15 3/22 4/6
4/9 4/18 7/12 9/5 12/25
13/6 14/12 14/17 15/12
15/15 15/17 15/17
16/21 17/13 22/12
25/13 27/3 28/9 32/3
32/11 34/17 43/20
43/24 44/6 44/8 44/25
45/15 46/16 48/9 48/11
50/10 50/15 56/13 57/1
57/10 59/11 60/9 62/12
63/15 64/20 65/6 66/14
69/6 69/7 70/14 71/13
72/18 72/21 73/9 75/7
77/4 77/8 77/17 77/22
96/24 97/8 97/12

**rights** [1] 43/23
**riling** [2] 54/7 85/12
**riot** [2] 37/24 54/13
**rioter** [3] 84/11 85/21
88/12
**rioters** [6] 6/23 7/4 8/4
8/24 87/17 87/23
**riots** [1] 5/6
**rip** [2] 84/18 93/13
**ripped** [1] 66/1
**rise** [3] 73/2 73/5
100/23
**risk** [2] 98/5 99/22
**RMR** [2] 101/2 101/8
**Robert** [2] 2/9 3/12
58/9
**Rodriguez** [10] 2/6 2/6
3/11 14/12 15/25 22/13
25/15 36/15 45/15
98/24
**room** [3] 11/19 68/14
75/7
**rose** [1] 91/4
**Rotunda** [19] 6/1 6/2
6/5 8/9 8/11 8/24 20/14
21/6 27/11 35/21 53/17
67/2 67/9 67/12 67/13
69/8 73/14 87/16 87/24
**rounded** [1] 66/1
**rounding** [2] 65/22
77/23
**rouse** [1] 26/2
**routine** [1] 8/21
**rude** [1] 29/23
**ruin** [1] 63/14
**rule** [2] 43/4 43/21
**ruled** [1] 75/22
**rules** [1] 62/20
**ruling** [2] 76/1 76/2
**RUMSEY** [39] 1/6 3/8
3/16 4/4 4/13 14/13
17/22 23/20 25/25
32/14 32/20 35/3 40/21
45/4 46/20 46/21 56/14
74/1 74/20 74/23 75/4
76/7 78/7 80/9 80/25
82/6 83/2 83/4 86/19
87/1 89/14 89/20 90/15
91/11 92/10 93/6 96/17
97/17 100/21
**Rumsey's** [6] 19/22
20/14 33/4 76/25 79/6
98/2
**run** [6] 58/22 58/25
59/1 59/6 65/5 94/7
**running** [2] 59/21
61/23
**runs** [1] 26/13
**rush** [1] 68/14
**rushed** [1] 36/4
**rushes** [1] 84/13

**S**

**sad** [2] 92/19 92/20
**safety** [1] 99/21
**said** [52] 11/8 17/13
18/9 24/8 30/18 30/23

**S**

said... [46] 31/5 35/1 35/2 36/15 40/14 49/12 49/13 58/16 58/17 58/22 58/25 59/4 59/6 59/15 59/15 64/18 65/2 65/7 65/7 66/22 66/23 66/23 66/23 67/24 68/11 69/22 70/6 70/13 70/13 70/25 71/4 74/21 77/3 81/13 82/24 83/4 83/15 85/24 86/3 86/15 87/10 87/25 89/4 89/20 93/17 98/10

same [18] 27/13 35/12 40/24 41/17 43/22 43/23 45/23 46/6 49/1 51/14 51/15 54/4 73/13 80/14 82/14 91/16 91/19 98/14

San [1] 1/16

sarcasm [1] 59/7

sarcastic [3] 59/5 59/5 59/7

Saturday [1] 8/20

saved [2] 79/14 79/22

saw [9] 6/12 7/6 8/1 10/7 20/24 33/18 63/18 66/7 67/18

say [31] 4/20 7/18 13/21 17/15 22/20 24/3 28/7 33/10 34/12 45/21 47/2 47/3 48/25 49/6 50/10 54/17 54/18 56/25 62/17 66/19 69/10 70/16 71/7 78/18 79/17 89/15 90/22 91/8 91/9 99/23 99/24

saying [8] 24/7 28/1 42/13 42/14 46/17 47/24 54/9 59/23

says [8] 28/4 38/8 39/1 41/18 48/13 70/4 70/5 84/1

scale [1] 41/18

scared [2] 64/20 91/14

scattered [1] 7/6

schedule [1] 95/11

school [1] 82/7

scope [1] 35/19

score [1] 79/2

Scott [1] 53/24

scream [2] 27/13 85/25

screamed [1] 53/24

screaming [6] 26/23 27/5 78/15 85/5 85/9 87/12

screams [1] 86/20

scrum [1] 84/10

scrutiny [1] 25/24

se [1] 52/19

sealed [3] 14/1 14/4 58/9

seasoned [1] 38/18

seated [3] 3/4 40/22 73/7

second [1] 48/9

section [1] 21/25 22/8

security [1] 76/12

seditious [2] 30/4 53/4

see [19] 16/15 31/10 39/22 59/9 62/3 63/23 64/21 64/24 65/1 66/6 69/4 69/11 70/5 71/21 86/1 86/4 87/11 88/13 88/15

seeing [3] 11/13 41/24 41/25

seek [1] 21/19

seeking [1] 50/2

seem [1] 72/6

seemed [3] 11/3 12/8 19/21

seems [4] 17/4 18/4 23/6 83/18

seen [10] 22/17 28/10 37/10 58/11 60/6 69/19 71/1 84/10 85/12 85/16 99/24

sees [1] 78/9

seizure [1] 52/20

seizures [3] 51/5 80/18 82/20

self [2] 98/1 99/19

self-surrender [2] 98/1 99/19

Senate [1] 86/25

sense [3] 17/5 45/23 93/9

sensitive [1] 60/14

sent [1] 100/4

sentence [19] 44/21 44/23 45/12 53/3 78/18 78/22 81/16 81/21 82/23 89/17 89/18 93/3 93/15 93/22 94/2 94/4 96/14 96/24 97/9

sentenced [5] 41/4 53/8 53/13 53/17 94/5

sentences [4] 55/16 55/17 82/2 93/5

sentencing [12] 1/9 3/17 13/16 13/25 37/12 38/7 41/14 50/14 78/24 81/18 94/13 97/19

separated [1] 87/2

sergeant [15] 5/22 10/15 11/5 20/1 22/8 26/19 27/3 29/10 33/22 61/23 74/12 75/3 85/6 86/7 87/24

sergeants [1] 10/11

Sergei [3] 4/14 4/22 4/23

serious [8] 19/10 19/12 33/16 34/24 53/1 55/1 77/14 92/8

seriousness [1] 81/22

serve [1] 94/5

served [2] 94/1 94/3

session [2] 3/2 5/16

set [3] 81/16 81/18 87/18

sets [1] 16/23

seven [2] 63/8 63/12

several [4] 22/22 30/24

severe [1] 53/3

shake [1] 91/24

shaking [1] 86/4

shall [4] 94/10 95/8 95/24 96/7

share [2] 18/18 92/21

she [349]

she'd [2] 33/12 38/1

she's [40] 22/2 22/3 26/1 27/8 27/10 31/6 31/7 31/23 32/3 34/14 39/20 42/14 47/9 47/10 49/22 49/23 50/22 51/8 52/17 52/17 52/18 52/18 52/21 52/21 52/22 56/2 56/5 56/5 56/18 56/25 71/19 79/15 83/22 84/1 84/2 87/8 87/12 88/6 99/21 99/24

sheet [1] 95/11

sheriff [2] 70/16 70/17

shield [4] 37/25 60/10 60/24 84/18

shields [1] 54/13

shifts [2] 8/16 8/18

shocking [2] 40/24 41/1

shooting [2] 10/10 28/23

short [1] 30/9

shot [1] 67/6

shots [1] 10/8

should [16] 13/20 14/7 17/6 18/14 24/15 27/23 46/1 46/18 48/20 48/25 55/18 79/4 79/17 80/16 82/1 93/7

shouldn't [2] 77/9 91/9

shoved [2] 54/1 69/7

show [6] 23/10 23/19 40/16 43/9 57/12 65/25

showed [2] 5/14 19/24

shown [2] 68/4 68/5

shows [7] 38/20 70/4 74/1 74/23 84/19 85/2 88/19

side [14] 12/5 23/5 27/24 43/14 43/14 43/15 59/23 59/23 69/18 71/10 74/8 75/7 75/8 85/1

sides [1] 21/10

significant [2] 42/19 93/2

significantly [2] 82/8 86/18

similarly [1] 80/21

Simon [1] 53/14

simply [1] 16/7

since [8] 8/12 9/8 51/5 51/9 63/8 63/12 66/11 79/18

sing [2] 40/5 72/3

singing [1] 46/24

single [4] 5/5 10/18 50/23 85/3

situation [2] 49/10 51/2

six [6] 15/19 55/8 73/18 74/10

size [1] 65/2

skills [1] 40/8

small [1] 7/21

smaller [1] 7/7

smell [2] 60/14 60/15

smile [1] 59/3

smiled [1] 59/5

smiling [2] 59/2 59/4

so [121]

so I think [5] 17/25 21/22 22/11 30/20 31/13

socialist [2] 6/15 87/9

soft [1] 50/24

soft-spoken [1] 50/24

soldiers [1] 9/1

solid [2] 19/2 19/3

some [36] 3/23 13/18 14/5 17/5 19/2 20/6 20/6 26/1 33/5 36/24 37/14 39/20 39/21 41/6 42/6 43/17 46/8 46/10 47/21 47/23 48/8 49/8 51/23 54/3 54/18 55/15 58/8 58/17 66/16 68/11 80/10 85/20 85/24 87/5 89/23 98/10

somebody [9] 23/18 24/5 24/5 61/8 69/2 69/13 70/4 70/10 89/5

somehow [7] 38/5 56/9 69/24 85/11 90/1 90/23 91/1

someone [16] 7/18 7/21 28/22 28/23 32/4 37/19 38/4 38/23 41/6 59/15 60/8 65/5 65/6 83/22 85/25 92/20

someone's [1] 33/12

something [8] 24/20 28/17 42/25 47/24 48/12 53/11 90/6 98/12

somewhat [1] 37/17

son [8] 39/16 49/22 51/22 52/6 56/1 65/2 81/8 81/9

soon [4] 6/1 28/1 49/23 84/3

sore [1] 8/16

sorry [7] 4/20 13/4 46/13 50/10 62/20 62/21 95/11

sort [8] 7/2 14/19 26/1 30/19 34/5 42/6 48/9 88/7

sound [1] 65/20

SOUTHARD [63] 1/6 3/8 3/16 4/4 4/13 14/13 17/22 19/22 20/14 22/20 22/25 23/17 24/20 25/25 27/21 28/14 29/6 32/14 32/20 33/4 35/3 40/21 45/4

sip [2] 46/1 46/20 46/21 47/6 47/8 48/17 48/24 52/14 53/3 54/4 54/17 55/20 56/3 56/14 74/1 74/20 74/23 75/4 76/7 76/25 78/7 79/6 80/9 80/25 82/6 83/2 83/4 86/19 87/1 89/14 89/20 90/15 91/11 92/10 93/6 96/17 97/17 98/2 100/21

Southard's [5] 24/16 38/7 45/18 55/13 55/25

SOUTHARD-RUMSEY [2] 1/6 3/8

span [1] 19/6

spans [1] 34/20

speak [6] 16/11 46/22 82/21 87/6

Speaker's [1] 87/17

speaking [1] 52/14

speaks [1] 21/3

special [2] 94/8 95/8

specific [6] 18/5 27/18 32/21 40/19 44/18 89/19

specifically [4] 6/19 22/1 36/9 50/1

speech [10] 25/23 25/23 38/10 40/8 58/13 58/18 82/19 83/21 83/22 97/18

spent [2] 21/13 82/8

spoke [1] 12/10

spoken [2] 50/24 57/8

spouting [1] 63/19

spray [11] 24/19 31/25 36/16 37/17 38/5 48/19 54/11 54/11 60/9 88/1 93/10

sprayed [8] 8/10 29/8 29/14 37/18 37/21 54/11 69/2 69/13

spring [1] 8/21

Springs [1] 2/7

spur [1] 47/13

stab [1] 24/5

staff [5] 27/5 45/1 78/14 86/19 87/4

stairs [1] 61/3 61/6

stairway [1] 68/18

stance [1] 85/4

stanchion [21] 20/13 20/16 20/17 21/1 21/7 21/8 21/18 22/15 22/24 25/5 27/14 36/2 41/24 70/7 70/8 70/15 73/20 73/21 73/22 74/2 88/14

stanchions [1] 70/8

stand [1] 12/18

standard [1] 98/18

standing [19] 27/24 28/4 59/10 60/8 64/6 64/9 64/13 65/1 66/21 68/6 69/6 69/7 69/17 69/22 84/6 85/4 85/5

standing... [2] 86/7 89/12
stands [5] 26/19 36/13 36/17 73/3 100/24
start [5] 3/24 11/22 57/25 65/20 65/20
started [12] 4/6 27/23 38/9 38/11 42/17 59/11 62/4 65/16 65/16 97/19 97/22 97/24
starting [1] 10/7
starts [2] 65/21 85/10
state [3] 73/9 88/19 94/17
stated [3] 51/13 73/14 97/17
statement [3] 4/16 35/5 98/2
statements [1] 3/24
states [7] 1/1 1/3 1/10 1/20 3/7 4/24 48/10
Statuary [3] 4/12 8/8 35/20
statue [3] 67/20 68/4 75/6
statues [2] 67/14 67/18
statute [2] 81/18 97/11
stay [3] 30/14 60/16 61/1
Staying [1] 84/2
Steal [1] 6/14
stenography [1] 2/15
step [2] 10/22 12/11
stepped [2] 10/14 11/11
steps [11] 6/1 6/2 6/5 9/24 26/14 35/19 37/24 84/15 84/21 84/23 88/22
stick [2] 26/3 26/9
sticking [1] 67/18
still [13] 6/9 9/5 10/6 12/16 27/4 36/8 37/9 41/24 45/8 48/6 80/10 86/19 92/23
stimulus [1] 58/3
stipulated [10] 13/20 13/20 22/19 23/19 39/3 49/18 49/20 79/6 79/21 84/17
stipulated-fact [3] 22/19 23/19 49/20
stipulated-facts [1] 39/3
stood [2] 58/21 67/3
stop [4] 6/14 7/17 36/20 65/18
stopped [1] 26/17
storm [5] 28/2 29/5 37/23 47/5 84/3
stormed [1] 40/13
storming [1] 31/12
straight [1] 31/11
Street [3] 1/20 2/2 5/18
strict [1] 25/23
strike [1] 24/4
strong [2] 52/4 55/22

strongly [1] 46/4
stuck [7] 11/21 12/2 12/20 65/15 65/17 68/14 68/25
stuff [6] 51/23 64/2 68/11 70/11 89/3 91/16
stuffed [2] 62/4 62/5
subject [2] 12/7 93/6
submit [1] 94/22
submitted [1] 14/6
Subsection [1] 18/17
substance [3] 50/25 94/19 94/21
substantial [4] 75/20 76/5 76/8 93/23
substantially [2] 51/9 93/4
successfully [1] 52/1
such [8] 19/19 28/25 51/5 54/9 56/18 81/10 81/11 96/8
sudden [6] 59/10 60/23 61/17 63/22 65/3 68/13
suddenly [1] 81/17
suffer [3] 50/25 52/6 72/17
suffered [4] 45/7 51/9 75/8 80/25
suffering [1] 80/10
suffers [1] 51/5
sufficient [1] 81/17
suggest [2] 40/11 90/23
suggested [1] 83/12
suggests [1] 85/17
Suite [1] 1/21
Sullivan [1] 63/17
summarize [2] 83/1 85/7
summer [1] 48/2
supervised [4] 94/6 96/17 96/20 100/8
supervision [5] 94/10 94/16 94/23 96/16 96/21
support [4] 49/23 51/25 80/22 90/7
supposed [1] 64/3
sure [5] 39/2 53/22 64/7 64/10 82/14
surgery [2] 51/6 60/13
surprised [2] 49/10 55/21
surrender [2] 98/1 99/19
surrounded [1] 8/4
sustained [1] 16/8 16/13 22/9
swell [1] 65/20
swelling [2] 65/21 65/21
swept [2] 38/24 38/24
swinging [3] 33/18 88/8 88/9
swings [1] 88/6
swung [1] 33/12
sympathetic [1] 81/8
symptoms [2] 39/23

syndrome [2] 26/1 49/6
system [1] 45/19
systems [1] 46/2

**T**

tackled [1] 93/12
take [21] 6/19 12/18 19/11 28/5 32/15 37/22 37/23 40/15 48/8 48/21 52/20 55/18 67/19 70/6 71/20 72/25 79/20 84/2 84/7 90/19 92/19
taken [7] 21/16 63/8 63/12 82/15 82/17 93/16 93/17
takes [2] 14/24 63/5
taking [1] 57/23
talk [10] 6/17 10/13 12/12 12/24 15/21 18/1 18/12 21/3 25/15 31/24
talked [4] 5/4 10/15 35/22 42/3
talking [3] 18/25 31/12 49/5
talks [2] 38/10 39/14
Tallahassee [1] 99/6
targeted [1] 41/23
Tarpon [1] 2/7
taught [1] 82/15
tax [1] 40/6
taxes [1] 66/18
teach [2] 63/3 63/5
teacher [2] 40/6 63/7 63/8
teaching [2] 72/17 82/9
tear [1] 91/4
tears [1] 88/22
teeth [3] 11/7 35/2 83/7
telemarketing [1] 51/23
tell [13] 19/1 19/5 20/3 25/17 26/23 27/16 50/1 57/3 57/21 66/14 66/14 83/23 85/8
telling [3] 48/5 48/6 60/3
tells [2] 85/23 88/4
Teresa [1] 2/6
term [4] 39/23 48/25 80/25 93/25
terms [4] 16/18 78/21 80/18 80/21
terrified [2] 64/10 64/20
terrifying [3] 42/1 42/2 64/24
terrorism [4] 25/15 25/24 76/25 78/4
terrorist [1] 52/12
terroristic [1] 28/24
terrorists [2] 44/8 44/8
terrorize [2] 45/1 78/16
terrorized [2] 32/7 91/14
terrorizing [1] 32/5
test [1] 94/22

tests [1] 39/22
text [1] 30/20
than [15] 12/23 24/25 33/10 37/9 38/21 41/3 46/21 59/18 59/25 72/5 72/13 80/17 81/17 91/2 92/7
thank [25] 3/5 4/11 9/11 9/12 12/25 13/1 13/1 13/5 30/1 45/13 45/14 45/16 50/17 56/13 62/19 72/20 72/21 73/1 73/8 97/22 99/17 100/6 100/15 100/20 100/22
thank you [18] 3/5 4/11 9/11 9/12 12/25 13/1 13/1 13/5 45/13 50/17 72/20 72/21 73/1 73/8 99/17 100/6 100/9 100/20
Thankfully [1] 9/2
that [621]
that's [63] 4/18 12/24 15/17 16/2 17/17 17/18 19/16 21/22 22/10 22/23 24/20 24/23 27/1 28/23 28/24 29/1 29/16 30/21 30/21 30/24 35/7 38/14 42/11 42/25 43/16 43/21 44/6 47/1 48/7 48/12 49/9 50/20 51/11 55/5 57/16 59/7 59/7 59/24 62/3 62/23 63/1 63/11 63/18 63/19 64/4 68/4 68/20 71/4 71/8 71/13 72/4 77/2 77/16 77/18 77/19 81/17 82/10 85/13 90/11 90/14 97/9 99/7 100/12
their [24] 6/20 22/6 23/10 25/21 25/22 34/16 36/6 39/18 44/10 44/11 45/6 48/23 51/14 51/18 51/20 58/8 63/6 65/20 78/14 83/6 83/6 83/15 87/22 93/8
theirs [1] 63/14
them [62] 9/2 9/9 9/19 10/13 11/5 16/9 22/4 24/19 24/20 24/20 27/6 27/12 31/10 31/24 33/16 36/6 36/16 43/15 45/2 46/10 46/14 46/16 46/19 52/7 54/9 54/19 55/6 58/8 58/10 59/22 59/23 61/20 61/20 65/19 66/11 66/14 66/21 66/23 66/25 67/1 68/19 68/24 69/1 69/11 70/20 70/23 71/19 78/16 81/11 83/6 83/7 85/7 85/17 85/18 85/13 89/12 90/16 90/17 92/7 92/22
themselves [3] 30/19 45/25 91/12

then [50] 4/1 4/3 4/4 10/20 13/7 13/24 14/5 14/17 15/21 18/12 22/7 23/2 27/10 27/10 28/4 32/3 32/15 34/10 34/16 35/12 35/18 35/20 35/25 36/2 38/12 40/12 41/16 42/23 52/9 59/20 65/22 66/19 67/3 67/6 68/2 68/6 68/9 68/12 68/13 68/16 68/22 69/13 75/5 76/9 77/15 77/16 83/19 84/12 88/13 100/10
theory [1] 90/7
therapy [1] 9/6
there [134]
there's [39] 16/18 16/22 16/24 18/10 19/8 27/7 31/17 32/2 45/21 46/4 46/10 46/13 46/16 48/13 52/25 53/1 55/20 60/8 61/5 62/22 63/23 65/17 65/18 66/18 67/14 68/17 70/11 75/19 76/10 80/22 85/15 88/11 89/16 89/19 90/3 90/7 91/13 92/7 99/5
thereafter [1] 94/24
therefore [3] 15/8 95/6 95/22
these [24] 3/13 16/12 26/14 28/7 36/10 36/15 40/3 40/15 44/18 47/12 47/12 53/2 55/15 56/9 59/3 60/7 65/2 65/3 65/3 69/11 69/23 71/23 73/12
they [89] 6/17 6/18 9/10 10/14 10/16 10/21 10/22 12/13 12/14 12/14 13/3 16/20 22/5 22/6 31/10 36/5 36/25 37/3 40/11 40/16 42/21 42/21 43/6 43/6 43/6 44/9 44/9 44/10 44/11 44/12 44/14 44/14 45/7 45/8 48/8 49/8 49/11 51/12 51/14 51/20 54/5 55/15 55/16 55/17 55/17 55/21 56/10 57/11 57/14 57/16 57/17 58/11 60/2 60/10 61/13 61/14 61/15 61/16 61/18 61/19 63/14 65/5 65/16 65/16 65/20 66/11 66/19 66/22 66/25 68/9 68/14 69/6 69/10 70/18 70/19 71/7 71/9 72/18 73/12 73/12 80/11 87/5 87/6 87/19 87/23 91/6 92/25 93/9 95/19
they'll [1] 96/23
they're [21] 9/9 12/13 31/9 39/17 39/18 44/7 48/24 51/13 51/17

**T**

they're... [12] 51/20
52/10 61/14 61/15
61/18 62/12 65/19
68/22 68/23 68/24
79/12 85/7
they've [1] 44/11
thing [12] 41/17 42/7
44/8 49/1 61/4 61/5
62/2 65/23 66/19 68/4
68/23 69/25
things [20] 12/13 24/25
26/23 27/7 28/13 28/23
42/1 42/4 45/25 49/13
51/18 54/9 54/18 56/17
64/18 66/19 67/10
67/16 78/15 83/11
think [100] 14/4 14/19
14/25 15/3 15/8 15/10
15/12 16/4 16/17 17/13
17/15 17/17 17/25 18/8
18/9 21/19 21/22 21/24
22/2 22/10 22/11 22/20
23/18 23/25 24/6 24/8
24/12 24/17 25/5 25/20
27/20 28/16 28/16
28/17 29/5 29/6 29/17
29/18 30/17 30/18
30/20 30/21 30/24 31/1
31/6 31/13 31/16 31/16
32/5 32/8 32/11 32/13
35/2 35/3 38/14 38/20
39/7 39/10 40/23 42/4
42/5 42/5 43/6 44/10
44/13 44/25 46/1 46/18
47/6 47/21 48/1 48/3
48/8 48/11 48/17 48/20
49/8 52/5 52/14 52/25
58/6 58/10 64/18 65/1
69/2 72/16 73/14 78/4
78/6 78/16 80/17 82/24
89/11 89/18 91/9 92/19
98/10 98/10 99/7 99/20
thinking [6] 11/12
11/20 18/18 31/19
41/22 68/1
thinks [2] 26/1 98/5
this [103]
This is [1] 3/7
Thompson [2] 54/3
54/23
those [38] 4/2 16/23
19/21 21/6 21/10 28/13
32/23 34/2 36/21 39/22
39/24 40/7 40/14 44/22
45/24 49/3 49/24 51/7
51/11 52/3 60/1 61/14
67/10 67/25 68/20
73/15 75/25 76/17
76/17 79/25 81/12
83/14 90/25 91/9 91/15
93/6 94/1 94/16
though [11] 23/22
24/21 28/19 41/13
42/20 44/4 45/7 45/8
47/14 48/24 58/11
thought [9] 9/1 12/22
21/7 36/25 61/14 61/16

thousands [2] 26/25
85/10
threat [4] 23/1 28/24
47/6 49/12
threaten [2] 7/13 10/20
threatened [5] 11/2
18/23 21/5 21/8 73/21
threatening [8] 68/8
68/8 68/10 68/10 68/11
75/17 76/3 98/11
threats [2] 22/3 22/3
three [18] 5/1 16/22
18/21 20/7 21/17 58/7
62/16 63/4 72/23 73/19
74/17 74/24 75/20
77/21 77/24 77/25 79/5
79/16
three-level [3] 18/21
77/21 79/16
three-point [1] 72/23
three-year-olds [1]
63/4
threw [4] 53/12 54/12
66/3 92/22
through [34] 6/2 6/4
8/8 9/6 11/9 11/10 13/8
16/9 20/10 26/13 27/2
31/21 34/2 34/8 34/8
35/2 38/12 39/10 56/6
56/6 56/7 56/7 58/14
61/14 63/16 65/5 66/5
67/4 74/25 77/13 86/10
91/18 92/5 100/14
throw [1] 72/14
throwing [2] 61/5 61/9
thrown [1] 61/24
throws [1] 61/8
thumb [2] 91/7 92/16
thumbed [1] 98/12
ties [3] 51/11 52/4 81/5
tiki [1] 72/3
till [1] 58/2
time [45] 4/21 5/24 8/1
8/13 9/25 10/18 11/1
12/4 12/10 12/18 12/21
21/13 22/21 26/20
30/10 30/12 34/5 38/21
40/22 49/1 53/23 58/20
59/4 59/21 59/22 60/10
61/12 63/5 64/17 68/11
68/18 69/9 69/13 69/14
70/3 70/23 76/24 83/21
84/14 84/14 87/6 92/9
92/23 94/6 96/8
times [8] 8/11 11/16
22/22 35/21 49/14
62/16 90/13 90/18
tired [2] 58/23 58/24
titled [1] 101/4
today [17] 5/10 21/15
22/4 26/18 35/1 36/8
36/12 56/18 57/7 57/23
79/7 83/23 86/15 89/15
89/20 92/8 97/25
together [3] 5/23 40/15
47/8
told [11] 6/8 7/16 11/8

57/6 57/7 66/21 86/11
too [5] 31/7 34/19
39/11 40/2 53/2
took [8] 12/10 28/16
47/11 49/17 54/13
58/12 67/21 90/20
top [1] 84/23
torn [1] 57/1
total [3] 76/21 77/19
78/25
touch [2] 12/7 69/16
touched [1] 66/22
touching [2] 60/2
67/20
tour [1] 64/2
tourist [1] 5/5
tout [1] 88/15
toward [8] 6/11 20/18
26/15 87/9 87/15 88/6
88/11 88/14
towards [4] 9/7 10/10
11/18 35/23
towering [1] 65/4
Tracie [1] 1/19
track [1] 5/20
training [1] 82/1
traitor [3] 28/6 84/9
85/23
traitorous [2] 26/24
85/9
traitors [6] 38/2 54/5
83/5 83/6 83/14 85/24
transcript [3] 1/9 2/15
101/3
transcription [2] 2/16
transfer [3] 41/19
96/15 96/20
transformed [1] 37/18
translate [1] 91/1
transpired [2] 33/22
54/25
trash [6] 67/12 67/13
67/16 67/23 67/25
70/12
travel [1] 35/13
traveled [1] 47/13
treason [1] 83/7
treatment [1] 52/6
tremendously [1] 52/6
trial [10] 13/20 13/20
22/19 23/19 39/3 49/20
65/23 79/6 79/15 79/21
tribalism [1] 43/16
tried [4] 25/7 25/8
35/23 79/9
tries [3] 27/14 87/24
88/10
trigger [1] 37/7
tripping [1] 70/8
troops [1] 26/2
troubled [1] 92/19
truck [1] 55/9
true [4] 30/14 31/18
90/14 91/25
truly [2] 36/13 59/19
Trump [3] 31/4 35/10
40/10

57/22 60/4 62/24 63/2
71/4 71/6 71/9 71/10
71/14
try [7] 5/11 10/12 12/13
21/1 43/11 79/23 90/19
trying [13] 28/15 28/21
29/4 30/14 36/1 37/24
45/2 46/25 54/6 61/7
61/9 69/1 69/10
Tuesday [1] 100/10
tug [1] 84/20
tumor [3] 51/6 80/9
82/18
tunnel [1] 53/11
turn [8] 4/1 4/3 13/7
14/17 43/11 62/19
68/13 99/14
turned [2] 41/16 43/17
90/19
turning [1] 88/2
turns [1] 85/17
tussle [1] 20/15
tweets [1] 83/8
two [23] 4/12 5/3 12/2
18/7 18/24 20/7 23/9
26/17 30/7 30/8 36/8
37/9 40/16 49/21 63/3
76/21 77/24 79/12
79/17 88/15 94/23
97/15 99/24
two-level [1] 79/17
two-plus [1] 5/3
two-year-olds [1] 63/3
type [6] 28/15 28/20
40/24 46/16 47/7 98/22
types [1] 52/3
typical [3] 80/6 81/3
90/14
tyrannical [1] 46/8
tyranny [1] 91/7

**U**

U.S [6] 1/13 4/14 92/3
95/25 96/4 96/12
U.S.C [3] 81/16 95/3
97/10
uh [1] 59/6
uh-huh [1] 59/6
ultimate [2] 78/18
78/22
ultimately [6] 16/20
18/9 26/21 34/2 45/11
75/6
unable [1] 97/4
uncaged [1] 49/9
uncooperative [1]
53/21
undeniably [2] 93/21
93/22
under [13] 15/16 17/20
18/16 24/15 25/16
25/23 32/22 32/22
49/23 51/10 91/7 97/10
100/3
underscores [1] 44/17
understand [9] 3/23
23/12 29/3 29/21 33/24

59/10 52/11 52/15
92/23
understanding [2]
28/12 99/4
understood [1] 99/3
undifferentiated [1]
34/13
unfolded [1] 5/19
unfortunate [1] 25/4
unfortunately [8]
11/23 25/2 25/3 25/21
47/2 48/4 48/19 56/11
unit [15] 4/25 5/17 9/19
9/22 76/19 76/20 76/21
77/10 77/10 77/12
77/13 77/13 77/15
77/18 77/19
UNITED [6] 1/1 1/3
1/10 1/20 3/7 4/24
United States [1] 4/24
units [3] 5/23 76/21
77/19
university [2] 49/23
51/24
unlawful [1] 94/20
unlawfully [1] 94/19
Unless [1] 56/21
unlikely [1] 23/6
unqualified [1] 8/22
until [10] 20/10 27/8
39/2 69/16 86/22 90/9
92/15 95/19 96/8 100/4
unusual [8] 80/5 80/12
80/23 81/2 81/7 81/10
81/11 82/24
unwarranted [5] 30/15
52/24 78/19 78/22 82/2
up [102]
upbringing [1] 45/18
upcoming [1] 8/21
upon [4] 46/10 46/14
46/16 50/2
upset [4] 28/16 29/8
31/24 64/19
upsetting [1] 66/17
upstairs [1] 10/3
urged [1] 15/24
Urges [1] 85/17
us [23] 7/2 7/4 7/21
10/10 10/12 10/12
10/20 10/20 11/2 11/3
16/5 26/25 61/5 61/5
61/6 61/6 65/9 66/12
66/13 69/2 78/1 83/23
85/10
USAO [1] 1/18
USCP [1] 8/7
usdoj.gov [3] 1/17
1/22 2/4
use [25] 12/22 18/15
18/22 19/22 20/12
20/25 21/4 21/7 21/8
21/17 22/1 24/2 24/11
24/24 25/6 25/9 33/5
33/10 44/24 73/20 74/4
74/19 75/12 93/10
94/20
used [16] 7/1 18/2

**U**

used... **[14]** 18/21
19/18 19/23 24/3 35/12
54/3 65/8 66/16 73/22
73/24 73/24 74/20 75/5
93/9

uses **[3]** 20/8 74/25
86/6

using **[9]** 11/22 20/5
36/19 36/19 41/4 53/15
85/6 88/17 93/11

Utah **[1]** 63/17

utterly **[1]** 79/11

**V**

Valley **[1]** 62/16

variance **[4]** 13/25
25/20 45/17 78/24

vary **[1]** 52/9

vent **[3]** 63/20 63/20
63/21

verbiage **[1]** 54/4

versus **[1]** 3/8

very **[30]** 7/22 10/19
11/6 19/2 28/16 28/17
28/20 29/17 30/9 35/12
44/13 48/17 48/18 49/8
49/10 49/11 50/24 51/3
52/4 55/22 57/1 58/14
58/23 58/24 58/24 59/7
60/13 63/20 69/20
78/12

vestibule **[11]** 20/10
20/10 27/3 33/23 34/9
75/1 75/5 86/12 86/23
87/11 87/12

vicious **[1]** 57/7

viciously **[1]** 71/3

victim **[15]** 3/23 4/10
13/3 14/21 15/1 15/7
15/8 37/13 73/13 74/10
74/13 74/14 75/11
92/24 92/24

victims **[6]** 16/23 16/23
31/20 32/1 73/17 82/3

video **[30]** 19/1 19/24
20/4 20/24 34/15 60/6
61/22 65/19 65/21
65/24 69/19 69/19
69/23 70/24 70/25
71/10 74/1 74/23 78/10
79/13 84/1 84/6 84/10
84/19 85/2 85/7 85/16
86/1 87/13 88/19

videos **[3]** 22/17 23/25
37/22

videotapes **[1]** 28/1

view **[4]** 5/12 17/10
28/13 83/18

viewed **[1]** 25/21

views **[4]** 44/1 90/25
91/22 91/23

violations **[3]** 96/22
96/23 99/25

violence **[9]** 12/9 31/10
35/8 42/12 42/13 44/20
44/24 54/15 54/24

violent **[9]** 12/10 22/3

53/8 86/4 93/8

virtue **[1]** 79/21

Vittone **[6]** 4/15 4/22
4/23 33/18 35/1 45/5

vocal **[6]** 29/23 40/5
49/8 49/10 49/11 86/22

vocational **[1]** 81/25

voice **[6]** 36/19 37/3
46/24 55/22 63/7 82/8

voiceless **[1]** 48/4

volume **[1]** 13/16

volunteers **[1]** 54/8

votes **[3]** 5/16 43/8
43/23

voting **[1]** 66/12

vs **[1]** 1/5

**W**

Wade **[1]** 58/10

waives **[2]** 95/6 95/22

wake **[1]** 60/23

waking **[1]** 60/19

walk **[4]** 12/11 58/16
60/14 69/6

walked **[7]** 10/11 58/16
58/21 63/18 67/8 67/23
91/17

walker **[3]** 59/19 62/7
84/13

walking **[8]** 58/19
59/19 59/20 62/10
62/11 63/16 63/22
67/13

wall **[2]** 33/17 34/4

Walters **[2]** 2/9 3/12

want **[17]** 11/9 12/14
32/13 56/21 57/3 57/4
57/11 61/1 61/2 61/25
62/24 68/20 72/3 72/3
72/16 91/25 98/24

wanted **[9]** 6/17 6/18
11/23 24/11 37/7 56/10
61/1 63/17 97/20

wants **[4]** 43/25 44/2
51/24 52/11

war **[1]** 84/20

warrant **[1]** 80/12

warranted **[4]** 32/23
78/5 78/6 81/12

warrants **[2]** 78/24
82/25

was **[241]**

Washington **[10]** 1/5
2/3 2/13 35/13 39/2
48/5 58/2 62/17 64/21
83/17

wasn't **[27]** 9/3 9/24
11/13 20/20 24/7 24/13
31/15 38/15 38/23
38/24 38/24 41/6 42/11
47/22 47/22 47/24
49/13 53/3 53/4 54/20
59/2 59/4 66/9 68/1
68/10 68/11 90/8

watch **[1]** 69/19

watched **[1]** 22/17

water **[1]** 61/8 61/9

7/10 8/4 8/8 18/16 22/2
26/15 27/15 29/7 31/14
31/17 32/16 33/10
34/10 39/8 41/5 45/19
45/19 45/23 46/18 47/1
56/10 59/7 60/4 61/20
67/5 70/9 70/9 70/14
74/2 75/1 84/22 85/19
90/23 91/10 91/19 93/9
99/11

ways **[6]** 24/12 30/17
41/1 46/23 90/13 90/20

we **[97]** 3/22 4/1 4/6
4/9 4/12 5/23 5/24 6/4
6/8 6/9 6/11 6/21 6/22
7/6 7/20 8/3 8/8 8/11
8/13 8/17 9/25 10/1
10/3 10/4 10/5 10/7
10/8 11/8 11/9 11/9
11/10 11/17 11/18 13/8
14/19 16/11 16/15
17/20 18/1 21/19 21/20
22/4 22/24 24/23 28/1
31/1 34/18 35/2 35/22
37/9 41/1 41/9 42/7
43/22 43/23 45/12 46/6
47/7 49/19 50/8 51/7
51/12 54/9 54/10 58/13
58/16 58/17 58/17
58/19 58/19 58/21
58/21 58/22 59/10
59/14 59/15 61/11 62/4
64/24 65/7 66/1 66/10
66/14 66/14 66/21
66/22 66/25 72/24
83/13 83/19 84/3 86/15
87/13 87/13 89/14
97/25 99/20

we will **[5]** 3/22 4/1
11/8 11/10 35/2

we'll **[5]** 3/24 4/3 4/4
32/16 73/1

we're **[26]** 3/17 18/25
26/23 44/1 44/1 51/10
58/22 58/25 58/25 59/6
59/15 59/24 59/24
59/25 61/12 61/12
63/24 63/24 63/25
64/13 64/15 65/22
70/25 82/21 84/3 85/8

we've **[4]** 29/21 49/18
61/4 71/18

weapon **[28]** 16/6 18/3
18/15 18/16 18/20
18/22 19/7 19/9 19/15
19/18 19/23 20/12 21/1
21/4 21/4 21/9 24/3
24/11 24/15 24/24 25/6
25/10 34/25 73/20
73/23 74/19 74/21
75/12

weapons **[6]** 10/12
18/24 41/4 49/16 92/6
93/9

wear **[1]** 92/25

wearing **[1]** 53/6

Weaver **[1]** 1/19

Wednesday **[1]** 8/19

weeks **[1]** 39/13

Welcome **[1]** 9/16

well **[34]** 7/25 9/22
11/2 13/7 13/16 14/1
14/24 16/16 20/4 23/13
24/1 25/20 29/14 29/17
30/7 42/8 46/4 46/22
48/11 48/21 49/7 49/9
49/25 50/13 51/3 55/19
58/25 65/24 67/24 70/5
75/20 93/7 94/11 96/18

went **[19]** 13/18 23/24
28/14 40/10 40/12
40/12 42/23 46/7 49/17
53/20 54/17 59/16
60/15 62/3 62/7 67/19
68/2 68/13 70/8

were **[80]** 4/12 5/25 6/8
6/9 6/10 7/2 7/4 7/6 8/3
8/13 8/14 8/17 10/1
10/8 10/10 11/14 11/17
12/2 13/19 14/4 14/5
14/6 16/8 16/12 16/13
20/21 21/6 22/6 24/17
24/18 26/18 36/1 36/15
36/16 36/24 37/1 39/9
39/24 40/11 42/13
42/21 42/21 44/14
45/22 47/12 48/25 51/7
54/5 54/6 54/21 55/6
58/11 58/17 58/19
58/19 59/10 59/14
61/11 61/14 61/18 66/7
66/22 68/9 69/12 71/23
73/17 74/5 85/14 86/3
86/19 87/16 91/2 91/10
91/16 91/17 92/2 92/17
93/20 97/25 98/10

weren't **[1]** 10/16

west **[1]** 5/19

what **[99]** 5/11 5/20
8/17 11/9 11/10 11/23
12/14 13/8 15/23 16/5
16/8 16/8 18/19 19/4
20/24 21/22 22/11
22/25 23/2 24/25 26/2
26/4 26/11 28/15 29/1
30/20 31/5 31/12 31/19
33/21 34/7 35/3 35/4
35/5 38/14 39/2 42/3
42/7 42/11 43/19 43/20
43/20 43/20 43/21 44/2
44/5 44/12 44/21 45/4
46/13 46/13 48/1 49/3
54/19 55/15 56/22 57/3
59/8 60/6 60/20 62/3
62/14 62/23 62/24
63/11 63/11 64/7 65/7
66/8 67/7 68/9 69/5
71/5 71/6 71/7 71/9
72/6 72/16 72/24 82/11
83/16 83/17 83/18
86/21 89/14 89/21
90/15 90/16 90/16
90/21 91/13 93/17 98/6

whisked **[1]** 61/24

who **[52]** 4/12 6/18
6/20 20/21 21/6 26/18
31/8 32/4 32/6 34/19
36/1 36/10 36/13 36/14
36/16 36/16 38/4 38/23
40/10 41/3 41/4 41/6
41/8 41/9 41/21 41/23
41/24 41/25 45/6 50/24
54/6 57/8 63/9 70/18
71/1 71/8 72/12 72/17
74/5 83/14 83/22 85/15
86/7 86/15 87/16 89/6
91/6 91/9 91/10 91/15
92/17 92/20

who's **[4]** 34/21 50/23
85/16 87/3

whole **[6]** 10/20 32/2
58/20 63/12 64/16
65/23

99/16 99/2 99/18

what's **[6]** 16/4 60/24
62/1 64/20 66/15 66/17

whatever **[6]** 8/13 33/7
43/25 49/7 70/14 99/13

whatsoever **[1]** 25/25

Wheeling **[1]** 1/21

when **[44]** 7/23 7/24
12/11 21/22 22/6 22/25
23/8 23/22 27/14 27/18
27/23 31/9 31/10 34/12
35/1 35/8 40/15 43/15
48/4 49/5 51/16 52/20
54/4 58/3 58/22 59/4
60/19 61/8 62/17 63/20
63/21 66/4 66/10 69/10
69/20 71/1 71/3 72/14
83/8 85/15 86/5 87/24
88/10 93/12

where **[28]** 5/6 6/6 6/12
9/24 11/18 19/9 21/15
26/1 27/4 27/11 31/8
36/3 52/25 59/12 62/8
62/9 63/25 64/1 64/3
66/2 67/25 72/11 74/12
75/7 85/2 86/12 87/16
96/18

wherein **[1]** 53/2

wherever **[1]** 46/25

whether **[9]** 17/6 18/1
18/14 20/4 20/19 78/22
93/10 93/11 93/11

which **[31]** 14/1 14/4
14/21 15/23 16/6 17/16
17/20 17/24 18/25
19/11 20/14 21/20
31/18 31/20 34/14
49/18 50/1 57/24 69/19
69/20 77/13 80/10 84/1
84/14 88/19 90/2 94/14
95/4 96/12 96/16 98/6

while **[20]** 8/6 10/24
25/14 27/7 36/23 37/1
58/19 71/18 78/13
78/15 81/8 84/16 85/22
86/25 87/1 87/8 93/13
94/10 94/15 98/12

whip **[1]** 69/14

**W**

**why [17]**  4/9 20/11 21/10 25/7 25/8 25/17 27/16 29/7 39/7 44/1 57/11 57/12 57/14 57/16 57/17 59/13 60/24
**wide [1]**  11/7
**wild [1]**  48/7
**will [42]**  3/22 4/1 9/7 9/10 11/8 11/10 12/16 15/19 17/15 35/2 44/22 52/15 60/6 65/25 69/20 76/15 76/17 76/20 78/2 78/18 78/18 78/19 78/21 79/20 81/9 81/10 87/6 93/22 93/24 94/1 94/3 94/6 95/18 96/15 96/17 98/7 98/8 98/9 99/12 99/19 100/3 100/15
**William [3]**  2/10 101/2 101/8
**window [1]**  8/12
**windy [1]**  58/22
**wisely [1]**  20/23
**wish [3]**  9/7 13/3 56/14
**wishes [2]**  4/5 56/7
**withdrawing [1]**  79/18
**withdrew [1]**  25/10
**within [8]**  15/8 22/8 35/7 78/16 94/22 96/7 97/1 97/2
**without [4]**  52/6 71/21 95/17 97/6
**witnesses [1]**  4/10
**woman [1]**  50/23
**women [1]**  99/6
**won't [1]**  72/1
**wood [4]**  53/19 61/14 61/15 61/15
**wooden [2]**  19/2 19/3
**words [15]**  13/1 22/10 26/3 29/23 40/14 49/14 54/4 71/19 71/23 79/7 83/4 83/12 85/6 86/21 87/7
**work [5]**  5/14 40/5 40/6 63/9 83/6
**worked [2]**  31/3 47/7
**working [3]**  49/22 52/10 59/21
**world [5]**  44/9 44/12 44/14 66/14 83/18
**worse [4]**  7/22 42/17 42/17 42/18
**worst [2]**  37/11 54/24
**worth [1]**  82/11
**would [61]**  3/24 6/19 7/22 10/18 10/19 10/21 10/21 10/22 12/5 12/11 12/12 12/13 12/14 14/25 17/7 21/16 21/20 24/3 24/12 25/7 28/21 28/22 29/19 32/24 33/3 33/6 33/9 33/13 39/23 40/2 45/12 49/1 49/2 49/2 50/12 51/2 51/3

52/16 56/17 57/15 57/21 59/5 69/14 69/15 70/16 70/24 71/2 71/3 77/12 82/23 83/16 88/4 89/20 90/23 97/13 100/9 100/13
**wouldn't [5]**  11/18 49/19 70/10 70/10 89/21
**wow [2]**  62/11 67/5
**wrap [1]**  71/17
**wrecking [1]**  91/17
**write [1]**  47/12
**writing [1]**  39/22
**written [1]**  5/8
**wrong [5]**  19/1 43/21 44/24 46/16 77/11
**WV [1]**  1/21

**Y**

**yeah [6]**  4/18 64/13 64/13 64/13 64/14 64/15
**year [4]**  9/2 50/23 63/3 63/4
**years [18]**  5/2 5/3 9/20 35/5 35/6 36/8 37/9 39/17 40/17 47/8 49/21 51/22 52/18 62/15 63/8 80/10 82/6 99/24
**yell [4]**  6/23 7/13 27/13 87/9
**yelled [3]**  54/4 54/8 60/8
**yelling [6]**  6/14 7/15 7/17 22/3 27/5 66/10
**yells [1]**  86/20
**yes [17]**  3/19 3/20 14/15 16/19 17/8 22/14 33/12 45/16 50/6 50/7 50/11 56/15 66/10 66/16 66/23 77/21 92/1
**yesterday [3]**  14/6 18/13 30/6
**yet [3]**  35/22 35/24 41/7
**you [201]**
**you'd [2]**  33/7 52/23
**you'll [3]**  66/6 94/8 96/20
**you're [21]**  17/1 25/14 33/21 47/16 47/19 50/2 50/2 60/20 60/21 62/23 71/5 71/6 77/23 85/23 91/21 91/23 91/24 92/14 92/24 92/24 94/5
**you've [1]**  92/3
**young [1]**  82/9
**your [89]**  3/6 3/19 3/20 4/7 4/20 9/15 13/1 13/4 13/5 14/9 14/10 14/15 16/3 16/15 17/11 21/15 22/11 22/14 22/16 23/5 23/12 23/16 24/22 25/17 25/19 26/11 27/20 28/12 28/18 29/4 29/14 29/20 30/23

34/19 36/23 43/13 44/25 45/16 46/2 46/11 49/5 49/18 50/4 50/7 50/11 50/17 51/8 51/11 52/2 52/8 52/23 55/16 56/4 56/16 56/19 57/1 64/23 66/17 71/23 72/20 72/22 77/1 83/18 91/18 91/21 91/23 91/24 92/15 92/16 93/15 93/16 93/17 93/18 94/9 94/15 95/19 96/7 96/24 96/25 97/15 97/16 98/18 99/15 100/8 100/13 100/19
**your Honor [61]**  3/19 3/20 4/7 9/15 13/4 13/5 14/9 14/10 14/15 16/3 16/15 17/11 21/15 22/11 22/14 22/16 23/5 23/12 23/16 24/22 25/19 27/20 28/12 28/18 29/4 29/14 29/20 30/23 31/11 31/13 32/20 34/19 36/23 45/16 46/2 46/11 49/5 49/18 50/4 50/7 50/11 50/17 51/8 51/11 52/2 52/8 52/23 55/16 56/4 56/16 56/19 57/1 72/20 72/22 77/1 97/15 97/16 98/18 99/15 100/13 100/19
**yours [1]**  91/2
**yourself [1]**  90/19

**Z**

**Zaremba [3]**  2/10 101/2 101/8
**zeal [1]**  44/25